# EXHIBIT 1

People Search

Search All Partitions

Search People

| Name |
|---|

No matching records found

1

Search Criteria

Include expired records

Include deleted records

Include only records with non-unique ID's

Include only records that exceed max active credentials

Include only records for traced persons

Search Fields

Enter one or more fields and click search:

Last Name Begins with Contains

shiber

First Name Begins with Contains

Hot Stamp *

ID # *

Notes

Email

Car License#

Car Tag#

Access Level

Search All

In Region

Search All

Total People (0)

Clear Search by Credential Scan
Create