# EXHIBIT 2

Message

**From**: Kate Shiber [kshiber@centerview.com]
**Sent**: 7/8/2020 8:23:55 PM
**To**: Cheryl Robinson [crobinson@centerview.com]
**Subject**: FW: Benefit Forms
**Attachments**: Shiber_Benefit Forms.pdf

Hi Cheryl,

Also just wanted to reach out as I changed my tax status on Paychex and it said to let you know. I had originally filled out as if I was living in New York but due to WFH I am in New Jersey so I changed that. It is still showing NY State Unemployment which is not editable.

Thanks,
Kate

---

**From:** Kate Shiber
**Sent:** Wednesday, July 8, 2020 4:11 PM
**To:** Cheryl Robinson <crobinson@centerview.com>
**Subject:** RE: Benefit Forms

Hi Cheryl,

Great, thank you. My form is attached.
Yes it is! Hope you're doing well!

Thanks,
Kate

---

**From:** Cheryl Robinson
**Sent:** Wednesday, July 8, 2020 11:11 AM
**To:** Kate Shiber <kshiber@centerview.com>
**Subject:** Re: Benefit Forms

Hi Kate,

We changed up the paperwork a little being virtual and trying to go paperless. As long as you indicate on the election form you want to enroll, I will do so.

Hope training is going well.

Best,
Cheryl

> On Jul 8, 2020, at 11:08 AM, Kate Shiber <kshiber@centerview.com> wrote:
>
> Hi Cheryl,

I hope you're doing well! I was filling out the benefit forms you sent over the other day and on the first page it says "see completed enrollment forms" but I wasn't sure where to find those as I didn't see them in the document. Please let me know as I'd like to enroll in both medical and dental coverage.

Thanks!
Kate