UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KATHRYN SHIBER,

*Plaintiff*,

-against-

CENTERVIEW PARTNERS LLC,

*Defendant*.
----------------------------------------------------------------X

**1:21-cv-03649-ER**

**DECLARATION OF**
**BRIAN HELLER, ESQ.**

I, BRIAN HELLER, hereby declare, under penalty of perjury, as follows:

1. As a partner in the law firm Schwartz Perry & Heller, LLP, attorneys for Plaintiff Kathryn Shiber ("Shiber"), I am familiar with the facts and circumstances of this litigation and submit this Declaration in opposition to Defendant Centerview Partners LLC's ("Centerview") Federal Rule of Civil Procedure 12(b)(1) motion to dismiss Causes of Action I–VI of the Second Amended Complaint for lack of subject matter jurisdiction.

2. A copy of Shiber's Second Amended Complaint is attached as Exhibit A.

3. A copy of Centerview's September 20, 2019 offer letter to Shiber is attached as Exhibit B.

4. A copy of an email thread between Centerview Partner Richard Case ("Case") and Shiber, including emails dated March 20, 2020 and May 22, 2020, is attached as Exhibit C.

5. A copy of Case's June 14, 2020 email to Shiber is attached as Exhibit D.

6. A copy of the Complaint in the case of Pakniat v. Moor, 192 A.D.3d 596 (1st Dept. 2021), as well as an Affirmation submitted in opposition to the motion to dismiss for lack of subject matter jurisdiction, is attached as Exhibit E.

7. Shiber respectfully requests oral argument on this motion.

Dated: New York, NY
October 18, 2021

BRIAN HELLER