CENTERVIEW PARTNERS

**WILLIAM EDWARDS, PARTNER**

Direct: (212) 380-2684 Fax: (212) 380-2645
wedwards@centerviewpartners.com

September 20, 2019

Ms. Kate Shiber

Dear Kate,

It is my great pleasure to extend to you an offer to join Centerview Partners LLC and participate in our three year Analyst program, which begins on or about July 6, 2020.

Your annualized base salary will be $85,000. In addition, you will receive an up-front bonus of $50,000, which includes the following components:

- $15,000 intended to assist you in your relocation, which will be paid upon completion of your background check in early 2020. You agree to repay this portion of the up-front bonus should you withdraw your acceptance of this offer or should your employment with Centerview Partners cease prior to December 31, 2020.
- $35,000 intended to be an incentive for you to join Centerview and to complete our three year program, which will be paid just prior to your start date. You agree to repay this portion of the up-front bonus should you withdraw your acceptance of this offer or resign from your employment with Centerview Partners prior to the completion of the Analyst program on June 30, 2023.

You will also be eligible to receive an annual discretionary incentive compensation payment, the exact amount of which will be communicated to you in writing and determined based on your own performance and the overall performance of Centerview Partners.

This offer is subject to the successful completion of pre-employment drug screening, fingerprinting and a background check. Additionally, you will be eligible to participate in our health-care and other benefits programs available to our employees. Your employment with Centerview Partners is "at-will," and nothing contained herein shall be deemed to confer upon you any contractual right to employment or continued employment with Centerview Partners. Your repayment obligations set forth above will be governed by the laws of the State of New York. Please indicate your acceptance of this offer by signing one copy of this letter and returning it to Cheryl Robinson (crobinson@ centerview.com 212-429-2402).

We look forward to having you join us. We are confident that you will become a valuable member of our firm and will enjoy a fruitful and rewarding experience with Centerview Partners.

Sincerely,

William Edwards

Accepted and agreed:

_______________________
Kate Shiber