From: **Richard Case** <rcase@centerview.com>
Date: Fri, May 22, 2020 at 2:15 PM
Subject: RE: Checking In
To: Kathryn Shiber <kshiber@gmail.com>

Hi Kate-

Thanks for checking in, and I hope all has been well with you.

The latest on an in-person July start is… maybe. We have made the decision to do a remote start for our summer class, but that takes us through June. The best sense I can give you at this time s that we are monitoring government protocols, and peer firms, with the likelihood that we hang back a little longer. I'd also note that our policy is that anyone who doesn't feel comfortable coming in won't have to do so. (Currently we are 100% WFH, and happily are able to be pretty effective that way.)

Training will present a special challenge in terms of social distancing, so we have to factor that in.

Having just decided and formally communicated the summer decision this week, we are turning now to full time, and I hope to be able to send out an update soon – but please feel free to check in with me at any point between now and then.

Best,

Richard

**From:** Kathryn Shiber [mailto:kshiber@gmail.com]
**Sent:** Friday, May 22, 2020 9:09 AM
**To:** Richard Case <rcase@centerview.com>
**Subject:** Re: Checking In

Caution: External Email

Hi Richard,

I hope you and your family are doing well!

I am excited about getting started at Centerview. I have a few questions regarding the analyst program. Is the start date still planned for July 6th? Also, has the firm decided whether analysts will start in person or remotely? I would appreciate any updates you can share as I plan my move from New Hampshire.

Thank you!
Kate

On Fri, Mar 20, 2020 at 5:23 PM Richard Case <rcase@centerview.com> wrote:

> Hi-
>
> Nothing urgent in this email – just a quick check in from us at Centerview to say, first and foremost that we hope you and your loved ones and friends are all safe and well in these uncertain times. Please let us know at any point if you are dealing with any issues relating to COVID-19 or the larger responses that we can be helpful with.
>
> Second, just an update that we are continuing to work (virtually all of us remotely at the moment and putting the health and safety of our colleagues and others around us as our top priority). For your own planning, please know that we continue to look forward to you starting with us full-time this summer.
>
> In terms of certainty of our analyst program, please know that the strong performance of the firm last year, and year to date, means the firm is in a very strong financial position. Further, our remote "working from home" effort has been quite successful, as we remain productive for our clients and also are finding creative ways to stay connected as we navigate through this together as one Centerview Family. In terms of where you will be working, our best sense right now is that by July, most of us will be back to our usual routines, including travel between cities and countries. (We will follow up closer to your start around anticipated travel prior to your start, as well as any required travel to our offices.)

We will of course continue to assess the situation, and will let you know if we see the logistics of where you start changing. We have the ability to be nimble and are implementing new remote solutions every day. To the extent a remote solution also needs to become some part of how you start with us, we will let you know – but whether in the office or somewhere else, please know that we are excited to have you starting with us this summer!

Be well and stay safe.

Best,

Richard

**Richard Case** | Centerview Partners LLC | 31 West 52nd Street | 22nd floor | New York, NY 10019

T. 212.380.2694 | F. 212.380.2651 | E. rcase@centerview.com

This e-mail and any attachments thereto are intended only for use by the named recipient(s) and may contain confidential, privileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email and any attachments thereto is strictly prohibited. If you have received this email in error, please delete it immediately.

This e-mail and any attachments thereto are intended only for use by the named recipient(s) and may contain confidential, privileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email and any attachments thereto is strictly prohibited. If you have received this email in error, please delete it immediately.