From: **Richard Case** <rcase@centerview.com>
Date: Sun, Jun 14, 2020 at 12:26 PM
Subject: Update
To:
Cc: Blair Effron <beffron@centerviewpartners.com>, Robert Pruzan <rpruzan@centerview.com>, Tony Kim <tkim@centerview.com>, Jeanne Vicari <jvicari@centerview.com>, Matt Stoner <mstoner@centerview.com>, Cheryl Robinson <crobinson@centerview.com>, Sherrill Lim <sherrill.lim@centerview.com>

Hello-

We hope you and your family are well, and that your undergraduate years have ended as positively as possible, with all that is going on both with coronavirus and a long overdue increase in awareness of the unacceptable social injustice in our society. In the midst of all of it, we do remain excited about you joining us on July 6th.

As we approach your start date, we wanted to update you on how the firm is doing and bring you up to speed with our planning process around returning to the office.

We have all been working remotely since our last email, remaining busy and active with our clients, including announcing several important transactions. That said, we have been actively monitoring the timelines of various countries and states for their respective return to working in the office. (Paris reopens to work in the office this Monday, the UK appears to be gradually easing lockdown, California has already entered their “Stage 2,” New York City is scheduled to begin its “Phase 2” later this month.) In all cases, we expect to lag the initial opening to some degree, putting safety first.

As we re-open offices, we want to be very clear to everyone at Centerview that how and when to transition back from working remotely to working on site will be a personal choice. No one should feel that they need to come to the office unless they are comfortable.

As we prepare, we have been doing thorough diligence on all of the suggested ways in which to maintain as safe a work environment as possible. We are following closely the announcements from government and public health officials and speaking with many other organizations about their planning processes, with all of our collective safety being our number one priority. Clearly, we will not be making any one-sized fits all decisions for our various offices, but rather looking at the rules and regulations in each location as well as the COVID impact in that region for guiding our steps. We plan to put in place measures, such as a testing protocol for entry to the office (including temperature check, questionnaire), use of PPE, density management and social distancing in the office, required WFH in the event of suspected exposure, among others.

We know a key consideration for you will be the nature of your start with us on July 6. Given the above timelines, and the concomitant residual uncertainty, we think it makes the most sense for you (and your class) to start remotely. Our current summer interns have started remotely (they are currently in virtual training), and we are pleased to say it is going well. In your case, we expect to conduct two weeks of formal classroom training virtually, and then proceed to staffing with additional continuing education modules in the following weeks.

As you move on to staffing, our best sense is our offices will have / will be re-opening, and some number of us will be returning in that period, subject to our own comfort levels. We understand that for you, transitioning from remote work to office work may involve more complicated logistics, particularly in terms of moving, and we will factor this into our planning.

For your remote start on July 6th, we will provide IT equipment for you. Emily will reach out to get your shipping information. In the meantime, in addition to working on the pre-training “warm up” we sent out of course, our hope is that you will be able to use this time to rest and recharge before starting work with us in July.

We will continue to keep you updated on our intentions and our policies and procedures as we get closer to our office re-openings. Please know that any procedures will be in service to our overall approach, with physical and mental well-being the priority – and please feel free to reach out with any questions.

Best,

Richard

**Richard Case** | Centerview Partners LLC | 31 West 52nd Street | 22nd floor | New York, NY 10019

T. 212.380.2694 | F. 212.380.2651 | E. rcase@centerview.com

This e-mail and any attachments thereto are intended only for use by the named recipient(s) and may contain confidential, privileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any

dissemination, distribution or copying of this email and any attachments thereto is strictly prohibited. If you have received this email in error, please delete it immediately.