# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

April 25, 2022

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

> The application is granted and the conference is adjourned to May 20, 2022 at 11:30AM.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: April 26, 2022
> New York, New York

**Re:  Kathryn Shiber v. Centerview Partners LLC**
   **1:21-cv-03649-ER**

Dear Judge Ramos:

   We represent Plaintiff Kathryn Shiber ("Shiber") in the above-referenced matter. I write to respectfully request an adjournment of the initial conference that was scheduled for May 13, 2022 at 11:00 am. The reason for this request is that I have a previously scheduled vacation that week out of the country. I have conferred with defense counsel and they consent to this request. The parties are available the following Friday, May 20, 2022, if that date is available for the Court. No prior request for an adjournment has been made by any party.

   We thank the Court for its consideration of this matter.

                                                  Respectfully submitted,

                                                  BRIAN HELLER

cc:   All counsel – via ECF