# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

---

May 19, 2022

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __5/23/2022__

**MEMO ENDORSED**

Re: **Kathryn Shiber v. Centerview Partners LLC**
**1:21-cv-03649-ER**

Dear Judge Ramos:

We represent Plaintiff Kathryn Shiber ("Shiber") in the above-referenced matter. I write to respectfully request an adjournment of the initial conference that was rescheduled yesterday to June 8, 2022 at 11:30 am. The reason for the request is that my wife is having a medical procedure that day. I have conferred with defense counsel and they graciously consent to this request. The parties are available the following week on Tuesday, June 14 (all day) or Thursday, June 16 (after 2:00 pm), if either date is available for the Court. No prior request for an adjournment of this recently scheduled conference date has been made by any party.

We thank the Court for its consideration of this matter.

Respectfully submitted,

BRIAN HELLER

cc: All counsel – via ECF

---

The initial conference is adjourned to June 16, 2022 at 2:30 p.m. The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __5/23/2022__
New York, New York