UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KATHRYN SHIBER                                         [PROPOSED] REVISED
                                                       CIVIL CASE DISCOVERY PLAN
                          Plaintiff(s),                AND SCHEDULING ORDER

       - against -

CENTERVIEW PARTNERS LLC
                          Defendant(s).                __1:21__ CV __03649__ (ER)


-----------------------------------------------------------x

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by __July 15, 2022__ .

4. Amended pleadings may be filed until __July 15, 2022__ .

5. Interrogatories shall be served no later than __July 15, 2022__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than __July 15, 2022__ .

7. Non-expert depositions shall be completed by February 27, 2023.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

       non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than  October 17, 2022  .

9. Requests to Admit, if any, shall be served no later than March 3, 2023.

10. Expert reports shall be served no later than  March 17, 2023.

11. Rebuttal expert reports shall be served no later than  April 7, 2023.

12. Expert depositions shall be completed by  April 28, 2023.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** April 28, 2023.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon.  Robert W. Lehrburger  .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for ~~January 18, 2023~~ April 28, 2023, at  11:30 a.m.  . (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
      December 5, 2022

                                                          Edgardo Ramos, U.S. District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN SHIBER,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTERVIEW PARTNERS LLC,<br><br>        Defendant. | **CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER, CONT'D.**<br><br>Case No. 1:21-cv-03649 |

20.    The Parties shall exchange Rule 26(a)(1) disclosures within fourteen days after the Court enters the Civil Case Discovery Plan and Scheduling Order in this matter.