UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHRYN SHIBER,

*Plaintiff,*

-against-

CENTERVIEW PARTNERS LLC,

*Defendant.*
------------------------------------------------------------------X

**1:21-cv-03649-ER**

**NOTICE OF MOTION**
**TO AMEND COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Plaintiff's motion to compel, the Declaration of Brian Heller, Esq., dated April 24, 2024 in support and the Exhibits annexed thereto, and all of the pleadings and proceedings heretofore had herein, Plaintiff will move this Court before the Honorable Edgardo Ramos, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, permitting Plaintiff to file an Amended Complaint asserting claims under the New York State Human Rights Law and New York City Human Rights Law.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served by May 15, 2024; and

**PLEASE TAKE FURTHER NOTICE** that reply papers are to be served by May 22, 2024; and

**PLEASE TAKE FURTHER NOTICE** that oral arguments, if any, will be heard on a date and time to be designated by the Court.

Dated: New York, NY
April 24, 2024

**SCHWARTZ PERRY & HELLER LLP**
*Attorneys for Plaintiff*

By: ______________________________
BRIAN HELLER
3 Park Avenue, Suite 2700
New York, NY 10016
(212) 889-6565
bheller@sphlegal.com

**CLAYMAN ROSENBERG KIRSHNER & LINDER LLP**
*Attorneys for Plaintiff*

By: ______________________________
JAMES F. VALENTINO
305 Madison Avenue, Suite 650
New York, NY 10165
(212) 922-1080
valentino@clayro.com

**To:** **QUINN EMANUEL URQUHART & SULLIVAN LLP**
*Attorneys for Defendant*
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
hopeskibitsky@quinnemanuel.com
janiceyoon@quinnemanuel.com
jenniferbarrett@quinnemanuel.com