UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KATHRYN SHIBER,

*Plaintiff,*

-against-

CENTERVIEW PARTNERS LLC,

*Defendant.*
-------------------------------------------------------------------X

**1:21-cv-03649-ER**

**DECLARATION OF**
**BRIAN HELLER**

BRIAN HELLER declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. As a Partner in the law firm Schwartz Perry & Heller, LLP, attorneys for Plaintiff Kathryn Shiber, I am familiar with the facts and circumstances of this litigation and submit this Declaration in support of Plaintiff's motion to amend her Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) to assert claims under the New York State Human Rights Law and New York City Human Rights Law.

2. The Court granted Plaintiff leave to make this motion at a conference held on April 3, 2024.

3. A copy of the proposed Third Amended Complaint is attached as Exhibit A.

4. Attached as Exhibit B are relevant excerpts of the deposition transcript of Tony Kim, taken on February 3, 2023.

5. Plaintiff respectfully requests oral argument on this motion.

Dated: New York, NY
April 24, 2024

______________________________
BRIAN HELLER