# EXHIBIT B

*** CONFIDENTIAL ***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
KATHRYN SHIBER, : Civil Action No.
Plaintiff, : 1:21-cv-03649-ER
-against- :
CENTERVIEW PARTNERS, LLC, :
Defendant. :
---------------------------------x

Via Zoom
February 3, 2023
9:00 a.m.

Deposition of TONY KIM, taken by Plaintiff, before Susan B. Ratner, a Shorthand Reporter and Notary Public of the State of New York.

T. Kim - Confidential

We are done with that document at least for now.

So during the pandemic first-year analysts worked remotely?

A. During the pandemic first-year analysts worked remotely for some amount of time.

Q. Did there come a time when first-year analysts or second-year analysts returned to working in the office?

A. Yes.

Q. When was that?

A. I don't recall exactly.

Q. Are the analysts who arrived at Centerview in the class of 2020 that started in July of 2020 working in person in the office now?

A. Sorry, just to clarify, you said are analysts from the class of 2020 working in the office now?

Q. Yes.

A. Yes.

Q. Is it five days a week, less than that?

A. I would say it varies by individual.

Q. Does Centerview have some type of a flexible policy on coming into the office?

A. I would say we don't have a specific policy, but we have always -- we have always been willing to accommodate people's personal desires and we expect them to behave responsibly, act responsibly, you know, in doing their work, in completing their jobs.

Q. Does Centerview presently have a minimum number of days that analysts have to be in the office, in person?

A. We believe the job is a five-day-a-week-in-the-office job, but we provide flexibility to our employees.

Q. If Kate Shiber had continued to work at Centerview from July 2020 to today, would she be expected to come into the office in New York City?

A. Yes.

Q. What are the hours that analysts are expected to be in the office, currently?

A. We don't have any specific expectation of the hours.

Do you mean, like, 9:00 to 5:00, or something like that; is that what you are asking?

Q. Yes, something like that.

Are there any designated hours that

**Deposition Errata Sheet: Deposition of Tony Kim, February 3, 2023**
***Kathryn Shiber v. Centerview Partners LLC***
**1:21-cv-03649-ER**

| PAGE NO. | LINE NO. | FROM | TO | REASON FOR CHANGE |
|---|---|---|---|---|
| 14 | 13 | who accept | who we accept | Transcription error |
| 14 | 24 | your | our | Transcription error |
| 17 | 21 | learns that | learns what | Transcription error |
| 18 | 13 | ethics | ethic | Transcription error |
| 20 | 5 | ethics | ethic | Transcription error |
| 21 | 5 | lengths of working | lengths of time working | Transcription error |
| 22 | 20 | high-pressured | high-pressure | Transcription error |
| 28 | 6 | high-pressured | high-pressure | Transcription error |
| 33 | 24 | numbers | number | Transcription error |
| 42 | 14 | how many they are | how many hours they are | Transcription error |
| 83 | 5 | I had no doubt | I had some doubt | Transcription error |
| 84 | 18 | be | meet | Transcription error |

I, Tony Kim, have read the foregoing transcript and, subject to this errata sheet, hereby attest that it is a true and correct transcript of the testimony given by me at the taking of the subject deposition.

Dated: New York, New York
March 20, 2023

By: ______________________
Tony Kim