# SCHWARTZ PERRY HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

## MEMO ENDORSED

July 29, 2024

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

> The Court adopts the proposed briefing schedule set out below. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 30, 2024
> New York, New York

Re: **Kathryn Shiber v. Centerview Partners LLC**
    **1:21-cv-03649-ER**

Dear Judge Ramos:

    We represent the Plaintiff Kathryn Shiber in the above-referenced matter. I write on behalf of the parties in accordance with the Court's Order of July 2, 2024.

    The parties have conferred and have agreed upon the following briefing schedule for Defendant's renewed motion for summary judgment, which the parties now present to the Court for approval:

| | |
|---|---|
| Defendant's motion: | September 9, 2024 |
| Plaintiff's opposition: | October 16, 2024 |
| Defendant's reply: | October 30, 2024 |

    The parties have also conferred about discovery and agreed to stipulation to dates of when Plaintiff's class would have worked in Defendant's offices in New York City.

    The parties thank the Court for its consideration of this request.

Respectfully submitted,

BRIAN HELLER

cc: All counsel – via ECF