UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN SHIBER.,<br><br>  Plaintiff,<br><br>v.<br><br>CENTERVIEW PARTNERS, LLC<br><br>  Defendant. | Case No: 1:21-cv-03649-ER<br>ECF Case<br><br>DEFENDANT'S NOTICE OF RENEWED MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant's Renewed Motion for Summary Judgment, the Declaration of Hope D. Skibitsky, executed September 9, 2024, with exhibits thereto, and Centerview's Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried, and upon all prior proceedings herein, Defendant Centerview Partners LLC ("Centerview"), by its undersigned counsel, will move this Court on a date and time to be determined by the Court, or as soon thereafter as counsel may be heard, for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting Centerview's Renewed Motion for partial summary judgment and such other and further relief that the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Scheduling Order in this matter, ECF No. 113, opposition papers shall be served no later than October 16, 2024.

Dated: September 9, 2024
       New York, New York

                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Jennifer Barrett*
     Jennifer Barrett
     Hope D. Skibitsky
     Janice Yoon
     Maheema Haque
     51 Madison Avenue, 22nd Floor
     New York, New York 10010
     Tel. (212) 849-7000

     jenniferbarrett@quinnemanuel.com
     hopeskibitsky@quinnemanuel.com
     janiceyoon@quinnemanuel.com
     maheemahaque@quinnemanuel.com

*Attorneys for Defendant Centerview Partners, LLC*