# EXHIBIT 1

Message

**From:** Timothy Ernst [▮@centerview.com]
**Sent:** 8/28/2020 2:44:06 PM
**To:** William Stewart [▮@centerview.com]
**Subject:** FW: Dragon

---

**From:** Timothy Ernst
**Sent:** Friday, August 28, 2020 10:39 AM
**To:** Kate Shiber <kshiber@centerview.com>
**Cc:** Matthew Gallea [▮@centerview.com>
**Subject:** RE: Dragon

Sure, and I know you are just starting so it'll be helpful to talk. One part of this job (and the worst part of this job) is many times you can't "get ahead" of things or work through things early because there will always be more for you to do. Late nights are just part of the job, especially on a live deal like this.

In general when you are finished, let me or Matt know and we will take a look because we will definitely have comments (just part of being a first year) and then those need to be finished before signing off. When I was first starting and wasn't sure if I was done or not, I would always email / jabber my associate / analyst to make sure there was nothing else for me to be doing or if I was done for the night. I think you'll get the hang of it, but in general the finish line is always going to be moving so we can't just wake up with a clear task of 3 things we need to do, it'll change hour by hour. Trust me, we don't want to be working late either and if we don't need to be we won't but there will be many late nights on this.

I am free after 1 this afternoon.

---

**From:** Kate Shiber
**Sent:** Friday, August 28, 2020 10:31 AM
**To:** Timothy Ernst [▮@centerview.com>
**Cc:** Matthew Gallea [▮@centerview.com>
**Subject:** RE: Dragon

Hi guys,

I'm really sorry about that. This is why I asked to talk earlier in the day about the plan for the day and the big picture of what is going on. I thought I had finished completing the comments and my tasks for the night were done. I really don't want to let the team down. As far as I could tell yesterday we weren't sent a significant amount of tasks adding to this presentation, so there were several times throughout the day yesterday when I would have been able to do more work on it if I had known about it earlier. I would really appreciate if we could strategize how we/I can be more efficient earlier in the day.
Happy to talk later, let me know when works best for you.
Best,
Kate

---

**From:** Timothy Ernst
**Sent:** Friday, August 28, 2020 10:08 AM
**To:** Kate Shiber <kshiber@centerview.com>
**Cc:** Matthew Gallea [▮@centerview.com>
**Subject:** Dragon

Kate – can you go through and put all the titles and footnotes that we have in our current CVP format into the Dragon slides?

We should also talk today generally about expectations on communication and expectations for a live project like this. Matt and I shouldn't be up alone working, we are a team and will need everyone on the same page and pulling their weight. Things may come

CONFIDENTIAL
Centerview_000162

up and you aren't able to get to / finish stuff, but I need to know that and can help out. It's not helpful to think you are working on stuff and then realize it's not done. Let's plan to talk in the afternoon to make sure we're aligned.

Thanks,
Tim

**Tim Ernst** | Centerview Partners LLC
31 West 52nd Street | 22nd Floor | New York, NY 10019
Office: (212) 429-2266
Mobile: (401) 489-1332