# EXHIBIT 2

Appointment

| | |
|---|---|
| **From:** | Emily Wittmann [▓▓▓@centerview.com] |
| **Sent:** | 9/16/2019 9:11:09 PM |
| **To:** | Tony Kim [▓▓@centerview.com]; Emily Wittmann [▓▓▓@centerview.com] |
| **Subject:** | Final Round Interview of 2020 Analyst Candidate, Kate Shiber - Tony Kim |
| **Attachments:** | Shiber, Kate.pdf |
| **Location:** | TBD |
| **Start:** | 9/17/2019 3:30:00 PM |
| **End:** | 9/17/2019 4:00:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

Interviewers on 9/17/2019:
10:30am Jason Zuckerbrod & Michelle Tseng – ▓
11:00am Robert Pruzan & Emily Patrick – ▓
11:30am Tony Kim & TBD – ▓ ▓

CONFIDENTIAL