# EXHIBIT 10

*** CONFIDENTIAL ***


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

KATHRYN SHIBER,                    : Civil Action No.

     Plaintiff,    : 1:21-cv-03649-ER

  -against-                :

CENTERVIEW PARTNERS, LLC,          :

     Defendant.    :

-------------------------------x

     Via Zoom

     February 3, 2023

     9:00 a.m.


  Deposition of TONY KIM, taken by Plaintiff,

before Susan B. Ratner, a Shorthand Reporter and

Notary Public of the State of New York.

```
 1
 2   A P P E A R A N C E S:
 3
 4   Attorneys for Plaintiff:
 5   SCHWARTZ PERRY & HELLER LLP
 6        3 Park Avenue
 7        New York, New York 10016
 8   BY:  BRIAN HELLER, ESQ.
 9           -AND-
10   CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
11        305 Madison Avenue, Suite 650
12        New York, New York 10165
13   BY:  JAMES F. VALENTINO, ESQ.
14
15   Attorneys for Defendant:
16   QUINN EMANUEL URQUHART & SULLIVAN, LLP
17        51 Madison Avenue, 22nd Floor
18        New York, New York 10010
19   BY:  JENNIFER J. BARRETT, ESQ.
20        JANICE YOON, ESQ.
21        MAHEEMA HAQUE, ESQ.
22
23
24
25
```

```
 1
 2   A P P E A R A N C E S  (Continued):
 3
 4   ALSO PRESENT:
 5          KATHRYN SHIBER
 6
 7          AMANDA KOSOWSKY, ESQ.
 8          Chief Compliance Officer
 9          Centerview Partners, LLC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    T. Kim - Confidential
 2          Q.   Do you have a supervisor?
 3          A.   I'm not sure.
 4          Q.   Is there someone you report to?
 5          A.   I don't know.
 6               We are partners and we work together and
 7   collaborate on various things, but I don't have --
 8   nobody has ever told me who my supervisor is.
 9          Q.   I am going to ask you a very general
10   question.
11          A.   Okay.
12          Q.   What is Centerview?
13          A.   Centerview is an investment bank.
14          Q.   What is Centerview's business?
15          A.   We provide advice to clients, most often
16   M & A advice.
17          Q.   Does Centerview generate revenue by
18   billing for employees by the hour or in some other
19   way?
20          A.   In some other way.
21          Q.   Does Centerview structure its pricing
22   based on the number of employees assigned to any
23   particular project?
24               MR. HELLER:  Off the record.
25               (Discussion off the record.)
```

```
 1                    T. Kim - Confidential
 2          Q.   I guess I was trying to get to that.
 3               Is there an analyst program at Centerview?
 4          A.   Yes.
 5          Q.   What is the analyst program at Centerview?
 6          A.   The analyst program is a three-year
 7  program where you come in, as you point out, often
 8  from a college, and you are trained in investment
 9  banking and in general business.
10          Q.   How long is the program?
11          A.   Three years.
12          Q.   How many first-year analysts are typically
13  in the program when it starts?
14          A.   I'd say approximately 30.
15          Q.   So it goes from about thousands of
16  candidates to 30 actual first-year analysts?
17          A.   Yes.
18               That is my understanding.
19          Q.   Approximately how many of the 30 or so
20  first-year analysts that begin the program end the
21  program three years later?
22          A.   ██████████████████████████
23          Q.   Between what and what?
24          A.   I mean, it's so -- I can give you a
25  general sense, but it's speculation.
```

1              T. Kim - Confidential
2

4         Q.  Is that your speculation or is that what
5    your understanding is?
6         A.  It's not a statistic that I review
7    regularly, so I am -- there is a little bit of
8    guesswork here.
9         Q.  Are new hires as first-year analysts told
10   what hours they are expected to work?
11        A.  I believe that there are many points at
12   which folks learn about the expectations of
13   investment banking generally, as well as expectations
14   at Centerview, so I believe the answer is yes.
15        Q.  What are the ways that Centerview lets
16   candidates know what hours would be expected of them?
17        A.  Well, maybe the most significant -- if
18   you would just indulge me for a minute just before
19   your question, I think that almost everyone who
20   applies to investment banking does research on
21   investment banking and learns that is expected in
22   this industry.
23             There is a guide called the Vault that
24   people use.
25             There are plenty of on-line resources.

```
 1            T. Kim - Confidential
 2    ███████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
███████████████████████████
 7            So that is not exclusively about hours,
 8    but that is speaking to your question.
 9            For our part at Centerview, typically for
10    a first-year analyst hire, we have ██████████
███████████████████████████████
███████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████
██████████████████
21            Q.  Is there anything formal that you are
22    aware of that Centerview provides to candidates to
23    let them know what the expectations will be of the
24    hours they will be required to work?
25            A.  Can you repeat the question again, please?
```

```
 1              T. Kim - Confidential
 2         Q.   Certainly.
 3              MR. HELLER:  Susan, can you read it back,
 4         please?
 5              (Question read.)
 6         A.   No.
 7         Q.   So it is your understanding that
 8   candidates understand what hours will be expected of
 9   them by their general knowledge of the investment
10   banking industry and what is in the Vault?
11         A.   ███████████████████████
     █████████████████████████████████████████
     ████████████
14   █████████████████████████████████████
15         A.   I am.
16   ████████████████████████████████████
     ██████████████████████████████████████
     █████████████████████████
19         A.   I would say not typically.
20   █████████████████████████████████████████
     ████████████████████████████████████
     ██████████████████████████████████
     ███████████████████████████████████████
     ████████████████████
     ████████████████████████████████████
```

1          T. Kim - Confidential

2 ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████

6          Q.  Are work ethics the same thing as work

7 hours, in your opinion?

8          A.  No, but I think that they are probably

9 related.

10          Q.  Are you aware of any process in

11 Centerview's interview process where candidates are

12 made aware of what the hours of work will be should

13 they become first-year analysts at Centerview?

14          A.  Just to clarify, are you asking, again, a

15 question about a formal specific item, or is there

16 any mechanism by which people might find out?

17          Q.  Well, you had said during the process for

18 interviewing that candidates are made aware, so I am

19 trying to focus on that.

20              Are you aware of any type of formal

21 process that Centerview follows to advise candidates

22 what the expectation of hours worked will be in the

23 program?

24          ███████████████████████████████

███████████████████████████████████████

```
 1                T. Kim - Confidential
 2        ████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
 6        Q.  Did you interview Kate Shiber?
 7        A.  I did.
 8        Q.  Did you ask any of those questions to
 9   Kate Shiber?
10        A.  I do not recall my interview with Kate
11   Shiber, although I became aware of her, but the fact
12   that I interviewed her was recently.
13        Q.  You did not recall that until recently?
14        A.  Yes.
15        Q.  Do you know if anyone specifically asked
16   or spoke to Kate about what the expectations of her
17   hours of working would be should she become a
18   first-year analyst at Centerview?
19        A.  I don't.
20        Q.  Does Centerview offer a work-life balance
21   for first-year analysts?
22             MS. BARRETT:  Objection to form.
23        A.  We believe a work-life balance is
24   important, even though we have folks who are working
25   very hard.
```

```
 1              T. Kim - Confidential
 2   Centerview is that the hours can be a lot, what does
 3   that mean to you as a partner in Centerview?
 4              MS. BARRETT:  Objection to form.
 5        A.   To me it means that they work in a
 6   high-pressured, stressful business that can have
 7   moments of significant workload, and it's something
 8   that we need to understand to be in the business,
 9   but also something that we need to manage
10   thoughtfully.
11        Q.   When you say a "significant workload,"
12   what does that mean?
13        A.   Again, you are looking for my general
14   viewpoint?
15        Q.   Well, you said it could be a significant
16   workload.
17              I am asking you to clarify what that
18   means.
19        A.   So I am just going to give you a general
20   answer to that.
21              Our analysts at Centerview are sometimes
22   on multiple live transactions at the same time,
23   which requires them to juggle very intense
24   deliverables or intense analyses with very near-term
25   deliverables, and often are part of a team where
```

```
 1              T. Kim - Confidential
 2   each of those deliverables needs to come together in
 3   very rapid fashion.
 4              So there is an unpredictability to any
 5   individual project, and our analysts are often on
 6   two or three of those projects at the same time.
 7              That can result in, you know, sometimes a
 8   multiday stretch where you are working very hard,
 9   getting very little sleep, and then hopefully getting
10   a break after that.
11              I also believe that that profile of work
12   is common across Wall Street, and anecdotally I have
13   heard that from other firms.
14        Q.  So correct me if I am wrong, it sounds
15   like you are describing periods of intense hours
16   mixed in with other periods where the hours are not
17   as intense; is that correct?
18        A.  Can you go back to the original question
19   again?
20              What was the question that you started
21   with; just describe what "significant" means?
22        Q.  Yes.
23        A.  I would agree with that, but also amend
24   it to add that there are times when actually no, you
25   don't get that break, and Centerview's program --
```

```
 1                    T. Kim - Confidential
 2   and this probably is different than other investment
 3   banks -- our analysts are all generalists.
 4               In a lot of other investment banks you
 5   work really for, like, three people or five people,
 6   and so there is presumably a limit on how much work
 7   those people can give you because you are -- they
 8   are doing that work together with you.
 9               At Centerview as an analyst you are
10   available to dozens or hundreds of people as a
11   resource, and we have a team that is -- decides what
12   work you should be on, but you can be in a situation,
13   as I mentioned before, where you can have two or
14   three live projects, and then, as a result, end up
15   working at that level for a long period of time,
16   even days or weeks on end.
17          Q.  So what are the typical hours that a
18   first-year analyst would work in investment banking
19   or on Wall Street, as you understand it?
20          A.  I think that the hours per week for a
21   Wall Street analyst likely vary between 60 and 120
22   hours a week.
23          Q.  Have you ever heard of employees on
24   Wall Street being required to work more than 120
25   hours per week?
```

```
 1                  T. Kim - Confidential
 2           A.   I have never heard of employees being
 3    required to work more than 120 hours a week, but I
 4    have heard of employees working more than 120 hours
 5    a week.
 6           Q.   How often would you say it is for
 7    employees to work more than 120 hours a week?
 8           A.   Do you mean at Centerview?
 9           Q.   Well, let's start off in general on
10    Wall Street.
11           A.   On Wall Street the only time I have ever
12    really heard of hours like that are in things that
13    hit the press where banks are criticized, and
14    sometimes bad things happen.
15                We are very attuned to that and concerned
16    with that at Centerview.
17           Q.   When you say, "bad things happen," what
18    do you mean?
19           A.   I mean there have been articles where --
20    events where an investment banker has harmed
21    themselves or committed suicide over an unknown
22    thing, and then the article will mention hours, like
23    that.
24           Q.   At Centerview how often are employees
25    expected to work more than 120 hours?
```

```
 1                 T. Kim - Confidential
 2         A.   They are never expected to work more
 3    than -- let me back up here for a second.
 4              We do not have a set of requirements that
 5    are codified about a specific number of hours that
 6    are necessary or acceptable.
 7              We have a level of performance and
 8    effectiveness on a team that is necessary in order
 9    to perform, and so any question you have about the
10    number of hours that someone at Centerview would be
11    required to work, I think that would probably be my
12    answer.
13         Q.   So how often would employees at Centerview
14    be expected to work more than 120 hours per week, if
15    ever?
16         A.   Well, I think -- my question for you is
17    with the use of the word "expected."
18              I think if you change that to how often
19    might it happen, I might be able to answer that
20    question.
21         Q.   All right.
22              How often might it happen?
23         A.   More than 120 hours a week?
24         Q.   Yes.
25         A.   I would say rarely, if ever.
```

```
 1                  T. Kim - Confidential
 2          Q.   Are you aware of any circumstance where
 3   it was required by Centerview that employees work
 4   more than 120 hours per week?
 5          A.   Again, I just want to clarify the question
 6   because I am not aware of any time that we ever
 7   required any employees to work a specific number of
 8   hours per week.
 9          Q.   Putting aside the requirement, are there
10   any expectations that an employee work more than 120
11   hours per week?
12               MS. BARRETT:   Objection to form.
13          A.   I don't think that there is any
14   expectation that someone would have to work more
15   than 120 hours a week.
16          Q.   Is there any expectation that an employee
17   would have to work 105 hours per week?
18          A.   One hundred and five hours specifically,
19   or are you saying more than 105 hours per week?
20          Q.   Specifically 105 hours.
21          A.   Again, I think we have -- I am confused
22   by the phrasing of your question because, as I said
23   at the outset, we did not have any requirements or
24   expectations for any specific numbers of hours per
25   week, although in general this is a business that
```

```
1                    T. Kim - Confidential
2           A.   I would say we don't have a specific
3    policy, but we have always -- we have always been
4    willing to accommodate people's personal desires and
5    we expect them to behave responsibly, act
6    responsibly, you know, in doing their work, in
7    completing their jobs.
8           Q.   Does Centerview presently have a minimum
9    number of days that analysts have to be in the
10   office, in person?
11          A.   We believe the job is a
12   five-day-a-week-in-the-office job, but we provide
13   flexibility to our employees.
14          Q.   If Kate Shiber had continued to work at
15   Centerview from July 2020 to today, would she be
16   expected to come into the office in New York City?
17          A.   Yes.
18          Q.   What are the hours that analysts are
19   expected to be in the office, currently?
20          A.   We don't have any specific expectation of
21   the hours.
22               Do you mean, like, 9:00 to 5:00, or
23   something like that; is that what you are asking?
24          Q.   Yes, something like that.
25               Are there any designated hours that
```

```
1                  T. Kim - Confidential
2          A.   Yes.
3               Again, I'm not -- I believe his title was
4     principal at the time, but I am not sure.
5          Q.   Do you know what his title is now?
6          A.   I'm not sure.
7          Q.   All right.
8          A.   I believe it's still principal.
9          Q.   Then there is Timothy Ernst.
10              Who was Timothy Ernst at that time?
11         A.   He was either an analyst or an associate
12    at the firm.
13         Q.   Then Timothy Ernst forwards this e-mail
14    to Matt Baron and ccs Matt Gailea.
15              Who was Matt Gailea at this time?
16         A.   An analyst at the firm.
17         Q.   Do you have any recollection of how it
18    came to be that Kate was assigned to this particular
19    team?
20         A.   No.
21         Q.   Was this known as the most interesting
22    deal in the firm at the time?
23         A.   I don't know.
24         Q.   Did this deal have the potential to be
25    the biggest M & A deal ever?
```

```
 1                    T. Kim - Confidential
 2          A.   I don't recall.
 3          Q.   Was there anything particularly intense
 4    or urgent about this particular project?
 5          A.   Certainly.
 6          Q.   What caused that?
 7          A.   A big client, relatively new at the time,
 8    high-profile assignments, large in nature.
 9          Q.   When you say, "large in nature," are you
10    talking to the number of dollars?
11          A.   Yes.
12          Q.   Can you just tell us generally what
13    Centerview Partners' involvement was in this deal?
14          A.   I don't remember specifically.
15          Q.   Were the people that are on this e-mail
16    all the people that were on the team for this
17    project?
18          A.   I don't recall.
19          Q.   Do you recall if there was anybody else
20    on this team besides the people included on this
21    e-mail?
22          A.   I don't recall.
23          Q.   Assuming that this was the number of
24    people on the team, was this a relatively large or
25    small team for a project at Centerview?
```

```
 1                 T. Kim - Confidential
 2          A.   I think they would have been all about --
 3    well, what was Kate's request?
 4          Q.   Let me just back up a second.
 5               You had a conversation with Cheryl
 6    Robinson about Kate Shiber, right?
 7          A.   Yes.
 8          Q.   And about the same day you spoke with Kate
 9    with Cheryl Robinson present?
10          A.   I believe that is correct.
11          Q.   Do you recall if you had any other
12    discussions with Kate Shiber on the same topics that
13    were discussed that day?
14          A.   I believe I did.
15          Q.   Do you recall if anybody else was present
16    during those calls?
17          A.   I don't recall.
18          Q.   Do you have any recollection of what you
19    discussed with Kate during that first phone call?
20          A.   Again, not specifically on that exact
21    phone call.
22          Q.   Did Kate talk about the hours she was
23    working?
24          A.   I don't recall.
25          Q.   Do you recall if Kate talked about staying
```

```
 1              T. Kim - Confidential
 2   up all night?
 3         A.  Again, you are asking about that first
 4   phone call?
 5         Q.  Yes.
 6         A.  I just don't recall.
 7         Q.  Do you recall any conversation that you
 8   had with Kate where she talked about the hours she
 9   was working?
10         A.  Yes.
11         Q.  Do you remember how that topic came up?
12         A.  My recollection is that she wanted to make
13   me and the firm aware that she had a condition where
14   she needed to get eight-plus hours of sleep a night
15   on a regular basis.
16         Q.  Do you recall if she said that on multiple
17   occasions or just once?
18         A.  Well, it's not the kind of thing that you
19   need to say more than once.
20         Q.  Did you ask her any follow-up questions
21   when she said that?
22         A.  I don't recall specifically, but we did
23   have a conversation about it.
24              Again, I don't remember if this was my
25   first conversation or a different conversation, but
```

```
 1                T. Kim - Confidential
 2   we had a dialogue around the challenges that might
 3   present and possible solutions.
 4                We also had a conversation about Kate
 5   feeling that this was private information that she
 6   did not want to be shared with other folks, which I
 7   thought was reasonable, but presented quite
 8   significant challenges in how to manage the
 9   situation.
10                I recall at some point over a series of
11   conversations developing a possible short-term
12   solution.
13        Q.   Did Kate ever say what her condition was?
14        A.   I don't recall.
15        Q.   Did you ever ask her what her condition
16   was?
17        A.   I don't recall, but I doubt I would have.
18        Q.   Do you recall Kate talking about working
19   24-hour days?
20        A.   I don't recall.
21        Q.   Is it that you don't recall her saying
22   that or you don't recall one way or the other?
23        A.   I don't recall one way or the other.
24        Q.   Did Kate say she had a disability?
25        A.   I don't recall.
```

```
 1                T. Kim - Confidential
 2        Q.  Did you understand that Kate had a
 3   disability?
 4            MS. BARRETT:  Objection to form.
 5        A.  I don't know what the definition of
 6   "disability" is, so I can't answer that.
 7        Q.  Did you understand Kate to have some type
 8   of medical impairment that required her to get sleep?
 9        A.  No.
10            I understood that she had an issue that
11   required -- that she said required her to get that
12   amount of sleep.
13            I probably assumed that it was a medical
14   issue, but I don't recall specifically being told
15   that.
16        Q.  Did you think that Kate just preferred to
17   get eight-plus hours of sleep or that she required
18   it?
19        A.  She required it.
20            That is the interpretation that I had from
21   that conversation.
22        Q.  Was your interpretation that she required
23   it for medical reasons?
24        A.  That is how I interpreted it.
25        Q.  Did you have any thoughts as to what would
```

```
 1              T. Kim - Confidential
 2   have required her to get sleep?
 3        A.   I was confused.
 4        Q.   Did you ask her for any clarification?
 5        A.   No.
 6        Q.   Did you find Kate to be sincere in what
 7   she was saying to you?
 8        A.   Yes.
 9        Q.   Did you ever question whether Kate
10   actually needed to get the sleep she was saying she
11   needed?
12        A.   No.
13        Q.   Did you tell Kate that you understood her
14   concerns?
15        A.   Which concerns?
16             MR. HELLER:  Withdrawn.
17        Q.   You said that she was concerned about how
18   this would be presented to the team, right?
19        A.   Yes.
20        Q.   Do you recall specifically what she said?
21        A.   I don't remember specifically.
22        Q.   Do you recall her saying she was concerned
23   that people would look at her differently?
24        A.   That sounds correct, but I don't remember
25   specifically.
```

```
 1                  T. Kim - Confidential
 2          Q.   Do you recall if you told her that you
 3    understood her concerns?
 4          A.   Those concerns?
 5          Q.   Yes.
 6          A.   Yes.
 7               I don't remember exactly, but I believe I
 8    conveyed something like that.
 9          Q.   Do you recall telling Kate that the firm
10    could tell her coworkers that she was unavailable at
11    specific hours without creating an issue for her?
12               This could be at any discussion you had
13    with Kate, not just that first one.
14          A.   I don't recall that.
15               I recall something quite different, which
16    was that it was going to be a challenge to
17    communicate this to folks.
18               I even recall coming back to her after
19    another conversation, or a series of conversations,
20    to convey that -- to ask her if there was any version
21    of communicating this at a very sort of bare-minimum
22    level to the team that would be acceptable to her.
23               I also remember having a conversation
24    about quite specifically the very difficult manner
25    or situation that that would put the firm in to be
```

```
 1                T. Kim - Confidential
 2  able to manage a team and saying nothing to them
 3  whatsoever about her situation.
 4        Q.  What was Kate's response?
 5        A.  I don't recall, although I remember my
 6  takeaway being that she didn't want people to know.
 7            She didn't want people to communicate
 8  anything.
 9        Q.  What was your response?
10        A.  So I kept to that request in the
11  communication with the team.
12        Q.  Did you ever have any communications with
13  Kate over e-mail or any other type of writing?
14        A.  I don't recall.
15        Q.  Do you ever recall telling Kate that there
16  were plenty of reasons why someone would not be
17  available at a specific time?
18        A.  I don't recall, but that sounds familiar.
19        Q.  Do you recall if you told her that there
20  could be an example of someone working on two
21  demanding deals at once?
22        A.  Is that relating to what you just said as
23  to a reason why someone might not be available at a
24  particular time?
25        Q.  Yes.
```

```
 1                  T. Kim - Confidential
 2                  Did you give her an example of someone
 3    working on two demanding deals at once?
 4         A.  I don't recall, but that seems like an
 5    odd reference, but I don't recall.
 6                  MR. HELLER:  I am going to show you a
 7            document that will be marked as Plaintiff's
 8            Exhibit 5.
 9                  (Plaintiff's Exhibit 5, one-page printout
10            of e-mail, dated 8/28/2020, 10:52:06 PM, to
11            Jeanne Vicari, from Cheryl Robinson, Bates
12            stamped No. Centerview_000319, marked for
13            identification, as of this date.)
14                  (Plaintiff's Exhibit 5 placed on shared
15            screen.)
16    BY MR. HELLER:
17         Q.  Plaintiff's Exhibit 5 is an e-mail that
18    you are not on, from Cheryl Robinson to Jeanne
19    Vicari.
20                  It's Bates numbered Centerview 319, and
21    it's dated August 28, 2020, and it says, "Tony and I
22    connected with Kate. I'll update you Monday."
23                  Does this refresh your recollection at
24    all that you spoke with Kate on August 28th of 2020?
25         A.  I assume that it's accurate.
```

```
 1              T. Kim - Confidential
 2         A.  I don't recall.
 3         Q.  Was it your idea?
 4         A.  I don't recall.
 5         Q.  Do you recall hearing the phrase
 6    "guardrails"?
 7         A.  Yes.
 8         Q.  Do you recall who first uttered the
 9    phrase "guardrails"?
10         A.  No.
11         Q.  Do you know if it was Cheryl Robinson?
12         A.  No.
13         Q.  Do you recall what the "guardrails" were?
14         A.  I believe we decided -- I think that it
15    was a set of guardrails that we developed, Cheryl
16    and I, and proposed to Kate, because I remember her
17    reacting and saying, "That would be great."
18              So I guess there's a chance that it could
19    have been Kate proposing them, but I think it's
20    probably that Cheryl and I proposed it.
21         Q.  Do you recall when you and Cheryl proposed
22    it?
23         A.  No.
24         Q.  Do you recall if you had proposed that
25    prior to Tuesday, September 1st?
```

```
 1                T. Kim - Confidential
 2          A.   No.
 3          Q.   Where Cheryl wrote that she has been able
 4    to have the time off she needs, do you recall if the
 5    guardrails were already in place at that time?
 6          A.   I don't recall.
 7          Q.   Do you recall if the guardrails were
 8    decided upon prior to Kate providing a doctor's note?
 9          A.   I don't recall.
10          Q.   Do you recall any discussion of Kate
11    providing a doctor's note?
12          A.   It sounds vaguely familiar, but --
13          Q.   Do you recall if Kate was asked to provide
14    a doctor's note?
15          A.   I don't recall.
16          Q.   Do you recall what the hours were that
17    Kate would go off-line?
18          A.   I think it was midnight to 9:00 a.m.
19          Q.   And that is something that you recall you
20    and Cheryl proposing, correct?
21          A.   I'm not sure, but I believe that's the
22    case.
23          Q.   At the time that you proposed it with
24    Cheryl, did you think that was a feasible proposal?
25          A.   What do you mean by "feasible"?
```

```
 1                  T. Kim - Confidential
 2          Q.  Did you think that Kate could perform the
 3    functions of her job while having the ability to go
 4    off-line between midnight and 9:00 a.m.?
 5          A.  I had no doubt, but I was -- I felt that
 6    we needed to come up with a short-term solution to
 7    address what I perceived to be a serious issue, where
 8    Kate was at risk, and that was the primary objective.
 9              So the question of whether she could
10    perform under it, I will tell you I had some -- I
11    recall having some reservations, but we were going
12    to try to figure out solutions that could work
13    beyond that.
14          Q.  You said that Kate was at risk.
15              What was she at risk for, in your opinion?
16          A.  I just recall her conveying to me that
17    this was a requirement, and something that she
18    needed, and, in general, when someone says something
19    like that -- you know, as I told you, I don't recall
20    specifically being told that it was a medical issue,
21    but I interpreted it to be that way, and, in general,
22    I and others at the firm take it really seriously
23    when someone says something like that.
24          Q.  When you say that it was a "short-term
25    solution," what do you mean?
```

```
 1                  T. Kim - Confidential
 2          A.  Well, I never encountered anything like
 3  this before.
 4               I don't think that the firm had either,
 5  although I'm not sure.
 6               We were focused on addressing her specific
 7  request or requirement at hand immediately.
 8               It was, obviously, a complicated situation
 9  that would require more time to evaluate, so I think
10  that we put it in place as something that met the
11  immediate need, and to be further evaluated.
12          Q.  Did that proposal meet the immediate need?
13          A.  I think that it -- you know, I guess you
14  are reflecting on my statement of "immediate need."
15               What I mean by "immediate need" is that
16  Kate needed to have eight to nine hours of sleep at
17  night on a consistent basis, so that proposal
18  definitionally would be that need.
19          Q.  Did you talk to Kate about this being
20  short term?
21          A.  I don't recall, but I -- I feel fairly
22  certain that I would have conveyed that we were going
23  to have to continue to work on it and find other
24  solutions.
25          Q.  Do you recall what her response to that
```

```
 1              T. Kim - Confidential
 2   with Kate.  You have said it a number of times now.
 3        A.  Yes.
 4        Q.  What did she say as part of the
 5   back-and-forth besides, "That would be great"?
 6        A.  I recall asking her questions about what
 7   might be possible and what might be workable.
 8             I don't remember exactly those questions.
 9             I recall her responding with, you know,
10   what might work and what might not work.
11        Q.  What did she say might not work?
12        A.  I don't remember specifically.
13        Q.  What did she say might work?
14        A.  She felt that the guardrails approach was
15   great.
16        Q.  Do you recall any other options that were
17   discussed with Kate besides her having off between
18   midnight and 9:00 a.m.?
19        A.  I have a recollection, it's kind of -- I
20   am trying to find the right words to use -- it's not
21   perfectly clear, but I have a recollection of
22   exploring the boundaries of what eight to nine hours
23   meant.
24             Was it every night?  Was it on a
25   consistent basis?  Do they have to be specific
```

```
 1                    T. Kim - Confidential
 2   hours?
 3             I was doing that to figure out what impact
 4   that might have on her ability to, you know, work at
 5   the sometimes volatile pace that is required on
 6   projects as an analyst.
 7        Q.   What was Kate's response?
 8        A.   Again, I just have a general recollection.
 9             I recall her saying that she didn't need
10   to have it every night, but she needed to have it
11   very frequently.
12             My impression, based on her response, was
13   that we -- we should strive to give it to her every
14   night.
15             I do remember her specifically saying
16   that it did not need to be specific hours; that as
17   long as there were eight hours or so that that would
18   be enough.
19             I remember leaving with the impression,
20   which I believe was because of her response, that we
21   really could not put her in a situation where she
22   would have to work through the night, for example,
23   on a project.
24        Q.   Did she say she could not work through
25   the night multiple nights in a row or any time?
```

```
 1                T. Kim - Confidential
 2         A.  I don't recall.
 3         Q.  Did Kate seem flexible to you in
 4    discussing what she needed?
 5         A.  I felt that Kate had a very specific
 6    requirement that was novel, and that there was not
 7    much flexibility around that requirement.
 8              With that established, she expressed
 9    flexibility.
10         Q.  How often do analysts have to work between
11    midnight and 9:00 a.m. at Centerview?
12         A.  Regularly.
13         Q.  Is that in addition to working between
14    9:00 a.m. and midnight?
15         A.  Well, in some cases, but the nature of
16    the job is that it is very unpredictable.  You don't
17    need -- you don't know when you are going to need to
18    be available.
19              You just need to be available when the
20    team needs you.
21              In some projects you are working 24 hours
22    a day.
23         Q.  How many days in a row would an analyst
24    expect to be working 24-hour days?
25         A.  Well, I mean, I think that nobody expects
```

```
 1                    T. Kim - Confidential
 2    to work 24-hour days, but I think most people
 3    understand that -- most people come into the business
 4    of investment banking understanding that they might
 5    be occasionally asked to work 24 hours straight.
 6          Q.   What makes you say that?
 7          A.   Well, it is the nature of the business.
 8               I think that is the nature of the
 9    business, and that is consistent at any investment
10    bank where that can come up.
11               It's no one's goal to have that happen,
12    but that does come up, and I would say that despite
13    all efforts to try and manage workload and time,
14    that there is no way to avoid that on any particular
15    project.
16          Q.   About how often a month would an analyst
17    be expected to work 24 hours in a row?
18          A.   There is no specific benchmark for that.
19          Q.   You said that it is common knowledge that
20    this is required in the banking industry.
21               What is the common knowledge on how often
22    that happens?
23          A.   I didn't say that it was common knowledge
24    that it was required.
25               I said that it's common knowledge that it
```

```
1                T. Kim - Confidential
2   people that all the time, like, I would imagine that
3   scenario that you described, if that happened once,
4   immediately the person would be told, "I want you to
5   tell me if you are going to go to bed if your team
6   is still working."
7          Q.  Do you think that that is exactly what
8   happened with Kate?
9          A.  I don't know.
10             Is that your example?
11             Do you have a --
12         Q.  Does Centerview, in any of its training,
13  speak to incoming first-year analysts about sleep?
14         A.  I'm not sure.
15         Q.  Does Centerview do anything in its
16  interview process to test a candidate's medical
17  ability to work for 24 hours at a time?
18             MS. BARRETT:  Objection to form.
19         A.  No.
20         Q.  Is working 24 hours at a time a material
21  part of being a first-year analyst at Centerview?
22         A.  I don't understand the question.
23         Q.  Is the ability to work 24 hours in a row
24  a material requirement to be a first-year analyst at
25  Centerview?
```

```
 1                  T. Kim - Confidential
 2          A.   So I have never considered that question
 3    before, and we don't have any formal policies around
 4    that, but I believe the answer to that question is
 5    yes.
 6          Q.   Is there any type of physical examination
 7    that is done to candidates for the first-year analyst
 8    program to test their physical mettle to be
 9    first-year analysts?
10          A.   No.
11          Q.   First-year analysts are not astronauts,
12    correct?
13          A.   Correct.
14          Q.   There is no physical test that is required
15    to be a first-year analyst, correct?
16          A.   Correct.
17          Q.   Is this a matter of culture at Centerview
18    or is this a matter of what you believe is the
19    investment banking industry?
20               MS. BARRETT:  Objection to form.
21          A.   Is what a matter of culture?
22          Q.   The ability to work 24 hours in a row, is
23    that based upon Centerview's culture, or do you think
24    that is across Wall Street?
25          A.   That is across Wall Street.
```

```
1                    T. Kim - Confidential
2           A.   I don't recall exactly specifically
3    challenges, but, generally, yes, I had conversations
4    with her about that because I recall coming back to
5    her and nudging or suggesting that some amount of
6    communication with the team around her situation
7    would be helpful for her.
8           Q.   What was Kate's response?
9           A.   I recall her saying that she did not want
10   to disclose it to the team.
11          Q.   Did you have to do whatever Kate wanted?
12          A.   No.
13          Q.   What made you decide not to disclose
14   something to the team?
15          A.   Well, I told her that I would not, so I
16   wanted to follow through on that.
17          Q.   What led you to have that conversation
18   with Kate where you told her you would like to
19   disclose more to the team?
20          A.   I believe it was that interaction, I
21   think, over more than one conversation that I had
22   with Cheryl, where we were trying to design something
23   that could work here, and, you know, we often do
24   things like that, and then identify issues as they
25   come up and try to workshop it more.
```

```
1                T. Kim - Confidential
2    done.
3                So if --
4        A.  Yes, of course, of course.  I just forgot
5    that now, but that is what I have always been trying
6    to do.
7                My recollection is that I spoke with, at
8    least, Tim Ernst, and I informed him that I needed
9    to create a system on the project where Kate would
10   not work between midnight and 9:00 a.m., and I
11   understood that that was an unusual request of him
12   and the team, but that for now that was all I could
13   say about it.
14       Q.  What more would you have wanted to
15   disclose to the team?
16       A.  I think at a minimum I would have liked
17   to have said that Kate has a medical issue, and we
18   are trying to figure out the right solution, and in
19   the meantime let's stick to this protocol.
20               I probably would have said that I
21   understand the impact that that would have on the
22   team, but I would ask the team to manage.
23       Q.  Why did you think telling the team it was
24   a medical issue would help things?
25       A.  When you can say nothing at all about why
```

```
 1                  T. Kim - Confidential
 2   you are putting in this protocol, for all they
 3   know -- I don't know -- Kate's my best friend, and I
 4   don't want her to work from midnight to 9:00 a.m.,
 5   or someone else called and demanded it for some
 6   unreasonable rationale.
 7                  I think that it's an unusual enough
 8   request that it requires further explanation.
 9         Q.   Did you have any discussion with anyone
10   about moving Kate off of that particular deal?
11         A.   I think I suggested to Kate that we take
12   her off the deal.
13         Q.   Do you recall what she said?
14         A.   I believe she said she wanted to stay on.
15         Q.   Was there any further discussion about
16   that?
17         A.   I believe I explained to her how
18   challenging that would be given the fact that she
19   needed to get this amount of sleep.
20         Q.   Have you ever had any first-year analysts
21   who were pregnant?
22         A.   Not that I am aware of.
23         Q.   Have you ever had any first-year analysts
24   that were undergoing treatment for an illness like
25   cancer?
```

```
 1                    T. Kim - Confidential
 2          Q.   Tim says at the end, "Again, not an issue
 3     if this is a near-term situation but figured I'd flag
 4     as well."
 5              You respond, "Thanks, Tim - this is going
 6     to be a longer term situation, so let's discuss
 7     solutions next week."
 8              Was this a longer-term situation or was
 9     this a short-term situation?
10          A.   Let me look at this one more time.
11              Refreshing my recollection reading this
12     e-mail, I believe the intent of that statement from
13     me was to say that the situation with Kate would be
14     a longer-term situation, not that the guardrails
15     approach would be a longer-term situation.
16              In addition, I recall feeling at the time
17     that it might be a longer-term situation, so,
18     therefore, why not get the team prepared for it to
19     possibly be a longer-term situation, which is why,
20     if you look at the bottom of the e-mail, where I
21     originated it, my primary goal in this thread was to
22     figure out whether they needed to have additional
23     staffing, which we actually did end up doing, adding
24     someone to the team, at least in part because of
25     Tim's very thoughtful e-mail here about the issues
```

```
 1                    T. Kim - Confidential
 2    that this guardrail approach was creating.
 3                    Even here you also have the reference to
 4    I don't really understand what's going on, which we
 5    talked about.
 6          Q.  It says, "We are certainly busy but can
 7    manage through the near term," right?
 8          A.  Yes.
 9          Q.  My only question is whether this is a
10    near-term setup or a long-term setup.
11          A.  Yes.
12          Q.  You had said before that this guardrails
13    approach was a short-term approach for the immediacy
14    of Kate's needs, correct?
15          A.  Yes.
16          Q.  When you responded to him on that point,
17    you said it was a longer-term situation.
18          A.  Yes.
19          Q.  Tim also writes to you, "I also think it
20    is not really effective from her perspective over
21    the long-term...," and then he goes on.
22                    It had been five days since she spoke to
23    you about what was going on with her, right?
24          A.  Correct.
25          Q.  Did you think that Tim might have been a
```

```
 1                   T. Kim - Confidential
 2          Q.   How many deals that first-year analysts
 3   work on at Centerview require them to be working
 4   between midnight and 9:00 a.m.?
 5          A.   I would say almost all of them.
 6          Q.   And that is working in addition to
 7   9:00 a.m. to midnight?
 8          A.   I mean, I understand the lines of
 9   questioning around hours, but it's not -- it's not
10   the primary basis for the issue that you are asking
11   about here.
12               I think it is about availability on an
13   ad hoc basis when you are working on a team where
14   you have multiple deliverables in an intense time
15   frame, and that someone else has to pick up the
16   pieces if you are not available to do that exactly
17   in the flow of when that is happening.
18          Q.   And these things are happening between
19   midnight and 9:00 a.m. in the morning?
20          A.   Yes, for sure.
21          Q.   Now, you have no idea what hours people
22   are actually working, correct?
23               MS. BARRETT:   Objection to form.
24          A.   I don't think that is an accurate
25   statement.
```

```
 1                    T. Kim - Confidential
 2          Q.   In fact, when people do report their
 3    hours in iStaffing, you don't trust them, right?
 4               MS. BARRETT:   Objection to form.
 5          A.   I don't agree with that statement either.
 6          Q.   We went through that earlier when we
 7    looked at Plaintiff's Exhibit 2.
 8               Do you recall that?
 9          A.   Yes.
10          Q.   Did you think, rather than Tim describing
11    the actual hours he was working, he was just
12    describing his feelings about the work he was doing?
13               MS. BARRETT:   Objection.
14          A.   Tim isn't listed on that set of documents.
15          Q.   Does Tim fill out or should Tim have
16    filled out his time sheets in iStaffing in August
17    and September of 2020?
18          A.   Yes.
19  RQ           MR. HELLER:   I am going to request copies
20          of Tim and Matt Gailea's time records from
21          September of 2020.
22               I will follow up in writing.
23          Q.   Up above there is a reference to Matt
24    Baron.
25               Do you recall at that time what Matt
```

```
 1              T. Kim - Confidential
 2   Baron's role was?
 3        A.  I believe Matt was a principal on the
 4   team, and so he was, you know, part of the team
 5   working on the project.
 6        Q.  He wrote, "It's not helpful for anyone if
 7   she can't get up to speed and own things as there is
 8   too much to do, and we need a full person to help
 9   with everything that needs to get done."
10            Did you think that Kate was not a full
11   person because she needed to sleep between midnight
12   and 9:00?
13        A.  This is not an e-mail to me.
14        Q.  I understand.
15        A.  I never had those thoughts.
16            However, this e-mail again showcases the
17   problem of not being able to communicate anything
18   about Kate's request or situation to the team.
19        Q.  Do you recall if in response to this
20   e-mail from Tim you had a conversation with Kate
21   about how the accommodation was going?
22        A.  I don't recall.
23        Q.  Do you recall if you ever spoke to Kate
24   about what Tim expressed to you in this e-mail?
25        A.  I don't recall.
```

```
 1                  T. Kim - Confidential
 2         Q.  Do you recall if you ever spoke to Kate
 3   after September 2, 2020 about anything?
 4         A.  I don't recall.
 5         Q.  Are you aware that the law prohibits
 6   discrimination against people with a disability?
 7         A.  Yes.
 8         Q.  Does Centerview require any type of
 9   training in antidiscrimination laws?
10         A.  Yes.
11         Q.  Have you received any type of training in
12   antidiscrimination laws during your employment at
13   Centerview?
14         A.  Yes, I believe several times.
15         Q.  When is the last time you recall having
16   that training?
17         A.  I would say within the last year.
18         Q.  Are you aware that the law requires an
19   interactive process when discussing an accommodation
20   for a disability?
21         A.  An "interactive process," can you say
22   what that means?
23              MS. BARRETT:  I am going to object to the
24         question as calling for a legal conclusion
25         from a lay witness.
```

```
 1                T. Kim - Confidential
 2    had not previously thought of.
 3         Q.   You said that you brought someone onto the
 4    team.
 5              Was that Ashwini Krishnamurthy?
 6         A.   Yes, I believe so.
 7         Q.   She was a second-year analyst?
 8         A.   I don't recall.
 9              MR. HELLER:  Why don't we take a lunch
10         break now.  That makes more sense.
11              What time did you want to come back?
12              Do you want to do 1:00, 1:15?
13              THE WITNESS:  1:15 would be great.
14              MR. HELLER:  All right, 1:15.
15              Off the record.
16              (Discussion off the record.)
17              (Luncheon recess: 12:25 p.m.)
18
19
20
21
22
23
24
25
```

```
 1                 T. Kim - Confidential
 2          A.   I believe so.
 3          Q.   Does Centerview Partners have any type of
 4   protocol for how employees can request a reasonable
 5   accommodation?
 6          A.   I don't know.
 7          Q.   Are you aware of anyone at Centerview who
 8   has requested an accommodation based on a disability?
 9          A.   Any type of disability at all?
10          Q.   Yes.
11          A.   I believe we have had employees ask for
12   short-term accommodations when they were experiencing
13   a temporary health issue.
14          Q.   Generally, what types of accommodations
15   has Centerview been asked to provide that you recall?
16          A.   Sorry, just to clarify, the question is
17   related to disabilities, correct?
18          Q.   Correct.
19          A.   We have had issues where people have been
20   sick and hospitalized and needed to have some type
21   of, you know, major surgery, so they took time off
22   to accommodate that.
23               We have had people who have had
24   complications with pregnancies and needed
25   accommodations for that.
```

```
 1                    T. Kim - Confidential
 2                    That is just -- that's what I can recall.
 3           Q.   What kinds of accommodations did people
 4    request for a pregnancy?
 5           A.   We have had people request to take extra
 6    time off, and we have had people request a reduced
 7    workload, and we have had people request -- I guess
 8    that sort of fits under additional time off.
 9           Q.   Were any of these accommodations long-term
10    accommodations, that you recall?
11           A.   Not that I recall.
12           Q.   When you say, "reduced workload," what
13    did that mean?
14           A.   I recall a situation where an employee
15    was having a medical issue, and they reduced their
16    workload on a temporary basis in order to reduce --
17    I don't know -- whatever that situation was.
18           Q.   How long was that reduction?
19           A.   I don't know.
20           Q.   Do you remember when that was?
21           A.   I don't recall.
22           Q.   Was it in the New York office?
23           A.   Yes.
24           Q.   Do you know what level that person was?
25           A.   An associate.
```

```
1                 T. Kim - Confidential
2        Q.   Did that accommodation involve altering
3   the projects that that associate was assigned to?
4        A.   Yes.
5        Q.   Was that associate assigned to projects
6   that required working 24 hours in a row during the
7   period when the accommodation was granted?
8        A.   I don't know.
9        Q.   Do you recall for how long that
10  accommodation lasted?
11       A.   I don't know.
12       Q.   Do you know what happened to that
13  employee?
14       A.   That person is still employed by the firm.
15       Q.   Has that accommodation ended?
16       A.   I don't know.
17       Q.   Are you aware of any discussion about
18  reducing the workload for Kate Shiber?
19       A.   Yes.
20            I had conversations with Kate about
21  reducing her workload.
22       Q.   What was the result of those
23  conversations?
24       A.   That is when I said something -- I can't
25  recall, it was either that I suggested or I
```

```
 1              T. Kim - Confidential
 2  recommended that Kate come off of Dragon.
 3        Q.  What was her response?
 4        A.  She said she wanted to stay on it.
 5        Q.  Was there any discussion about moving
 6  her, notwithstanding her desire to remain?
 7        A.  I believe there was.
 8            I believe Cheryl and I talked about the
 9  merits of that.
10        Q.  What was the decision on that?
11        A.  That she wanted to stay on it, so we
12  would keep her on it.
13        Q.  Was there ever any discussion that you
14  had with Kate about removing her from the Dragon
15  project versus terminating her employment?
16        A.  No.
17        Q.  As a people development leader, what
18  types of issues, generally, do you handle or come up
19  to you?
20        A.  Things like the topics that I described,
21  which you were just asking about; obviously, Kate's;
22  we have a problem with an employee who is not
23  handling themselves well with teams; and when people
24  are underperforming dramatically.
25              That is not an exhaustive list, but those
```

## A

**ability** 6:25, 41:20, 63:20
83:3, 88:4, 94:17, 94:23
95:22
**able** 21:4, 22:9, 32:19, 37:6
75:2, 80:9, 82:3, 110:6
116:17, 138:3
**Absolutely** 113:25
**accept** 14:9, 14:13
**acceptable** 32:6, 68:14, 74:22
**accepting** 14:19
**accommodate** 47:4, 96:22
119:8, 128:22
**accommodation** 102:4
116:21, 117:19, 118:6
118:17, 119:12, 128:5, 128:8
130:2, 130:7, 130:10, 130:15
**accommodations** 107:20
128:12, 128:14, 128:25
129:3, 129:9, 129:10
**account** 12:3, 12:7
**accurate** 35:17, 35:23, 36:11
41:6, 41:8, 45:10, 76:25
113:16, 114:24, 136:21
**accurately** 41:15, 42:21
**achieve** 34:3
**act** 47:5
**action** 1:7, 127:2, 127:7
143:18, 143:20
**active** 93:3
**activities** 52:18, 52:21
**Activity** 53:7, 53:15, 144:20
**actual** 16:16, 36:3, 36:19
41:16, 42:17, 115:11, 119:12
139:19
**ad** 114:13
**add** 29:24, 123:16, 124:2
**added** 56:24
**adding** 111:23
**addition** 34:2, 89:13, 107:5
111:16, 114:6
**additional** 96:3, 109:13
111:22, 129:8
**additive** 140:8
**address** 5:5, 83:7, 119:21

**addressed** 133:13
**addressing** 84:6
**adequacy** 62:13
**administer** 4:11
**advance** 18:3
**advice** 11:15, 11:16
**advisable** 119:3
**advise** 20:21
**advising** 19:17, 19:23
**ago** 7:13, 7:24, 22:18, 57:10
**agree** 8:20, 29:23, 57:22
115:5
**AGREED** 4:2, 4:6, 4:9
**all-nighter** 91:8
**allow** 141:5
**allowed** 48:7, 48:10, 48:13
48:16
**altering** 130:2
**Amanda** 3:7, 54:5, 133:19
134:12, 134:17, 147:10
**amend** 29:23, 120:20
**amount** 34:3, 46:7, 72:12
98:5, 101:19
**analyses** 28:24
**analyst** 12:13, 12:15, 12:16
13:17, 14:24, 15:2, 15:25
16:3, 16:5, 16:6, 18:10, 21:18
26:13, 27:4, 30:9, 30:18
30:21, 34:17, 35:12, 36:18
37:16, 41:25, 43:14, 43:23
50:19, 50:23, 52:12, 52:15
59:11, 59:16, 88:6, 89:23
90:16, 93:15, 94:21, 94:24
95:7, 95:15, 96:17, 113:14
121:7, 124:22, 136:18, 137:6
144:16
**analysts** 12:10, 12:17, 12:23
13:2, 13:6, 13:25, 14:4, 14:20
15:23, 16:12, 16:16, 16:20
17:9, 20:13, 21:21, 28:21
29:5, 30:3, 35:10, 35:25, 37:9
37:14, 37:20, 38:23, 38:25
42:4, 42:6, 44:20, 45:18
45:20, 46:4, 46:6, 46:9, 46:9
46:14, 46:18, 47:9, 47:18
48:5, 48:24, 49:9, 49:12

52:17, 89:10, 91:8, 93:10
93:12, 94:13, 95:9, 95:11
101:20, 101:23, 102:4
113:12, 114:2, 118:18
**anecdotally** 29:12, 40:19
**angry** 86:7, 137:20
**Anish** 124:8, 124:22, 147:7
**anonymous** 41:21
**answer** 6:2, 6:7, 6:15, 6:20
6:22, 6:25, 7:20, 8:9, 13:14
13:21, 17:14, 25:20, 28:20
32:12, 32:19, 38:13, 43:22
44:24, 49:23, 51:2, 72:6, 95:4
108:13, 120:21, 135:4, 135:5
137:3, 138:17, 139:24
140:11
**answering** 9:17
**answers** 6:11, 51:2, 142:8
**antidiscrimination** 117:9
117:12
**anybody** 26:9, 26:11, 44:10
44:18, 52:9, 60:19, 65:15
69:15, 96:4, 96:11, 96:15
123:23, 125:20, 137:19
137:22, 139:12
**appears** 24:20
**applies** 17:20
**apply** 14:13, 136:9
**approach** 85:13, 87:14
92:14, 97:12, 99:21, 106:23
109:23, 111:15, 112:2
112:13, 112:13
**approval** 53:8, 53:15, 53:21
54:10, 144:20
**approximate** 10:17
**approximately** 16:14, 16:19
**area** 13:18
**arises** 91:24
**arrive** 14:24
**arrived** 46:14
**article** 31:22
**articles** 31:19
**artist** 53:21, 54:14
**Ashwini** 121:5
**aside** 33:9, 38:21
**asked** 6:5, 8:19, 21:3, 21:15

22:17, 23:6, 25:22, 38:16
42:10, 44:17, 78:12, 82:13
90:5, 97:4, 128:15
**asking** 5:24, 6:20, 7:5, 8:10
8:21, 9:23, 13:22, 20:14
26:24, 28:17, 39:16, 43:4
44:9, 47:23, 70:3, 79:6, 87:6
92:10, 99:24, 107:19, 114:10
119:20, 131:21
**asks** 38:11
**assess** 22:12
**assessing** 20:5
**assigned** 11:22, 55:21, 56:21
59:18, 62:24, 122:9, 130:3
130:5
**assigning** 54:17, 54:21, 56:19
**assignment** 12:6, 92:17
92:24
**assignments** 60:8, 61:3
**associate** 59:11, 129:25
130:3, 130:5
**associated** 127:21
**assume** 6:8, 25:15, 38:14
48:18, 61:9, 64:5, 68:14
76:25, 92:15
**assumed** 72:13
**assuming** 36:15, 57:10
60:23
**astronauts** 95:11
**attorney** 5:11, 8:8, 8:20, 9:22
**attorney-client** 8:7, 8:11
8:23
**attorneys** 2:4, 2:15, 4:3, 8:15
**attuned** 31:15
**August** 55:6, 55:9, 56:18
62:19, 63:16, 64:15, 65:12
76:21, 76:24, 77:22, 77:25
107:18, 108:2, 108:7, 115:16
**authority** 63:3, 63:7, 63:10
63:13, 63:15, 63:23, 64:2
65:9
**authorized** 4:11
**availability** 114:12
**available** 30:10, 75:17, 75:23
89:18, 89:19, 92:6, 113:19
114:16

**Avenue** 2:6, 2:11, 2:17
**average** 91:10
**avoid** 90:14
**avoiding** 7:5
**awake** 92:21
**aware** 18:22, 20:10, 20:12
20:18, 20:20, 21:11, 25:13
25:16, 33:2, 33:6, 50:22
52:14, 52:16, 52:20, 52:23
53:20, 53:25, 54:16, 65:2
70:13, 101:22, 102:2, 117:5
117:18, 126:25, 127:6, 128:7
130:17, 136:23, 138:6, 138:8

---

**B**

---

**bachelor's** 9:12, 9:12
**back** 9:6, 12:2, 12:21, 14:17
19:3, 25:14, 29:18, 32:3
48:22, 50:11, 69:4, 74:18
79:6, 85:15, 98:4, 99:5, 99:17
103:6, 106:5, 107:25, 110:11
110:19, 110:20, 118:25
120:2, 120:15, 121:11, 139:4
**back-and-forth** 86:16, 86:20
86:25, 87:5, 119:5
**bad** 31:14, 31:17
**balance** 21:20, 21:23, 49:14
49:19, 91:20
**bank** 11:13, 27:16, 90:10
**banker** 31:20, 58:24
**bankers** 62:3, 93:19
**banking** 16:9, 17:13, 17:20
17:21, 18:6, 18:16, 18:19
19:10, 23:25, 24:3, 24:4, 24:5
26:7, 26:11, 26:12, 27:11
30:18, 90:4, 90:20, 95:19
**banks** 30:3, 30:4, 31:13
**bare-minimum** 74:21
**Baron** 56:8, 58:22, 59:14
108:19, 109:2, 115:24
144:24, 146:16
**Baron's** 116:2
**BARRETT** 2:19, 8:6, 8:14
9:2, 21:22, 27:7, 28:4, 33:12
35:14, 35:24, 42:13, 42:23

44:21, 45:6, 45:12, 49:21
50:4, 61:7, 63:17, 63:21, 64:4
72:4, 91:5, 94:18, 95:20
102:10, 102:16, 102:21
107:2, 114:23, 115:4, 115:13
117:23, 140:18, 140:24
**based** 11:22, 35:20, 41:19
51:2, 66:14, 88:12, 95:23
128:8, 136:8
**basic** 93:15
**basically** 5:23
**basis** 8:7, 41:21, 70:15, 84:17
87:25, 93:25, 114:10, 114:13
129:16, 133:7, 133:7, 133:8
**Bates** 24:13, 24:21, 34:17
34:25, 53:8, 53:16, 56:4, 56:9
76:11, 76:20, 77:7, 77:15
78:21, 79:4, 79:22, 104:22
105:3, 105:17, 106:2, 107:11
107:23, 108:20, 109:3
122:23, 123:6, 124:9, 124:17
133:20, 134:4, 135:15
135:19, 144:13, 144:17
144:21, 144:24, 145:7
145:11, 145:14, 145:18
145:21, 146:8, 146:12
146:16, 146:21, 147:8
147:12, 147:15
**battery** 21:3
**Bcc** 136:11
**bed** 94:5
**Beer** 58:15, 58:16, 58:17
**begins** 12:15, 13:11, 13:15
**behave** 47:5
**belief** 39:20, 137:2
**beliefs** 139:20
**believe** 14:22, 15:11, 17:11
17:14, 21:23, 23:20, 23:23
24:4, 26:20, 27:3, 27:13
27:18, 29:11, 34:5, 35:17
37:14, 37:16, 39:3, 39:5
40:10, 40:11, 40:13, 41:12
43:17, 47:11, 48:25, 51:23
58:18, 59:3, 59:8, 61:14
62:17, 64:8, 65:11, 65:13
65:22, 69:10, 69:14, 74:7

80:23, 81:14, 82:21, 85:9
85:18, 86:10, 88:20, 93:13
93:16, 95:4, 95:18, 96:3, 96:5
98:20, 99:2, 99:8, 99:11
99:14, 101:14, 101:17
103:19, 106:17, 106:18
109:19, 109:21, 111:12
113:4, 113:5, 116:3, 117:14
118:11, 118:21, 121:6
122:14, 123:12, 125:22
128:2, 128:11, 131:7, 131:8
133:6, 137:16
**benchmark** 90:18
**benefits** 138:22
**best** 6:19, 66:9, 101:3
**better** 119:6, 138:10
**beyond** 83:13, 85:18
**big** 60:7
**biggest** 59:25
**bill** 12:8
**billing** 11:18
**birth** 7:4
**birthday** 7:6
**bit** 17:7, 113:2
**black** 134:13, 134:14
**Blair** 58:3, 63:23
**blood** 143:17
**boss** 62:19, 62:22, 64:23
**bottom** 40:7, 54:3, 106:4
111:20, 134:11
**boundaries** 87:22
**break** 29:10, 29:25, 102:9
102:13, 102:16, 102:17
121:10
**Brian** 2:8, 5:10, 8:14, 102:11
**bricks** 23:7
**brought** 120:23, 121:3
**browser** 37:22
**building** 138:23
**bullets** 27:15, 27:15
**burden** 118:6
**business** 5:5, 11:14, 16:9
28:6, 28:8, 33:25, 34:6, 52:18
52:21, 53:7, 53:15, 90:3, 90:7
90:9, 91:11, 144:20
**busy** 37:6, 112:6

**C**

**calculate** 23:7
**call** 37:4, 38:8, 40:23, 65:23
67:14, 69:19, 69:21, 70:4
102:11, 126:2, 127:19
**called** 5:3, 17:23, 18:13, 26:6
38:2, 101:5, 134:18
**calling** 85:12, 117:24
**calls** 69:16
**campus** 14:6, 15:6, 15:10
23:8
**cancer** 101:25
**candidate** 23:13, 51:10
51:12, 51:15, 51:18, 51:20
52:5, 137:24
**candidate's** 20:5, 22:12
94:16
**candidates** 13:12, 13:16
13:24, 14:2, 14:12, 14:23
15:15, 15:20, 16:16, 17:16
18:17, 18:22, 19:8, 19:17
19:23, 20:11, 20:18, 20:21
21:2, 25:22, 26:2, 26:20, 27:3
95:7
**cap** 49:8
**capable** 96:12
**care** 49:16
**career** 26:7, 27:11
**case** 82:22, 148:1
**cases** 15:11, 89:15
**caused** 60:6, 99:4, 99:11
**cc** 77:14
**ccs** 59:14
**Centerview** 1:10, 3:9, 9:25
10:6, 10:9, 10:24, 11:12
11:13, 11:17, 11:21, 12:9
13:7, 13:12, 13:16, 13:24
14:2, 15:2, 15:5, 15:14, 15:20
16:3, 16:5, 17:14, 17:15, 18:9
18:17, 18:22, 20:13, 20:21
21:18, 21:20, 22:12, 23:11
23:12, 24:12, 24:21, 25:15
25:17, 26:15, 26:21, 27:5
27:19, 28:2, 28:3, 28:21, 30:9
31:8, 31:16, 31:24, 32:10

32:13, 33:3, 35:2, 42:12
44:10, 44:19, 46:14, 46:24
47:8, 47:15, 48:8, 48:17
48:25, 49:8, 49:11, 51:20
52:3, 52:6, 52:12, 52:17
52:22, 53:6, 53:16, 53:22
54:15, 55:12, 56:5, 56:22
57:18, 58:5, 58:14, 58:24
60:13, 60:25, 63:19, 64:7
64:18, 64:23, 67:25, 76:20
77:15, 79:5, 89:11, 91:25
93:9, 94:12, 94:15, 94:21
94:25, 95:17, 96:4, 96:5
96:13, 96:18, 96:21, 104:22
106:2, 107:23, 109:4, 114:3
117:8, 117:13, 118:7, 119:9
123:6, 124:17, 127:24, 128:3
128:7, 128:15, 132:8, 132:19
132:25, 134:5, 135:20
137:19, 137:22, 138:11
138:13, 144:13, 144:19
148:1
**Centerview's** 11:14, 20:11
27:4, 29:25, 95:23
**Centerview_000070** 56:9
144:25
**Centerview_000169** 105:18
146:8
**Centerview_000170** 105:18
146:9
**Centerview_000249** 78:21
145:15
**Centerview_000274** 122:24
146:21
**Centerview_000275** 122:24
146:22
**Centerview_000280** 108:20
146:17
**Centerview_000281** 124:10
147:8
**Centerview_000319** 76:12
145:8
**Centerview_000321** 77:8
145:11
**Centerview_000322** 79:23
145:18

**Centerview_001495** 53:9
  144:21
**Centerview_001859** 107:12
  146:13
**Centerview_001872** 105:4
  145:22
**Centerview_001873** 105:4
  145:23
**Centerview_002862** 133:21
  147:12
**Centerview_002884** 135:15
  147:16
**Centerview_002909** 34:18
  144:17
**Centerview_003287** 24:14
  144:14
**Centerview_003309** 24:14
  144:15
**certain** 34:3, 57:15, 84:22
**certainly** 19:2, 48:9, 60:5
  67:5, 68:23, 93:25, 96:4
  112:6, 119:15, 119:24, 127:5
  140:3
**certify** 142:4, 143:9, 143:16
**Chakravarthi** 124:9, 124:22
  147:7
**challenge** 74:16, 91:9
  113:11, 113:17
**challenges** 71:2, 71:8, 97:12
  97:21, 97:25, 98:3
**challenging** 91:23, 92:2
  101:18, 140:13
**chance** 81:18, 106:6, 107:21
  109:7, 124:19
**change** 32:18, 148:3, 148:3
  148:6, 148:7, 148:8, 148:9
  148:10, 148:11, 148:12
  148:13, 148:14, 148:15
  148:16, 148:17, 148:18
  148:19
**changed** 10:12, 10:22
**changes** 136:8
**characterization** 35:15
  35:18, 35:21
**charge** 12:8
**chart** 37:10, 48:24

**charts** 65:3
**chasing** 40:2
**chat** 24:9, 34:14, 53:3, 56:2
**check** 77:16, 79:7, 93:5
**Cheryl** 64:8, 64:17, 65:17
  65:23, 66:2, 66:11, 66:14
  66:18, 66:23, 67:2, 67:7
  67:14, 67:25, 69:5, 69:9
  76:11, 76:18, 77:7, 77:14
  77:16, 78:20, 79:6, 79:22
  80:6, 80:12, 81:11, 81:15
  81:20, 81:21, 82:3, 82:20
  82:24, 97:11, 97:21, 98:22
  99:6, 103:19, 103:21, 104:19
  105:2, 105:16, 105:25, 106:3
  106:10, 106:15, 106:15
  107:11, 107:18, 110:4
  127:12, 127:16, 131:8
  133:19, 134:12, 145:7
  145:10, 145:13, 145:17
  145:21, 146:7, 146:11
  147:11
**Cheryl's** 67:23
**chief** 3:8, 54:11
**choose** 8:16
**circumstance** 33:2
**cites** 134:18
**City** 47:16, 136:5
**Civil** 1:7
**claim** 5:20
**clarification** 73:4
**clarify** 20:14, 22:4, 28:17
  33:5, 46:17, 92:13, 122:17
  128:16, 148:4
**class** 13:2, 13:17, 14:24
  34:17, 46:15, 46:18, 50:23
  50:24, 144:16
**CLAYMAN** 2:10
**clear** 8:14, 50:15, 50:18
  87:21, 93:23, 104:13, 123:15
**clearly** 18:5, 56:23
**client** 57:8, 57:19, 57:20
  60:7
**clients** 11:15, 93:19
**clock** 39:6, 39:17
**co-CEOs** 58:6

**code** 57:6, 57:7, 57:9, 57:14
**codified** 32:5
**Cogan** 58:11, 58:12, 58:13
**coincide** 102:13
**collaborate** 11:7, 64:25
**college** 12:24, 16:8, 23:7
  23:22, 23:24
**Coltman** 55:4
**come** 10:11, 16:7, 29:2, 43:3
  46:8, 47:16, 55:20, 61:15
  65:20, 67:20, 83:6, 86:13
  90:3, 90:10, 90:12, 98:25
  121:11, 127:10, 131:2
  131:18
**comes** 36:15, 44:8
**coming** 46:25, 74:18, 80:19
  98:4
**commencement** 143:13
**comment** 18:4
**comments** 27:24
**Commission** 142:22, 148:25
**committed** 31:21
**common** 29:12, 90:19, 90:21
  90:23, 90:25, 91:3
**communicate** 8:17, 74:17
  75:7, 93:9, 93:11, 97:15
  116:17, 118:15, 133:10
**communicated** 85:18, 93:13
  99:2, 106:23, 119:12
**communicating** 74:21
  123:25
**communication** 75:11, 98:6
**communications** 8:12, 75:12
**competitive** 14:25, 15:8
**complaining** 139:12
**complete** 142:7
**completes** 92:8
**completing** 47:7
**compliance** 3:8, 54:10, 54:11
**complicated** 84:8
**complications** 128:24
**compressed** 103:17
**computer** 24:23
**computers** 48:14
**concept** 120:22, 120:25
**concern** 66:8

**concerned** 31:15, 73:17
73:22, 119:11
**concerns** 50:16, 73:14, 73:15
74:3, 74:4, 119:21
**concluded** 119:3
**conclusion** 39:22, 117:24
**concussions** 134:23, 135:8
**condition** 70:13, 71:13
71:15
**confident** 41:3
**confidential** 1:2, 6:1, 7:1, 8:1
9:1, 10:1, 11:1, 12:1, 13:1
14:1, 15:1, 16:1, 17:1, 18:1
19:1, 20:1, 21:1, 22:1, 23:1
24:1, 25:1, 26:1, 27:1, 28:1
29:1, 30:1, 31:1, 32:1, 33:1
34:1, 35:1, 36:1, 37:1, 38:1
39:1, 40:1, 41:1, 42:1, 43:1
44:1, 45:1, 46:1, 47:1, 48:1
49:1, 50:1, 51:1, 52:1, 53:1
54:1, 55:1, 56:1, 57:1, 58:1
59:1, 60:1, 61:1, 62:1, 63:1
64:1, 65:1, 66:1, 67:1, 68:1
69:1, 70:1, 71:1, 72:1, 73:1
74:1, 75:1, 76:1, 77:1, 78:1
79:1, 80:1, 81:1, 82:1, 83:1
84:1, 85:1, 86:1, 87:1, 88:1
89:1, 90:1, 91:1, 92:1, 93:1
94:1, 95:1, 96:1, 97:1, 98:1
99:1, 100:1, 101:1, 102:1
103:1, 104:1, 105:1, 106:1
107:1, 108:1, 109:1, 110:1
111:1, 112:1, 113:1, 114:1
115:1, 116:1, 117:1, 118:1
119:1, 120:1, 121:1, 122:1
123:1, 124:1, 125:1, 126:1
127:1, 128:1, 129:1, 130:1
131:1, 132:1, 133:1, 134:1
135:1, 136:1, 137:1, 138:1
139:1, 140:1, 140:20, 141:1
**conflict** 137:6
**conform** 148:4
**confronted** 96:25, 97:5
**confused** 33:21, 73:3
**connected** 76:22, 80:11
108:3

**cons** 27:15, 27:16
**consequences** 99:9, 99:10
120:24
**considered** 95:2, 96:17
**considering** 27:10
**consistent** 84:17, 87:25, 90:9
**consistently** 10:8, 91:13
91:16
**constantly** 92:6, 133:11
**consulted** 126:21
**context** 5:17, 113:10, 113:13
123:16, 136:25, 139:22
139:24, 140:12
**continue** 84:23, 99:24
**continued** 3:2, 47:14, 122:6
**continuing** 80:4
**controversy** 143:19
**conversation** 62:9, 66:14
67:2, 67:8, 68:8, 68:14, 69:5
70:7, 70:23, 70:25, 70:25
71:4, 72:21, 74:19, 74:23
86:22, 86:23, 98:17, 98:21
104:4, 106:9, 108:7, 109:20
109:21, 109:24, 110:8
116:20, 118:22, 124:25
125:2, 125:9, 125:12, 125:20
**conversations** 67:5, 68:10
68:19, 71:11, 74:19, 77:25
78:13, 97:11, 98:3, 103:9
103:11, 103:13, 103:15
103:18, 103:20, 103:22
103:25, 104:2, 106:18
109:16, 130:20, 130:23
**convey** 43:2, 74:20
**conveyed** 66:8, 74:8, 84:22
**conveying** 83:16, 86:3
**COO** 65:11
**copied** 136:9
**copies** 115:19
**correct** 7:24, 26:15, 29:14
29:17, 38:14, 42:22, 45:15
49:4, 62:11, 69:10, 73:24
82:20, 95:12, 95:13, 95:15
95:16, 97:22, 112:14, 112:24
113:20, 114:22, 128:17
128:18, 135:25, 139:7

139:21, 142:7, 142:9, 148:5
**corrections** 148:2
**correctly** 42:10
**counsel** 24:19, 34:24, 36:13
78:8, 143:20
**count** 37:4
**counting** 39:7
**country** 15:9
**COUNTY** 143:5
**couple** 7:13, 68:12
**course** 7:19, 51:12, 68:11
100:4, 100:4
**court** 1:4, 6:13, 6:15
**covered** 8:22
**coworkers** 74:10, 93:18
**create** 97:13, 100:9
**creating** 74:11, 112:2, 113:8
113:18
**crisis** 127:15
**criticized** 31:13
**culture** 95:17, 95:21, 95:23
**current** 26:22, 27:5
**currently** 47:19, 48:4, 58:20

## D

**Dartmouth** 15:19, 15:21
**data** 43:22
**database** 38:4
**date** 10:15, 10:16, 24:15
34:19, 43:24, 53:10, 56:10
76:13, 77:9, 78:22, 79:24
105:5, 105:19, 106:19
106:22, 107:13, 108:21
122:25, 124:11, 133:22
135:16, 148:2
**dated** 56:7, 76:10, 76:21
77:6, 77:14, 78:19, 79:4
79:21, 104:25, 105:16
107:10, 108:2, 108:18, 110:3
122:22, 123:5, 124:7, 124:17
133:18, 135:13, 144:23
145:5, 145:9, 145:13, 145:16
145:20, 146:6, 146:10
146:15, 146:19, 147:6
147:10, 147:13

**dates** 62:8
**day** 7:19, 67:17, 67:19, 69:8
69:13, 89:22, 142:19, 143:11
143:22, 148:23
**days** 7:13, 7:24, 22:21, 22:23
23:3, 30:16, 46:22, 47:9
68:11, 71:19, 89:23, 89:24
90:2, 103:9, 103:13, 112:22
**deadline** 22:20
**deadlines** 122:16
**deal** 57:8, 59:22, 59:24
59:25, 60:13, 61:23, 62:5
63:13, 65:6, 91:23, 91:25
101:10, 101:12, 127:14
132:3, 139:6
**dealing** 93:18
**deals** 75:21, 76:3, 114:2
**dealt** 22:24
**December** 35:11, 132:21
**decide** 98:13
**decided** 81:14, 82:8, 119:5
**decides** 30:11, 61:19
**decision** 52:15, 125:4, 126:6
126:10, 126:21, 126:23
131:10, 132:7, 132:18
136:15, 137:12, 137:18
138:7
**Defendant** 1:11, 2:15
**deficient** 140:15
**define** 34:8, 44:3, 62:21
**defined** 48:3
**definitely** 51:16
**definition** 12:12, 35:23
37:25, 72:5
**definitionally** 84:18
**degree** 9:12
**degrees** 9:13, 9:16
**deliver** 49:14
**deliverables** 28:24, 28:25
29:2, 114:14
**demanded** 101:5
**demanding** 49:17, 75:21
76:3
**dependent** 91:6
**deposed** 5:12, 5:14, 5:15
**deposition** 1:17, 4:10, 4:13

8:18, 142:6, 148:2, 148:2
**depositions** 5:17
**describe** 29:21
**described** 94:3, 131:20
**describes** 113:7
**describing** 29:15, 115:10
115:12
**design** 98:22
**designate** 140:19, 140:24
**designated** 47:25
**designed** 20:25, 21:4
**desire** 54:14, 131:6
**desires** 47:4
**despite** 90:12
**detail** 109:23
**detailed** 120:23
**determination** 104:5
**determine** 26:12
**developed** 80:24, 81:15
**developing** 71:11
**development** 127:18, 131:17
**devices** 48:18
**DI** 8:6, 144:7
**dialogue** 71:2
**different** 12:18, 19:20, 19:21
24:2, 27:2, 30:2, 37:17, 64:25
70:25, 74:15, 137:24
**differently** 39:9, 73:23
**difficult** 44:3, 74:24
**DIRECTIONS** 144:7
**directly** 143:18
**director** 58:19
**disabilities** 128:17
**disability** 71:24, 72:3, 72:6
102:5, 117:6, 117:20, 128:8
128:9
**disaster** 23:13
**disclose** 98:10, 98:13, 98:19
99:6, 100:15
**disclosed** 99:11, 99:22
**Disclosure** 53:8, 53:15
144:20
**disconnect** 136:16
**discrimination** 5:20, 117:6
**discuss** 111:6, 125:17
**discussed** 67:5, 69:13, 69:19

87:17, 106:12
**discussing** 89:4, 117:19
**discussion** 9:5, 11:25, 12:20
14:15, 48:21, 50:8, 51:9
61:21, 62:2, 62:4, 66:12, 67:2
74:12, 79:12, 80:16, 82:10
85:14, 101:9, 101:15, 103:3
120:14, 121:16, 125:17
130:17, 131:5, 131:13, 138:2
138:25, 141:10
**discussions** 62:7, 62:13
69:12, 78:8, 97:9, 97:21
97:24, 127:2, 127:6
**disqualified** 96:13, 96:17
**disrespectful** 86:14
**DISTRICT** 1:4, 1:5
**divide** 19:20
**doctor** 104:11
**doctor's** 80:17, 82:8, 82:11
82:14, 104:10
**document** 24:11, 24:18
24:22, 25:7, 25:8, 25:13
25:25, 34:12, 34:16, 34:23
34:25, 35:7, 35:23, 35:24
36:3, 36:7, 36:10, 43:11
45:23, 46:2, 52:25, 53:5
53:14, 53:18, 56:4, 56:15
76:7, 77:3, 104:22, 104:24
105:9, 105:12, 133:15, 134:8
135:11, 144:12, 144:16
144:18, 145:19
**documents** 8:2, 8:16, 8:19
9:7, 115:14
**doing** 30:8, 43:10, 47:6, 88:3
109:8, 111:23, 115:12
**dollars** 60:10
**doubt** 37:8, 38:22, 71:17
83:5
**dozens** 30:10
**dr** 80:10, 110:7
**Dragon** 55:22, 56:22, 57:2
57:5, 57:11, 57:23, 131:2
131:14
**dramatic** 113:2
**dramatically** 131:24
**duly** 5:3, 143:12

**dynamics** 97:14

## E

**e-mail** 56:7, 56:16, 56:17
56:18, 57:2, 57:12, 59:13
60:15, 60:21, 62:6, 75:13
76:10, 76:17, 77:6, 77:19
78:2, 78:5, 78:19, 79:3, 79:4
79:6, 79:21, 80:5, 80:5, 80:13
92:9, 92:19, 92:22, 104:18
104:25, 105:15, 106:3
106:10, 106:14, 107:10
107:17, 108:2, 108:15
108:18, 108:25, 109:10
109:17, 109:18, 110:20
110:23, 111:12, 111:20
111:25, 113:3, 113:5, 116:13
116:16, 116:20, 116:24
118:10, 119:22, 120:3
120:10, 120:18, 120:22
120:23, 122:21, 123:5
123:10, 123:16, 123:23
124:7, 125:24, 133:18
134:11, 134:17, 135:13
135:18, 136:13, 136:25
139:14, 139:17, 140:2
140:10, 144:22, 145:5, 145:9
145:12, 145:16, 145:20
146:6, 146:10, 146:15
146:19, 147:6, 147:10
147:13
**e-mails** 56:7, 78:19, 105:15
105:24, 108:18, 122:21
124:7, 124:16, 133:18, 134:4
134:7, 144:22, 145:12, 146:5
146:14, 146:18, 147:5, 147:9
**earlier** 23:17, 25:22, 115:6
**education** 9:11
**effect** 4:12
**effective** 112:20
**effectiveness** 32:8, 34:4
**efficient** 92:5
**effort** 22:5, 127:18
**efforts** 90:13
**Effron** 58:3, 63:23

**eight** 84:16, 87:22, 88:17
**eight-plus** 70:14, 72:17
**either** 5:19, 22:6, 37:18
59:11, 84:4, 85:16, 91:19
115:5, 130:25
**Emanuel** 2:16, 9:3
**Emily** 55:18
**emphatic** 86:8
**employ** 143:19
**employed** 10:8, 48:8, 55:11
130:14
**employee** 10:24, 26:18, 33:10
33:16, 37:24, 40:8, 49:9
52:22, 127:24, 129:14
130:13, 131:22, 132:8
**employees** 11:18, 11:22
26:14, 26:22, 27:5, 27:14
30:23, 31:2, 31:4, 31:7, 31:24
32:13, 33:3, 33:7, 36:25
38:11, 38:16, 39:11, 42:10
42:21, 45:4, 45:10, 45:14
47:13, 48:2, 48:7, 48:10, 49:2
49:12, 91:20, 128:4, 128:11
132:4, 133:2, 138:14
**employment** 5:20, 54:15
96:13, 117:12, 131:15
132:19
**encountered** 84:2
**encourage** 133:10
**ended** 130:15
**ends** 14:19
**entails** 18:6, 24:5
**entered** 8:24
**entirely** 20:25
**entirety** 140:23, 140:25
141:6
**Ernst** 56:8, 59:9, 59:10
59:13, 63:2, 100:8, 108:19
109:2, 109:11, 118:10
122:22, 123:10, 124:8
144:23, 146:16, 146:20
147:7
**errors** 148:5
**especially** 41:21, 92:7
**ESQ** 2:8, 2:13, 2:19, 2:20
2:21, 3:7

**essence** 113:7
**establish** 41:11, 41:14, 41:17
**established** 89:8
**establishing** 99:20
**estimate** 43:4, 43:5
**ethics** 18:13, 18:18, 20:5
20:6, 22:13
**evaluate** 66:9, 84:9
**evaluated** 84:11
**evaluations** 133:2, 133:4
**events** 31:20, 66:21
**exact** 9:23, 10:16, 69:20, 97:5
**exactly** 6:17, 13:10, 13:21
18:12, 46:13, 66:6, 66:13
67:9, 68:13, 68:13, 74:7
86:21, 87:8, 94:7, 98:2
113:11, 114:16
**examination** 5:8, 95:6, 122:6
143:10, 144:4
**examined** 5:7
**example** 37:3, 40:7, 75:20
76:2, 88:22, 94:10
**examples** 40:18, 120:24
132:2
**exceed** 53:22
**exceeded** 53:23
**Excel** 35:3
**exchange** 106:10
**exclusively** 18:7
**exercise** 48:7
**exhaustive** 131:25
**exhibit** 24:7, 24:8, 24:11
24:16, 34:13, 34:16, 34:20
34:23, 53:2, 53:5, 53:11
53:13, 55:25, 56:6, 56:11
76:8, 76:9, 76:14, 76:17, 77:4
77:5, 77:10, 77:13, 78:17
78:18, 78:23, 79:3, 79:19
79:20, 79:25, 80:4, 104:17
104:24, 105:6, 105:13
105:14, 105:20, 105:24
107:8, 107:9, 107:14, 107:17
107:25, 108:16, 108:17
108:22, 108:25, 110:3
110:11, 110:19, 115:7
120:17, 122:19, 122:20

123:2, 123:5, 124:5, 124:6
124:12, 124:16, 133:16
133:17, 133:23, 134:3
135:11, 135:12, 135:18
139:18
**exist** 92:15
**expect** 47:5, 89:24
**expectation** 20:22, 33:14
33:16, 47:20, 48:3, 92:3
137:6
**expectations** 17:12, 17:13
18:23, 19:18, 19:23, 21:16
22:9, 33:10, 33:24, 93:17
136:17
**expected** 17:10, 17:16, 17:21
19:8, 27:6, 31:25, 32:2, 32:14
32:17, 42:7, 47:16, 47:19
48:2, 90:17
**expects** 89:25
**experience** 41:19, 97:18
97:18
**experiencing** 128:12
**Expires** 142:22, 148:25
**explain** 24:5
**explained** 85:9, 101:17
**explaining** 109:22
**explanation** 101:8
**exploring** 87:22
**expressed** 86:11, 89:8
116:24
**expressing** 85:16, 85:16
137:23
**extended** 21:5, 22:11, 68:12
**extensive** 14:11
**extent** 15:9, 35:20, 139:15
**extra** 129:5

## F

**face** 36:25
**fact** 18:2, 21:11, 40:14, 40:17
43:7, 44:19, 101:18, 115:2
**facts** 12:5, 148:4
**factual** 45:3
**failing** 45:10
**fairly** 84:21

**fall** 113:23
**false** 45:5
**familiar** 56:25, 75:18, 82:12
**far** 135:23, 136:23
**fashion** 29:3
**fast** 140:9
**favor** 52:9
**feasible** 82:24, 82:25
**February** 1:14, 142:6
143:11, 143:22, 144:2, 145:2
146:2, 147:2, 148:2
**feedback** 55:14, 55:17
110:21, 133:12
**feel** 36:22, 39:3, 39:23, 84:21
138:15, 139:22
**feeling** 36:18, 41:22, 41:25
43:9, 71:5, 111:16, 113:17
**feelings** 38:12, 38:16, 41:20
42:12, 115:12
**feels** 36:20
**felt** 83:5, 87:14, 89:5, 118:14
118:18
**figure** 67:10, 83:12, 85:20
88:3, 92:4, 100:18, 111:22
113:14
**figured** 111:3
**filing** 4:4
**fill** 39:16, 39:19, 42:7, 115:15
**filled** 115:16
**find** 13:12, 13:16, 20:16
26:21, 27:5, 73:6, 84:23, 85:5
87:20
**finds** 13:24, 14:2
**fine** 40:22, 102:14
**finish** 6:14, 6:18, 6:19, 17:3
**finished** 36:7, 123:8
**finishes** 92:17
**finishing** 92:24
**fire** 63:20
**fired** 138:9
**firm** 13:19, 27:13, 39:14
39:15, 59:12, 59:16, 59:22
70:13, 74:9, 74:25, 83:22
84:4, 104:5, 126:5, 126:9
127:13, 130:14, 136:14
**firm's** 136:17, 137:6

**firms** 29:13
**first** 5:3, 27:12, 40:7, 50:13
50:15, 65:20, 65:22, 66:24
66:24, 69:19, 70:3, 70:25
74:13, 79:15, 81:8, 104:18
104:25, 105:15, 106:23
122:21, 140:7, 145:19, 146:6
146:19
**first-year** 12:10, 12:12, 12:15
12:17, 12:23, 13:2, 13:6
13:17, 13:25, 14:4, 14:20
15:2, 15:23, 16:12, 16:16
16:20, 17:9, 18:10, 20:13
21:18, 21:21, 27:4, 30:18
45:17, 45:20, 46:4, 46:6, 46:8
50:19, 52:11, 52:15, 52:17
93:10, 93:12, 94:13, 94:21
94:24, 95:7, 95:9, 95:11
95:15, 101:20, 101:23, 102:3
113:11, 113:14, 114:2
**fit** 119:6
**fits** 129:8
**five** 30:5, 33:18, 43:18, 44:14
46:22, 102:21, 112:22
132:12
**five-day-a-week-in-the-office**
47:12
**flag** 111:3
**flexibility** 47:13, 89:7, 89:9
**flexible** 46:25, 89:3
**Floor** 2:17, 5:6
**flow** 114:17, 118:20
**focus** 20:19
**focused** 18:14, 84:6
**folks** 14:8, 14:19, 17:12
21:24, 71:6, 74:17
**follow** 93:11, 98:16, 115:22
**follow-up** 70:20
**following** 63:16
**follows** 5:7, 20:21, 122:5
**force** 4:12
**foregoing** 143:9
**forget** 18:12
**forgot** 100:4
**form** 4:7, 21:22, 23:20, 27:7
28:4, 33:12, 38:10, 38:11

39:19, 42:13, 42:23, 44:21
45:6, 45:12, 49:21, 53:8
53:15, 61:7, 63:17, 63:21
64:4, 72:4, 91:5, 94:18, 95:20
114:23, 115:4, 144:20
**formal** 18:21, 20:15, 20:20
95:3, 127:17, 127:19
**format** 35:2
**forms** 93:14
**forth** 37:10, 85:15
**Forty-eight** 7:10
**forward** 139:23
**forwarded** 106:4
**forwards** 59:13
**founders** 58:5
**frame** 103:17, 114:15
**framework** 37:17
**free** 23:21
**frequently** 12:9, 23:10, 88:11
**Friday** 77:22, 77:25, 78:14
110:9, 110:16
**friend** 101:3
**front** 9:24, 24:23, 42:18
80:14
**full** 99:13, 116:8, 116:10
**fully** 113:19, 140:9
**function** 136:10
**functions** 83:3
**further** 4:6, 4:9, 84:11, 101:8
101:15, 140:17, 143:16
**future** 43:7, 139:21
**FWIW** 137:11
**Fyi** 79:8

## G

**Gailea** 59:14, 59:15, 63:6
109:11
**Gailea's** 115:20
**gauge** 42:12
**general** 11:9, 16:9, 16:25
19:9, 25:21, 27:23, 28:13
28:19, 31:9, 33:25, 61:3, 66:7
83:18, 83:21, 88:8
**generalists** 30:3
**generally** 15:7, 17:13, 37:4

41:6, 41:8, 41:14, 60:12
61:22, 61:25, 62:2, 62:21
67:9, 68:15, 97:9, 98:3
128:14, 131:18
**generate** 11:17
**gesture** 6:13
**getting** 29:9, 29:9, 80:17
140:5
**give** 13:20, 16:24, 27:12
28:19, 30:7, 41:9, 43:21, 76:2
88:13, 110:17, 148:3
**given** 12:23, 42:11, 52:20
53:20, 91:18, 91:21, 101:18
137:24, 142:9
**giving** 79:9, 79:12, 110:13
**glad** 80:10
**go** 5:23, 8:15, 14:5, 14:23
15:12, 24:2, 25:14, 25:19
27:11, 29:18, 37:18, 44:4
48:10, 48:16, 57:25, 67:10
82:17, 83:3, 94:5, 99:5
102:22, 104:6, 107:25
110:11, 125:4, 125:6, 126:6
138:7, 139:25
**goal** 90:11, 111:21
**goes** 16:15, 92:9, 92:18
112:21
**going** 5:23, 6:8, 6:18, 7:20
8:6, 11:9, 13:21, 24:6, 24:7
24:9, 24:10, 28:19, 34:11
35:9, 35:14, 37:5, 40:14
40:23, 45:25, 50:25, 52:24
53:3, 55:24, 56:2, 57:19
67:11, 68:17, 74:16, 76:6
77:2, 77:17, 77:21, 78:7
78:16, 79:18, 80:8, 83:11
84:22, 85:4, 89:17, 93:6
93:23, 94:5, 102:7, 104:13
104:16, 105:11, 108:14
110:6, 110:19, 110:22, 111:5
112:4, 112:23, 113:2, 113:23
113:23, 115:19, 116:21
117:23, 118:15, 122:18
123:16, 123:20, 124:3, 125:5
133:14, 135:10, 140:8, 141:3
**good** 5:10, 79:9, 102:25

106:24, 110:13
**gosh** 40:23
**graduates** 12:24
**granted** 130:7
**great** 50:5, 81:17, 85:17
86:20, 86:24, 87:5, 87:15
102:18, 121:13, 133:12
**group** 97:19
**guaranteed** 80:20
**guardrail** 112:2
**guardrails** 67:3, 81:6, 81:9
81:13, 81:15, 82:5, 82:7
85:13, 87:14, 92:14, 92:15
97:12, 99:20, 106:22, 108:8
109:23, 111:14, 112:12
**guess** 5:15, 15:9, 16:2, 26:16
39:18, 39:21, 39:22, 41:10
81:18, 84:13, 129:7, 137:2
139:23
**guesswork** 17:8
**guide** 17:23, 23:19, 26:7
43:8
**guys** 102:20, 109:12, 140:5
**gym** 138:22

## H

**hand** 84:7, 143:22
**handbook** 127:25
**handle** 22:22, 66:9, 131:18
**handling** 40:22, 131:23
**happen** 5:23, 31:14, 31:17
32:19, 32:22, 90:11, 91:3
91:14, 133:6, 139:21
**happened** 43:24, 52:8, 68:13
68:15, 85:25, 94:3, 94:8, 99:4
103:16, 130:12, 132:14
**happening** 114:17, 114:18
123:11, 123:13
**happens** 90:22, 91:2, 91:13
**happily** 39:25
**happy** 6:5, 44:24
**Haque** 2:21, 9:2
**hard** 21:25, 22:2, 22:15
25:19, 29:8, 39:23, 132:11
**harmed** 31:20

**head** 6:12, 64:6, 64:12, 64:14 64:20
**headed** 24:13, 34:17, 53:7 144:13, 144:16, 144:19
**health** 128:13, 138:6, 138:10 138:14
**hear** 80:10, 134:22, 134:25 139:9
**heard** 23:15, 29:13, 30:23 31:2, 31:4, 31:12, 40:19 40:25, 118:2, 134:14, 135:3 135:7
**hearing** 81:5
**Heller** 2:5, 2:8, 5:9, 5:11 8:10, 8:19, 9:4, 9:6, 11:24 12:2, 12:19, 12:21, 14:14 14:17, 19:3, 24:6, 24:18, 25:4 25:5, 34:11, 34:22, 35:22 36:4, 48:20, 48:22, 50:2, 50:7 50:11, 50:12, 52:24, 53:13 53:17, 55:24, 56:13, 73:16 76:6, 76:16, 77:2, 77:12 78:16, 79:2, 79:18, 80:3 99:16, 102:7, 102:14, 102:19 102:24, 103:6, 103:7, 104:16 105:8, 105:11, 105:22, 107:7 107:16, 108:14, 108:24 115:19, 120:13, 120:15 121:9, 121:14, 122:7, 122:18 123:4, 124:3, 124:14, 133:14 134:2, 135:10, 135:17 138:24, 139:4, 139:5, 140:17 140:22, 141:8, 144:5
**helmet** 134:13, 134:15
**help** 41:10, 41:12, 93:8 100:24, 107:6, 116:8, 127:14 138:13
**helpful** 98:7, 116:6
**hereunto** 143:21
**Hey** 37:5
**high** 21:5, 22:10, 37:3
**high-pressured** 22:20, 28:6
**high-profile** 60:8
**highest** 9:11
**highly** 41:13
**hire** 12:9, 14:9, 18:10, 51:13

52:15
**hired** 12:23, 15:21, 50:19 51:17, 52:9
**hires** 17:9
**hiring** 51:10
**hit** 31:13
**hoc** 114:13
**hold** 25:10, 127:17
**Holdings** 53:7, 144:19
**hoped** 140:5
**hopefully** 29:9
**hospitalized** 128:20
**hour** 11:18, 12:8, 37:3
**hours** 12:7, 17:10, 17:16 18:7, 18:24, 19:8, 19:24, 20:7 20:12, 20:22, 21:17, 22:5 25:23, 27:6, 27:17, 27:22 28:2, 29:15, 29:16, 30:17 30:20, 30:22, 30:25, 31:3 31:4, 31:7, 31:12, 31:22 31:25, 32:5, 32:10, 32:14 32:23, 33:4, 33:8, 33:11 33:15, 33:17, 33:18, 33:19 33:20, 33:24, 34:2, 34:7, 34:8 34:10, 35:10, 35:12, 35:25 36:3, 36:10, 36:14, 36:19 36:24, 37:9, 37:15, 37:21 37:24, 37:25, 38:12, 38:23 39:2, 39:7, 39:18, 39:19, 40:3 40:4, 40:8, 40:15, 40:15 40:16, 40:20, 40:21, 41:2 41:3, 41:5, 41:9, 41:14, 41:16 41:18, 42:7, 42:11, 42:22 43:6, 43:13, 43:18, 43:18 43:19, 43:19, 44:11, 44:13 44:14, 44:15, 44:20, 45:5 45:11, 47:18, 47:21, 47:25 48:4, 48:24, 49:3, 49:9, 49:12 49:18, 49:19, 49:20, 53:23 69:22, 70:8, 70:14, 72:17 74:11, 82:16, 84:16, 87:22 88:2, 88:16, 88:17, 89:21 90:5, 90:17, 91:16, 94:17 94:20, 94:23, 95:22, 96:6 96:12, 96:16, 96:22, 97:10 114:9, 114:21, 115:3, 115:11

130:6, 132:4
**HR** 136:15
**human** 64:2, 64:6, 64:12 64:14, 64:21
**hundred** 33:18
**hundreds** 30:10

___

# I

**idea** 67:22, 67:23, 80:25 81:3, 114:21
**IDENT** 144:11, 145:4, 146:4 147:4
**identification** 24:15, 34:19 53:10, 56:10, 76:13, 77:9 78:22, 79:24, 105:5, 105:19 107:13, 108:21, 122:25 124:10, 133:22, 135:16
**identify** 42:11, 98:24
**illness** 101:24
**imagine** 67:18, 85:21, 94:2
**immediacy** 112:13
**immediate** 84:11, 84:12 84:14, 84:15
**immediately** 10:5, 84:7, 94:4
**immense** 42:16, 42:19
**impact** 88:3, 97:13, 97:17 100:21
**impairment** 66:16, 72:8
**impending** 23:13
**important** 21:24
**impossible** 140:7
**impression** 88:12, 88:19
**incapable** 96:16
**include** 7:21
**included** 60:20, 139:17
**incoming** 93:10, 93:12, 94:13
**independent** 103:20
**indicate** 148:3
**indicates** 39:23
**indirectly** 143:18
**individual** 29:5, 46:23
**individuals** 61:12, 118:16
**indulge** 17:18
**industry** 17:22, 19:10, 34:6 90:20, 95:19

**informal** 93:25
**information** 36:17, 44:2
66:7, 66:22, 71:5
**informed** 100:8
**inhibit** 6:25
**initial** 66:25, 67:8, 103:24
**input** 37:21, 38:11, 38:16
44:2
**inputs** 37:24
**inputted** 41:5
**institution** 9:14
**instruct** 8:8
**insurance** 138:21
**intend** 39:5
**intended** 35:10
**intense** 28:23, 28:24, 29:15
29:17, 60:3, 114:14
**intent** 111:12
**interaction** 98:20
**interactive** 117:19, 117:21
118:3
**interested** 23:24, 143:18
**interesting** 59:21
**interject** 48:19
**internally** 55:21, 56:22, 57:4
**interpret** 43:20
**interpretation** 72:20, 72:22
**interpreted** 72:24, 83:21
**interview** 14:7, 18:2, 18:3
18:14, 19:11, 19:14, 20:4
20:11, 20:25, 21:6, 21:10
22:13, 22:15, 22:18, 23:9
24:4, 94:16
**interviewed** 21:12, 51:6
**interviewing** 15:12, 20:2
20:18
**interviews** 15:4, 15:6, 18:11
18:11, 19:20, 93:20
**investment** 11:13, 16:8
17:13, 17:20, 17:21, 18:6
18:16, 18:18, 19:9, 23:24
24:3, 24:4, 24:5, 26:7, 26:11
26:12, 27:11, 27:16, 30:2
30:4, 30:18, 31:20, 90:4, 90:9
95:19
**invite** 35:22

**involve** 5:19, 127:7, 130:2
**involved** 52:14, 54:17
103:10, 124:25, 127:11
132:7, 132:18, 137:12
137:17
**involvement** 13:19, 60:13
**involving** 125:18
**irreconcilable** 136:16
**issue** 65:21, 72:10, 72:14
74:11, 83:7, 83:20, 100:17
100:24, 111:2, 114:10
119:17, 119:18, 127:12
128:13, 129:15
**issues** 98:24, 111:25, 118:12
127:14, 128:19, 131:18
132:3, 133:13
**iStaffing** 38:2, 38:7, 38:15
42:4, 42:7, 115:3, 115:16
**item** 20:15


**J**

**JAMES** 2:13
**JANICE** 2:20
**Jeanne** 65:10, 65:11, 65:18
76:11, 76:18, 77:14, 78:20
79:8, 79:16, 103:23, 103:25
104:3, 104:4, 104:8, 110:12
125:3, 125:9, 125:21, 125:22
133:20, 134:12, 136:13
136:15, 145:6, 145:14
147:11
**JENNIFER** 2:19
**job** 14:9, 34:4, 47:11, 47:12
49:17, 79:9, 83:3, 89:16
110:13, 113:15, 138:4
**jobs** 47:7
**John** 58:10, 58:12, 58:13
**joined** 12:14, 50:23
**joining** 93:24
**journey** 12:18
**judge** 61:16
**juggle** 28:23
**July** 13:15, 35:11, 46:15
47:15
**jumping** 80:8

**June** 13:11
**jury** 9:24


**K**

**Kate** 5:11, 21:6, 21:9, 21:10
21:16, 23:6, 23:9, 47:14
50:13, 50:19, 51:6, 51:10
51:14, 51:19, 52:9, 52:11
52:15, 52:20, 53:20, 54:17
54:21, 55:20, 56:19, 56:21
59:18, 62:7, 62:9, 62:23, 63:3
63:3, 63:7, 63:10, 63:13
63:15, 63:20, 63:24, 64:3
65:21, 66:8, 66:11, 66:15
66:24, 67:10, 67:12, 67:15
67:21, 67:23, 68:5, 68:9
68:20, 69:6, 69:8, 69:12
69:19, 69:22, 69:25, 70:8
71:4, 71:13, 71:18, 71:24
72:2, 72:7, 72:16, 73:6, 73:9
73:13, 74:9, 74:13, 75:13
75:15, 76:22, 76:24, 77:18
77:25, 78:13, 79:13, 79:16
80:7, 80:17, 80:20, 81:16
81:19, 82:8, 82:10, 82:13
82:17, 83:2, 83:8, 83:14
84:16, 84:19, 86:13, 86:17
87:2, 87:17, 89:3, 89:5, 92:8
92:17, 94:8, 97:6, 97:22
97:24, 98:11, 98:18, 99:5
100:9, 100:17, 101:10
101:11, 103:19, 103:20
104:3, 104:11, 104:18, 105:3
106:3, 106:14, 106:23
107:11, 107:18, 107:19
108:3, 109:17, 110:5, 110:22
111:13, 113:2, 113:19
113:23, 116:10, 116:20
116:23, 117:2, 118:5, 118:22
119:5, 119:8, 119:17, 119:20
119:25, 120:9, 122:9, 123:23
124:25, 125:4, 125:5, 125:17
126:6, 126:15, 126:17, 127:2
127:7, 127:11, 130:18
130:20, 131:2, 131:14

134:22, 135:7, 136:14
137:20, 137:23, 138:2, 138:9
139:7, 140:15, 145:21
146:12
**Kate's** 54:14, 55:15, 55:17
62:16, 62:19, 66:19, 68:24
69:3, 75:4, 88:7, 97:13, 98:8
101:3, 112:14, 116:18
131:21, 136:16, 136:22
137:2, 137:5, 137:10, 138:6
139:19
**KATHRYN** 1:7, 3:5, 148:1
**katsails.com/concussion**
134:19
**keep** 6:11, 9:17, 80:11
131:12
**keeping** 37:6
**kept** 75:10
**Kim** 1:17, 5:10, 6:1, 7:1, 8:1
9:1, 10:1, 11:1, 12:1, 13:1
14:1, 15:1, 16:1, 17:1, 18:1
19:1, 20:1, 21:1, 22:1, 23:1
24:1, 25:1, 26:1, 27:1, 28:1
29:1, 30:1, 31:1, 32:1, 33:1
34:1, 35:1, 36:1, 36:6, 37:1
38:1, 39:1, 40:1, 41:1, 42:1
43:1, 44:1, 45:1, 46:1, 47:1
48:1, 49:1, 50:1, 51:1, 52:1
53:1, 54:1, 55:1, 56:1, 57:1
58:1, 59:1, 60:1, 61:1, 62:1
63:1, 64:1, 65:1, 66:1, 67:1
68:1, 69:1, 70:1, 71:1, 72:1
73:1, 74:1, 75:1, 76:1, 77:1
77:7, 78:1, 79:1, 79:22, 80:1
81:1, 82:1, 83:1, 84:1, 85:1
86:1, 87:1, 88:1, 89:1, 90:1
91:1, 92:1, 93:1, 94:1, 95:1
96:1, 97:1, 98:1, 99:1, 100:1
101:1, 102:1, 102:11, 103:1
104:1, 105:1, 105:17, 106:1
107:1, 108:1, 109:1, 110:1
111:1, 112:1, 113:1, 114:1
115:1, 116:1, 117:1, 118:1
119:1, 120:1, 121:1, 122:1
122:8, 122:23, 123:1, 124:1
125:1, 126:1, 127:1, 128:1

129:1, 130:1, 131:1, 132:1
133:1, 134:1, 135:1, 136:1
137:1, 138:1, 139:1, 140:1
141:1, 142:4, 142:15, 143:10
144:5, 145:10, 145:17, 146:7
146:20, 148:2, 148:21
**kind** 41:11, 70:18, 87:19
**kinds** 129:3
**KIRSHNER** 2:10
**knew** 23:14
**know** 6:5, 6:17, 9:18, 11:5
13:20, 15:5, 15:7, 15:16
17:16, 18:23, 20:3, 21:15
23:23, 25:23, 26:3, 29:7
35:16, 36:6, 38:8, 38:13
39:17, 39:21, 41:21, 42:5
42:6, 42:14, 43:23, 43:24
44:5, 47:6, 48:4, 51:3, 51:19
52:10, 52:13, 54:2, 54:4, 54:5
54:11, 54:13, 55:7, 55:23
56:14, 57:2, 57:7, 57:9, 57:18
58:7, 58:19, 58:20, 59:5
59:23, 61:16, 62:21, 62:25
63:18, 63:25, 64:5, 64:7, 64:9
64:11, 64:13, 64:16, 64:17
65:14, 65:17, 65:19, 66:21
66:22, 68:2, 72:5, 75:6, 81:11
83:19, 84:13, 87:9, 88:4
89:17, 93:6, 93:17, 94:9
96:24, 97:8, 98:23, 101:3
101:3, 106:6, 107:21, 108:13
109:6, 109:13, 113:10, 116:4
118:12, 123:7, 124:18
125:11, 125:23, 126:17
126:23, 127:19, 128:6
128:21, 129:17, 129:19
129:24, 130:8, 130:11
130:12, 130:16, 135:22
136:5, 136:14, 136:20, 137:3
137:8, 137:9, 138:9, 141:2
**knowledge** 19:9, 90:19
90:21, 90:23, 90:25, 91:4
138:12
**known** 55:21, 56:22, 57:4
59:21, 127:20, 138:3
**Kosowsky** 3:7, 133:19

134:12, 134:18, 147:11
**Kosowsky's** 54:6
**Krishnamurthy** 121:5

---

## L

**large** 36:21, 60:8, 60:9, 60:24
**Largely** 132:24
**lasted** 130:10
**late** 93:4
**law** 117:5, 117:18
**laws** 117:9, 117:12
**lawyer** 9:8, 135:3
**lawyers** 7:17, 7:21, 7:23
**lay** 117:25
**Lazard** 10:7
**lead** 13:19, 19:17, 127:18
**leader** 55:3, 131:17
**leads** 39:21, 54:24
**learn** 17:12, 65:20
**learned** 65:22
**learns** 17:21
**leaving** 88:19
**led** 54:25, 98:17, 106:15
**legal** 117:24
**lengths** 21:5
**Letter** 104:20
**level** 9:11, 21:5, 22:10, 27:9
30:15, 32:7, 74:22, 93:15
129:24
**leverage** 140:5
**lie** 39:6
**life** 26:12, 26:21, 120:23
**liked** 100:16
**limit** 30:6
**limitations** 43:3
**LINDER** 2:10
**line** 77:18, 148:3, 148:6
148:8, 148:10, 148:12
148:14, 148:16, 148:18
**lines** 65:3, 114:8
**list** 35:10, 131:25, 136:7
**listed** 115:14
**litigation** 5:18
**little** 17:7, 29:9
**live** 28:22, 30:14

**LLC** 1:10, 3:9, 148:1
**LLP** 2:5, 2:10, 2:16
**long** 16:10, 22:14, 25:8
  30:15, 53:22, 64:11, 67:25
  88:17, 129:18, 130:9
**long-term** 112:10, 112:21
  129:9
**longer** 111:6, 136:14
**longer-term** 111:8, 111:14
  111:15, 111:17, 111:19
  112:17
**look** 26:2, 26:5, 26:8, 26:22
  27:4, 39:13, 42:25, 48:13
  49:6, 49:11, 56:14, 73:23
  109:6, 111:10, 111:20, 123:7
  124:18, 135:21, 141:2
**looked** 115:7, 134:20
**looking** 26:19, 26:20, 28:13
  34:3, 35:5, 44:25, 57:2, 57:12
  85:24, 110:2, 123:24, 138:16
  139:23
**looks** 26:11, 39:14, 39:15
  49:2
**lot** 27:17, 27:21, 28:2, 30:4
  34:2, 34:6, 34:8, 36:21, 64:24
  137:9
**lower** 36:23
**LP** 53:7, 144:19
**lunch** 102:13, 102:17, 121:9
**Luncheon** 121:17
**lying** 38:25, 39:4, 39:11

## M

**Madison** 2:11, 2:17
**Maheema** 2:21, 9:2
**maintain** 141:3
**major** 128:21
**majority** 13:6, 62:23
**making** 20:3
**manage** 28:9, 37:6, 50:17
  71:8, 75:2, 90:13, 100:22
  112:7, 138:14
**managerial** 63:2, 63:7, 63:9
  63:12, 65:5, 65:9
**manages** 54:22

**managing** 58:18, 109:12
**manifestation** 39:8
**manner** 74:24
**marked** 24:7, 24:15, 34:12
  34:18, 52:25, 53:9, 55:25
  56:9, 76:7, 76:12, 77:8, 78:17
  78:22, 79:23, 105:5, 105:19
  105:23, 107:12, 108:15
  108:20, 122:25, 124:4
  124:10, 124:15, 133:21
  135:16
**marker** 36:17
**marking** 77:3, 133:15
**marriage** 143:17
**Marylee** 104:21
**massive** 41:18
**material** 45:11, 94:20, 94:24
  97:15
**Matt** 56:8, 58:22, 59:14
  59:14, 59:15, 63:6, 108:19
  109:2, 110:9, 110:16, 110:22
  115:20, 115:23, 115:25
  116:3, 144:24, 146:16
**matter** 15:17, 95:17, 95:18
  95:21, 143:19
**matters** 125:18
**Matthew** 109:11, 140:4
**mean** 15:25, 16:24, 19:25
  22:3, 22:5, 22:5, 22:6, 22:7
  28:3, 28:12, 31:8, 31:18
  31:19, 37:2, 42:25, 44:7, 44:9
  47:22, 52:2, 54:7, 67:22
  80:14, 82:25, 83:25, 84:15
  89:25, 108:10, 114:8, 129:13
  133:9
**meaning** 36:20, 41:8, 49:19
  110:5
**means** 6:17, 14:7, 28:5
  28:18, 29:21, 92:25, 117:22
  137:10
**meant** 87:23, 108:12
**mechanism** 20:16
**media** 48:16
**medical** 66:16, 72:8, 72:13
  72:23, 83:20, 94:16, 96:23
  100:17, 100:24, 104:21

  119:17, 129:15, 138:21
**medication** 6:24
**meet** 14:6, 84:12, 107:19
**meeting** 7:13, 7:16, 7:23
  8:25, 123:20
**Mehmet** 55:15
**member** 93:17, 123:17
**members** 92:4, 133:11
**mention** 31:22
**mentioned** 15:4, 23:17
  30:13
**merits** 131:9
**met** 84:10
**mettle** 95:8
**mid-level** 62:3
**midnight** 82:18, 83:4, 87:18
  89:11, 89:14, 100:10, 101:4
  108:8, 113:20, 113:24, 114:4
  114:7, 114:19, 116:11
  118:19
**minimize** 92:5
**minimum** 47:8, 100:16
**minus** 44:14, 44:14
**minute** 17:18, 25:10, 48:19
**minutes** 21:2, 50:3, 102:22
**misinterpretation** 92:24
**misjudge** 61:11
**misnomer** 15:10
**mixed** 29:16
**modified** 35:3
**moment** 36:18, 41:22
**moments** 12:18, 28:7, 92:7
  127:15
**Monday** 76:22, 108:4
**month** 7:4, 53:23, 90:16
**morning** 5:10, 78:6, 92:9
  92:10, 92:12, 92:18, 92:20
  92:22, 114:19, 118:24
**move** 57:16
**moving** 101:10, 131:5
**multiday** 29:8
**multiple** 28:22, 38:19, 70:16
  88:25, 93:14, 93:14, 106:18
  114:14, 122:15, 122:15

**N**

**name** 5:10, 56:25, 57:5, 57:7 57:11, 57:15, 57:19, 57:20 58:10, 58:22
**named** 55:5, 55:15, 55:18
**names** 41:23, 57:6, 57:9 57:25
**native** 35:2
**natural** 23:13
**nature** 60:8, 60:9, 89:15 90:7, 90:8
**near** 112:7
**near-term** 28:24, 111:3 112:10
**necessary** 32:6, 32:8, 118:24
**Necessity** 104:21
**need** 25:10, 28:8, 28:9, 66:19 70:19, 84:11, 84:12, 84:14 84:15, 84:18, 88:9, 88:16 89:17, 89:17, 89:19, 92:6 107:19, 109:13, 116:8
**needed** 44:4, 61:12, 61:20 66:12, 70:14, 73:10, 73:11 83:6, 83:18, 84:16, 88:10 89:4, 100:8, 101:19, 111:22 116:11, 124:2, 128:20 128:24
**needs** 29:2, 80:9, 82:4, 89:20 110:7, 112:14, 116:9
**negative** 39:11, 44:23
**neither** 57:15
**never** 7:20, 31:2, 32:2, 39:17 40:14, 44:6, 44:7, 84:2, 95:2 97:3, 116:15, 134:10, 135:23
**new** 1:5, 1:19, 2:7, 2:7, 2:12 2:12, 2:18, 2:18, 5:6, 5:6 17:9, 47:16, 60:7, 123:17 129:22, 136:5, 136:12, 143:3 143:5, 143:9
**news** 48:13
**nice** 25:11
**night** 23:5, 70:2, 70:14 80:21, 84:17, 87:24, 88:10 88:14, 88:22, 88:25, 93:4 97:10

**nights** 88:25
**nine** 84:16, 87:22
**Ninety-five** 12:25
**nod** 6:12
**noon** 118:25
**Nos** 24:13, 105:3, 105:17 122:23, 123:6, 144:14 145:22, 146:8, 146:21
**Notary** 1:19, 5:4, 142:22 143:8, 148:25
**notation** 43:20
**note** 56:17, 80:10, 80:17 82:8, 82:11, 82:14, 104:10 110:7, 120:25
**noted** 141:11
**notwithstanding** 131:6
**novel** 89:6
**nudging** 98:5
**number** 11:22, 12:7, 12:7 32:5, 32:10, 33:7, 35:12 36:21, 36:23, 39:2, 41:18 43:5, 44:11, 45:10, 47:9 48:24, 49:8, 60:10, 60:23 61:5, 61:12, 87:2, 132:4 148:3
**numbered** 24:21, 34:25 53:16, 56:4, 76:20, 134:4 135:20
**numbers** 33:24, 39:8, 42:17 45:5
**NYC** 135:14, 147:14
**NYCStaffingTeam@center...** 136:4

**O**

**oath** 4:11, 142:5
**object** 8:6, 35:14, 117:23
**objection** 21:22, 27:7, 28:4 33:12, 35:19, 42:13, 42:23 44:21, 45:6, 45:12, 49:21 61:7, 63:17, 63:21, 64:4, 72:4 91:5, 94:18, 95:20, 114:23 115:4, 115:13
**objections** 4:7
**objective** 83:8

**obviously** 84:8, 131:21
**occasion** 96:8
**occasionally** 90:5
**occasions** 70:17
**occur** 125:14
**October** 7:8, 42:2, 43:14 44:2
**odd** 76:5
**off-line** 82:17, 83:4
**offer** 14:20, 21:20
**offers** 14:18
**office** 45:15, 45:19, 46:10 46:16, 46:18, 46:25, 47:10 47:16, 47:19, 48:2, 48:5 129:22
**officer** 3:8, 4:11, 4:13, 54:12
**oh** 40:23, 136:10
**ok** 109:12
**Okay** 6:9, 7:7, 11:11, 13:23 22:8, 27:20, 43:12, 43:16 49:25, 51:4, 57:17, 78:11 86:24, 92:16, 93:2, 96:20 102:19, 102:24, 104:15 106:25, 107:4, 107:24, 108:5 109:5, 109:9, 123:9, 124:20 125:7, 140:22, 141:8
**old** 7:9
**on-campus** 15:4
**on-line** 17:25, 23:19
**once** 42:8, 62:24, 70:17 70:19, 75:21, 76:3, 94:3 106:6, 109:6, 124:19
**one's** 90:11
**one-page** 53:5, 53:14, 56:4 56:6, 76:9, 77:5, 78:18, 79:20 107:9, 108:17, 124:6, 133:17 135:12, 144:18, 144:22 145:5, 145:9, 145:12, 145:16 146:10, 146:14, 147:5, 147:9 147:13
**ones** 26:19
**ongoing** 133:7, 133:8
**open** 24:22
**opened** 25:2
**opinion** 13:20, 20:7, 27:21 36:9, 38:21, 83:15, 96:11

96:21, 119:20, 126:14
137:23
**opinions** 38:17
**opposed** 36:19
**optimize** 92:4
**options** 87:16
**order** 32:8, 66:21, 129:16
140:21, 141:4
**original** 26:23, 29:18, 132:15
132:16
**originated** 85:12, 111:21
**outset** 33:23
**outside** 52:18, 52:21, 53:7
53:14, 53:21, 136:25, 144:19
**Overall** 14:21
**overnight** 22:25
**oversight** 65:6

**P**

**p.m** 121:17, 122:3, 139:2
139:3, 141:11
**pace** 88:5
**page** 40:8, 43:15, 104:18
104:20, 104:25, 105:15
122:21, 134:4, 144:4, 145:19
146:6, 146:19, 148:3, 148:6
148:8, 148:10, 148:12
148:14, 148:16, 148:18
**pandemic** 45:14, 45:16
45:21, 46:4, 46:6
**paper** 23:5, 148:3
**paragraph** 113:7
**Park** 2:6
**part** 8:17, 18:9, 19:14, 23:21
23:21, 28:25, 45:21, 85:3
87:4, 91:17, 93:24, 94:21
97:18, 111:24, 116:4, 119:4
125:17, 125:20
**participate** 15:23
**particular** 7:12, 11:23, 36:18
59:18, 60:4, 61:12, 62:5
62:14, 75:24, 90:14, 97:14
101:10
**particularly** 60:3, 127:15
**parties** 4:3, 140:20, 143:17

**partner** 10:21, 28:3, 58:8
58:13, 58:21, 63:19
**partners** 1:10, 3:9, 11:6
24:12, 51:24, 51:25, 52:2
53:6, 60:13, 62:3, 93:19
127:24, 128:3, 139:6, 144:13
144:19, 148:1
**partnership** 64:24
**Patrick** 55:18
**pay** 23:20, 23:22
**PDF** 35:4
**peak** 92:7
**pending** 35:16
**Pennsylvania** 9:15
**people** 12:7, 12:17, 15:21
17:24, 18:3, 19:25, 20:3
20:16, 26:8, 30:5, 30:5, 30:7
30:10, 34:3, 39:16, 40:2
40:25, 41:15, 49:15, 50:24
58:2, 60:15, 60:16, 60:20
60:24, 61:17, 61:17, 61:19
64:25, 68:11, 73:23, 75:6
75:7, 90:2, 90:3, 94:2, 96:6
103:18, 114:21, 115:2, 117:6
127:14, 127:18, 128:19
128:23, 129:3, 129:5, 129:6
129:7, 131:17, 131:23
**people's** 47:4
**perceived** 83:7
**percent** 12:25
**percentage** 12:22
**perfect** 86:4
**perfectly** 87:21
**perform** 21:4, 22:10, 32:9
52:18, 53:21, 83:2, 83:10
140:15
**performance** 32:7, 132:23
132:24, 132:25, 133:4
139:10, 139:20
**period** 22:11, 30:15, 91:10
91:13, 103:25, 130:7, 141:6
**periods** 29:15, 29:16, 91:12
93:14
**permanent** 86:9
**permission** 52:21
**permit** 52:17

**PERRY** 2:5
**person** 18:5, 18:15, 19:22
37:4, 38:9, 40:20, 40:25
41:22, 46:16, 47:10, 66:3
94:4, 116:8, 116:11, 125:24
129:24, 130:14
**person's** 41:19
**personal** 47:4
**personally** 34:9, 43:9, 43:10
**perspective** 27:12, 96:3
112:20, 139:16
**phone** 66:3, 68:6, 69:19
69:21, 70:4, 125:23
**phrase** 15:10, 65:7, 81:5
81:9, 118:2
**phrasing** 33:22, 44:22
**physical** 95:6, 95:8, 95:14
**physically** 96:16
**pick** 114:15, 118:25
**pieces** 114:16
**place** 82:5, 84:10
**placed** 24:16, 34:20, 53:11
56:11, 76:14, 77:10, 78:23
79:25, 105:6, 105:20, 107:14
108:22, 123:2, 124:12
133:23
**Plaintiff** 1:8, 1:17, 2:4
**Plaintiff's** 24:8, 24:11, 24:16
34:13, 34:16, 34:20, 34:23
52:25, 53:5, 53:11, 53:13
55:25, 56:6, 56:11, 76:7, 76:9
76:14, 76:17, 77:3, 77:5
77:10, 77:13, 78:17, 78:18
78:23, 79:3, 79:19, 79:20
79:25, 80:4, 104:17, 104:24
105:6, 105:13, 105:14
105:20, 107:7, 107:9, 107:14
107:17, 107:25, 108:16
108:17, 108:22, 108:25
110:2, 110:11, 110:19, 115:7
120:17, 122:19, 122:20
123:2, 123:5, 124:4, 124:6
124:12, 124:16, 133:15
133:17, 133:23, 134:3
135:12, 135:18, 139:18
144:11, 145:4, 146:4, 147:4

**Plaintiffs** 105:24
**play** 127:20
**played** 138:6
**please** 6:5, 6:11, 6:14, 6:18
18:25, 19:4, 36:6, 56:14
77:17, 99:17, 109:6, 119:23
123:7, 124:18, 127:4, 132:16
135:21, 140:2
**plenty** 17:25, 75:16
**plugged** 140:9
**plus** 12:25, 44:5, 44:14
44:14
**PM** 56:8, 76:10, 79:21, 105:2
107:10, 108:19, 122:22
124:8, 133:19, 135:13
144:23, 145:6, 145:17
145:20, 146:11, 146:15
146:20, 147:6, 147:10
147:14
**pod** 20:4
**point** 16:7, 36:12, 40:17
40:18, 41:20, 41:24, 67:6
71:10, 85:22, 112:16
**points** 17:11
**policies** 95:3
**policy** 46:25, 47:3
**polite** 93:7
**portion** 14:9, 14:19, 22:24
**portions** 141:4
**position** 10:3, 55:8
**positive** 45:4, 45:9
**possible** 68:12, 71:3, 71:11
87:7, 97:17, 99:9, 119:2
133:13
**possibly** 111:19
**potential** 59:24
**practical** 42:15
**praised** 133:12
**preclude** 54:14
**preferred** 72:16
**pregnancies** 128:24
**pregnancy** 129:4
**pregnant** 101:21
**prep** 8:18
**preparation** 8:3, 9:8
**prepare** 7:11

**prepared** 111:18
**present** 3:4, 69:9, 69:15, 71:3
**presentation** 122:9, 122:12
**presentations** 122:15
**presented** 71:7, 73:18
**presenting** 39:10
**presently** 47:8
**press** 31:13
**presumably** 30:6, 136:7
**pretty** 9:21, 27:16
**preview** 102:11
**previously** 120:11, 121:2
125:3
**price** 12:5
**pricing** 11:21
**primary** 83:8, 111:21
114:10
**principal** 10:4, 10:12, 59:4
59:8, 116:3
**printout** 56:6, 76:9, 77:5
78:18, 79:20, 104:25, 105:14
107:9, 108:17, 122:20, 124:6
133:17, 135:12, 144:22
145:5, 145:9, 145:12, 145:16
145:20, 146:5, 146:10
146:14, 146:18, 147:5, 147:9
147:13
**prior** 45:14, 45:16, 62:12
81:25, 82:8, 109:18, 110:23
120:3, 120:21
**private** 71:5
**privilege** 8:7, 8:23
**privileged** 8:18
**probably** 10:20, 20:8, 30:2
32:11, 43:5, 72:13, 81:20
91:7, 93:13, 100:20, 136:11
**problem** 102:15, 113:8
116:17, 118:15, 118:20
131:22
**process** 8:15, 14:8, 14:11
14:22, 14:25, 18:3, 18:4
19:11, 19:14, 20:10, 20:11
20:17, 20:21, 86:14, 93:11
94:16, 117:19, 117:21, 118:3
**product** 8:8
**productivity** 22:7

**profile** 29:11
**program** 12:14, 13:9, 15:24
15:25, 16:3, 16:5, 16:6, 16:7
16:10, 16:13, 16:20, 16:21
20:23, 27:4, 29:25, 37:20
37:23, 38:6, 50:20, 95:8
**programs** 24:3
**prohibits** 117:5
**project** 11:23, 12:4, 12:5
29:5, 55:21, 56:21, 57:3, 57:4
57:11, 57:11, 60:4, 60:17
60:25, 61:4, 61:6, 61:13
62:14, 62:22, 62:24, 63:4
88:23, 90:15, 91:6, 92:8, 93:3
100:9, 116:5, 122:8, 122:13
131:15
**projecting** 43:7
**projects** 29:6, 30:14, 54:18
54:21, 88:6, 89:21, 130:3
130:5
**proposal** 82:24, 84:12, 84:17
**proposed** 81:16, 81:20, 81:21
81:24, 82:23
**proposing** 81:19, 82:20
**pros** 27:15
**protected** 8:18
**protective** 140:21
**protocol** 100:19, 101:2
128:4
**provide** 11:15, 35:22, 45:10
47:12, 49:19, 82:13, 96:2
126:14, 128:15, 132:25
**provided** 26:22, 35:2, 119:13
133:5
**provides** 18:22
**providing** 45:5, 82:8, 82:11
**provision** 141:5
**provisionally** 140:25
**Public** 1:19, 5:4, 142:22
143:8, 148:25
**pulling** 91:8
**punching** 39:6, 39:17
**purely** 139:23
**purports** 26:17
**purpose** 40:6, 61:9
**pursuant** 140:20

pursue 52:21
pursues 44:10
put 14:10, 24:9, 34:14, 74:25
  80:14, 84:10, 88:21, 107:2
  108:8, 119:7, 119:21, 120:10
putting 33:9, 38:21, 40:21
  41:2, 42:18, 85:11, 101:2
  113:10, 113:13

## Q

qualified 52:11
question 4:7, 6:4, 6:7, 6:8
  6:14, 6:19, 6:20, 7:20, 8:13
  11:10, 17:19, 18:8, 18:25
  19:5, 20:15, 22:17, 22:24
  23:10, 23:12, 25:6, 25:20
  26:23, 27:2, 29:18, 29:20
  32:9, 32:16, 32:20, 33:5
  33:22, 35:6, 35:16, 43:11
  44:7, 44:9, 44:16, 44:17
  44:23, 44:25, 45:3, 45:7
  48:23, 49:24, 65:4, 73:9, 83:9
  91:9, 94:22, 95:2, 95:4, 96:14
  97:2, 97:6, 99:18, 106:20
  106:24, 107:2, 108:6, 112:9
  117:24, 119:23, 120:16
  127:4, 128:16, 132:15
  132:16, 132:17, 134:8, 135:4
  135:5, 137:4, 138:16, 138:17
  138:20
questioning 114:9
questions 5:25, 6:22, 6:25
  8:11, 9:20, 9:21, 9:23, 19:12
  19:16, 21:3, 21:8, 35:20
  50:25, 70:20, 87:6, 87:8, 97:8
  140:17, 140:18
quickly 80:7
Quinn 2:16, 9:3
quite 14:11, 71:7, 74:15
  74:24, 91:13

## R

raised 127:12
range 61:2, 61:3

rank 24:2
rapid 29:3
rarely 32:25
rationale 101:6, 118:16
Ratner 1:18, 5:4, 143:7
  143:25
reach 125:16
reached 127:16
reacting 81:17
read 14:16, 19:3, 19:5, 25:12
  99:16, 99:18, 106:8, 107:24
  123:9, 134:13, 142:5
reading 111:11, 140:4
reads 136:13
real 120:24
really 27:8, 27:10, 30:5
  31:12, 41:12, 41:23, 44:6
  44:16, 65:7, 83:22, 88:21
  91:6, 106:13, 112:4, 112:20
  113:5, 137:3, 139:15
realtime 133:12
reason 6:21, 37:8, 38:22
  40:5, 75:23, 96:23, 132:22
  148:3, 148:6, 148:8, 148:10
  148:12, 148:14, 148:16
  148:18
reasonable 71:7, 113:24
  128:4
reasons 42:16, 49:5, 72:23
  75:16
recall 10:15, 21:10, 21:13
  22:16, 23:6, 23:9, 46:13, 51:3
  51:5, 51:9, 51:14, 51:16
  55:14, 56:16, 60:2, 60:18
  60:19, 60:22, 61:4, 61:8, 62:4
  62:6, 62:7, 62:10, 62:12, 66:4
  66:5, 66:6, 66:17, 66:20
  66:23, 66:25, 67:7, 67:9
  67:17, 67:18, 68:5, 68:7, 68:8
  68:22, 69:11, 69:15, 69:17
  69:24, 69:25, 70:6, 70:7
  70:16, 70:22, 71:10, 71:14
  71:17, 71:18, 71:20, 71:21
  71:22, 71:23, 71:25, 72:14
  73:20, 73:22, 74:2, 74:9
  74:14, 74:15, 74:18, 75:5

75:14, 75:15, 75:18, 75:19
  76:4, 76:5, 77:19, 77:24, 78:4
  78:13, 78:15, 79:12, 79:15
  79:17, 80:13, 80:16, 80:19
  81:2, 81:4, 81:5, 81:8, 81:13
  81:21, 81:24, 82:4, 82:6, 82:7
  82:9, 82:10, 82:13, 82:15
  82:16, 82:19, 83:11, 83:16
  83:19, 84:21, 84:25, 85:7
  85:8, 85:11, 85:14, 85:16
  85:25, 86:3, 86:6, 87:6, 87:9
  87:16, 88:9, 89:2, 97:10
  97:20, 98:2, 98:4, 98:9
  101:13, 102:3, 102:6, 103:10
  103:12, 103:24, 104:4
  104:10, 106:9, 106:12
  106:14, 108:6, 109:20
  109:24, 110:8, 110:10
  110:21, 110:25, 111:16
  115:8, 115:25, 116:19
  116:22, 116:23, 116:25
  117:2, 117:4, 117:15, 118:5
  119:2, 119:20, 120:12, 121:8
  122:8, 122:11, 122:12
  123:13, 123:19, 123:22
  123:25, 125:19, 125:25
  126:5, 126:8, 126:11, 126:13
  128:15, 129:2, 129:10
  129:11, 129:14, 129:21
  130:9, 130:25, 132:11
  135:24, 137:17, 137:19
  137:22, 138:2, 139:11
  139:12, 139:24
receive 9:8, 42:4
received 24:19, 34:24, 65:23
  110:23, 117:11, 118:6
  118:13
receiving 55:14
recess 50:9, 103:4, 121:17
  139:2
recognize 54:8, 54:9
recollection 50:13, 50:15
  50:18, 50:21, 51:11, 56:20
  56:23, 59:17, 66:7, 69:18
  70:12, 76:23, 87:19, 87:21
  88:8, 99:19, 100:7, 103:14

110:15, 111:11, 124:21
124:24, 125:8
**recommended** 51:23, 52:6
131:2
**record** 9:4, 9:5, 9:6, 11:24
11:25, 12:2, 12:19, 12:20
12:21, 14:14, 14:15, 14:16
14:17, 48:20, 48:21, 48:22
50:7, 50:8, 50:11, 57:20
103:2, 103:3, 103:6, 120:13
120:14, 120:15, 121:15
121:16, 138:24, 138:25
139:4, 141:9, 141:10, 142:7
142:8, 148:4
**records** 115:20
**recruiting** 14:22, 15:11
**redacted** 124:9, 135:15
147:7, 147:15
**reduce** 129:16
**reduced** 129:6, 129:12
129:15
**reducing** 130:18, 130:21
**reduction** 129:18
**refer** 57:7, 57:22
**reference** 27:25, 76:5, 112:3
115:23, 123:11
**referred** 25:24, 52:6, 125:2
**referring** 45:17
**reflect** 41:15
**reflecting** 84:14
**reflects** 18:5, 35:24, 36:3
**refresh** 56:20, 76:23, 110:15
124:21, 125:8
**refreshes** 56:23
**Refreshing** 111:11
**regarding** 55:17, 110:22
**regular** 70:15, 133:7
**regularly** 17:7, 18:2, 36:16
89:12, 118:19
**reiterate** 36:12
**relate** 106:16
**related** 20:9, 128:17, 143:16
**relates** 27:23
**relating** 75:22
**relatively** 14:13, 60:7, 60:24
**relayed** 109:22

**relevant** 9:18, 9:20
**remain** 131:6
**remained** 10:8
**remember** 10:19, 55:10
60:14, 65:24, 66:2, 66:13
67:4, 67:16, 67:24, 68:13
68:21, 70:11, 70:24, 73:21
73:24, 74:7, 74:23, 75:5
81:16, 86:11, 87:8, 87:12
88:15, 88:19, 99:25, 126:3
129:20, 140:12, 140:14
**remotely** 45:15, 45:20, 46:5
46:7
**removing** 131:14
**repeat** 18:25, 45:7, 85:10
96:14, 119:23, 132:16
**rephrase** 6:6, 8:12, 45:2
120:2, 132:15
**report** 11:4, 24:20, 37:14
37:15, 42:21, 115:2
**reported** 36:10, 41:18, 65:14
65:17
**reporter** 1:18, 6:13, 6:15
143:7
**reporting** 65:3
**reports** 64:17
**represent** 35:9, 77:21, 78:7
125:5
**representation** 36:19
**request** 40:6, 68:24, 69:3
75:10, 84:7, 97:15, 100:11
101:8, 115:19, 116:18, 128:4
129:4, 129:5, 129:6, 129:7
**requested** 128:8
**requests** 61:15, 144:8
**require** 84:9, 114:3, 117:8
**required** 12:4, 18:24, 30:24
31:3, 32:11, 33:3, 33:7, 66:9
72:8, 72:11, 72:11, 72:17
72:19, 72:22, 73:2, 88:5
90:20, 90:24, 95:14, 96:9
102:4, 130:6
**requirement** 33:9, 83:17
84:7, 89:6, 89:7, 94:24
**requirements** 32:4, 33:23
**requires** 28:23, 101:8

117:18
**research** 17:20
**reservations** 83:11
**reserve** 35:19
**reserved** 4:8
**resolve** 119:18
**resource** 23:23, 30:11
**resources** 17:25, 64:2, 64:6
64:12, 64:14, 64:21
**respect** 27:22, 27:25, 97:22
**respectful** 113:6
**respective** 4:3
**respond** 111:5
**responded** 80:12, 112:16
**responding** 87:9
**response** 44:25, 75:4, 75:9
84:25, 86:5, 88:7, 88:12
88:20, 98:8, 116:19, 131:3
**responsibility** 93:5
**responsible** 19:22, 20:3, 20:5
54:21
**responsibly** 47:5, 47:6
**restaurants** 48:10
**result** 29:7, 30:14, 130:22
**results** 14:8, 14:18
**resumed** 122:5
**returned** 46:9
**reveal** 57:19
**revenue** 11:17, 53:23
**review** 7:14, 8:5, 9:7, 17:6
27:13, 106:7, 107:22, 124:19
**reviewed** 8:2, 36:8
**reviewing** 36:7, 36:9, 123:8
**reviews** 25:14, 25:16, 25:18
25:21, 26:11, 26:14, 26:22
27:5
**revise** 13:14
**revolving** 132:3
**right** 7:9, 13:21, 25:4, 32:21
36:4, 38:12, 39:11, 44:13
49:7, 51:7, 51:8, 59:7, 69:6
73:18, 86:17, 87:20, 100:18
106:8, 109:14, 112:7, 112:23
113:21, 115:3, 121:14
**risk** 83:8, 83:14, 83:15
**Robinson** 64:8, 64:17, 65:17

65:23, 69:6, 69:9, 76:11
76:18, 77:7, 77:14, 78:20
79:22, 80:6, 81:11, 104:19
105:2, 105:16, 105:25
106:10, 107:11, 107:18
127:12, 133:20, 134:12
145:7, 145:10, 145:13
145:17, 145:21, 146:7
146:11, 147:11
**role** 65:12, 116:2, 127:13
127:17, 127:20, 127:20
127:22, 136:17, 136:22
136:24, 137:3, 137:5, 137:10
137:23, 138:7
**ROSENBERG** 2:10
**row** 88:25, 89:23, 90:17
94:23, 95:22, 96:23, 130:6
**RQ** 115:19, 144:8
**run** 13:9

## S

**Saka** 55:15
**saying** 33:19, 37:5, 40:3
40:23, 42:10, 42:20, 71:21
73:7, 73:10, 73:22, 75:2, 79:7
81:17, 85:4, 85:7, 85:8, 85:16
85:17, 88:9, 88:15, 96:19
98:9, 103:12, 108:3, 109:11
113:22, 126:5, 140:14
**says** 26:18, 27:18, 40:8, 43:5
43:13, 54:10, 76:21, 77:16
80:7, 83:18, 83:23, 107:19
110:5, 111:2, 112:6, 134:13
136:3, 137:11, 140:4, 140:4
**scenario** 94:3
**schedule** 50:17
**scheduled** 102:12
**schools** 15:5, 15:8, 15:12
15:14, 15:17, 15:19
**SCHWARTZ** 2:5
**scope** 61:5
**screen** 24:10, 24:17, 34:21
53:12, 56:3, 56:12, 76:15
77:11, 78:24, 80:2, 105:7
105:21, 107:15, 108:23

123:3, 124:13, 133:24
**scroll** 24:23
**sealing** 4:4
**second** 32:3, 69:4, 104:20
113:7
**second-year** 46:9, 121:7
124:22
**section** 38:15, 38:21
**sections** 38:19
**see** 6:12, 45:4, 45:9, 49:11
77:17, 77:20, 79:10
**seeing** 56:16, 80:13, 104:10
**seeking** 96:6
**seeks** 15:20
**seen** 25:6, 25:12, 25:18
25:21, 35:7, 53:18, 56:15
105:9, 134:8, 135:22, 135:23
**selected** 51:14, 51:17
**selection** 8:15, 14:8
**selective** 141:3
**self-report** 36:25, 37:9
**self-reported** 35:25, 36:14
44:20
**self-reporting** 36:15
**sending** 77:19
**senior** 93:19
**sense** 16:25, 121:10, 137:9
**sensible** 55:7, 136:20
**sent** 8:20, 78:2, 78:5, 109:18
135:19
**sentence** 99:13, 137:8
137:11
**sentiment** 85:17, 86:3
113:16
**separate** 103:20
**September** 62:20, 77:15
77:22, 78:3, 79:4, 80:6, 81:25
104:19, 105:25, 109:3
109:12, 110:3, 110:24
115:17, 115:21, 117:3, 118:9
122:10, 122:10, 123:6
123:12, 123:18, 123:24
124:17, 125:6, 134:5, 135:6
135:19
**sequence** 66:20, 67:4, 86:22
**series** 5:24, 18:10, 19:25

27:14, 71:10, 74:19, 93:20
105:24, 124:16, 134:3
**serious** 83:7
**seriously** 83:22
**sessions** 93:16
**set** 32:4, 37:10, 81:15, 115:14
143:22
**setup** 112:10, 112:10, 113:17
**share** 24:10, 34:15, 45:25
53:3, 56:2
**shared** 24:16, 34:20, 53:11
56:11, 71:6, 76:14, 77:10
78:23, 79:25, 105:6, 105:20
107:14, 108:22, 123:2
124:12, 133:23
**sheet** 43:5, 148:3
**sheets** 39:16, 42:17, 115:16
**Shiber** 1:7, 3:5, 5:11, 21:6
21:9, 21:11, 23:7, 47:14
50:14, 56:19, 65:21, 68:20
69:6, 69:12, 97:6, 104:19
105:3, 107:11, 107:18
123:23, 124:25, 125:6
125:17, 126:17, 127:3
130:18, 134:23, 135:7
136:14, 137:20, 145:21
146:12, 148:1
**Shiber's** 104:11
**short** 50:9, 66:21, 84:20
91:13, 102:17, 103:4, 139:2
**short-term** 71:11, 83:6
83:24, 111:9, 112:13, 128:12
**Shorthand** 1:18, 143:7
**show** 24:6, 34:11, 52:24
55:24, 76:6, 77:2, 78:16
79:18, 104:14, 105:11
108:14, 124:3, 133:14
135:10
**showcases** 116:16
**showed** 139:14
**showing** 105:23, 124:15
**sick** 128:20
**signature** 54:2, 54:5, 54:8
54:9
**signed** 4:10, 4:12, 54:11
**significant** 17:17, 28:7, 28:11

28:15, 29:21, 71:8
**sincere** 73:6
**sincerely** 39:24
**sit** 21:2
**sitting** 43:25, 44:4, 91:17
**situation** 22:19, 30:12, 71:9
74:25, 75:3, 84:8, 88:21
91:23, 92:2, 98:6, 111:3
111:6, 111:8, 111:9, 111:13
111:14, 111:15, 111:17
111:19, 112:17, 113:6
113:10, 116:18, 129:14
129:17, 140:13
**situations** 22:10
**sleep** 23:4, 29:9, 50:17, 66:19
70:14, 72:8, 72:12, 72:17
73:2, 73:10, 80:21, 84:16
92:9, 92:11, 92:18, 93:6
94:13, 101:19, 113:24
116:11
**sleeping** 91:21
**small** 60:25
**social** 48:16
**solely** 18:14
**solution** 71:12, 80:20, 80:23
83:6, 83:25, 86:4, 100:18
**solutions** 71:3, 83:12, 84:24
85:5, 111:7
**somebody** 37:3, 37:5, 124:2
**someone's** 132:18
**soon** 67:14, 80:10, 110:7
133:13
**sorry** 13:13, 14:2, 45:7
46:17, 58:17, 61:22, 85:23
99:13, 128:16, 140:5
**sort** 39:11, 44:23, 62:2, 74:21
113:9, 129:8
**sorts** 38:4
**sounds** 23:16, 29:14, 42:20
73:24, 75:18, 82:12, 102:25
**sources** 14:5
**SOUTHERN** 1:5
**space** 79:9, 79:13, 110:13
110:17
**speak** 66:10, 67:22, 94:13
119:25, 120:9

**speaking** 18:8, 123:22
**specific** 13:5, 15:14, 19:12
20:15, 22:16, 25:13, 26:11
26:25, 32:5, 33:7, 33:24
43:21, 43:22, 47:2, 47:20
50:21, 51:15, 65:2, 66:20
74:11, 75:17, 84:6, 87:25
88:16, 89:5, 90:18, 138:15
138:19
**specifically** 7:5, 18:12, 21:15
33:18, 33:20, 45:17, 60:14
61:22, 67:16, 69:20, 70:22
72:14, 73:20, 73:21, 73:25
74:24, 83:20, 85:8, 87:12
88:15, 97:10, 98:2, 125:16
140:13
**specificity** 27:9
**speculate** 68:15, 68:18
**speculating** 23:2, 26:3, 26:10
48:6, 85:23, 118:22
**speculation** 16:25, 17:4
41:24
**speed** 57:12, 116:7
**spin** 45:4
**spirit** 36:17, 39:24, 39:25
42:24, 42:25
**spoke** 21:16, 50:16, 66:2
67:20, 68:5, 69:8, 76:24
79:16, 80:7, 100:7, 110:16
112:22, 116:23, 117:2
**spoken** 44:18
**sporadic** 91:11
**ss** 143:4
**staff** 61:5
**staffing** 54:22, 55:6, 61:10
61:11, 61:16, 62:13, 109:13
111:23, 123:20, 123:25
135:14, 136:6, 136:8, 136:12
147:14
**stamp** 78:5
**stamped** 24:13, 34:17, 53:8
56:9, 76:12, 77:7, 78:21
79:23, 104:22, 105:3, 105:17
106:2, 107:12, 107:23
108:20, 109:3, 122:23, 124:9
133:20, 135:15, 144:14

144:17, 144:21, 144:24
145:7, 145:11, 145:14
145:18, 145:22, 146:8
146:12, 146:16, 146:21
147:8, 147:12, 147:15
**start** 9:25, 13:6, 17:2, 17:3
31:9
**started** 10:21, 29:20, 46:15
68:3
**starts** 16:13, 109:10
**State** 1:19, 143:3, 143:8
**statement** 84:14, 111:12
114:25, 115:5
**STATES** 1:4
**stating** 5:5
**stationery** 24:12, 53:6
144:12, 144:18
**statistic** 17:6
**stay** 23:5, 96:6, 101:14
131:4, 131:11
**staying** 69:25, 93:4
**stenographically** 143:14
**steps** 14:23
**Stewart** 55:5, 55:11, 63:9
135:14, 135:25, 147:15
**Stewart's** 55:8
**stick** 100:19
**STIPULATED** 4:2, 4:6, 4:9
**stop** 7:15, 45:25
**straight** 22:21, 22:23, 23:3
90:5, 91:17, 96:12, 96:16
**Street** 5:6, 29:12, 30:19
30:21, 30:24, 31:10, 31:11
95:24, 95:25, 96:5
**stressful** 22:10, 28:6
**stretch** 29:8
**strive** 88:13
**structure** 11:21
**students** 14:6, 15:12, 23:20
23:24
**subject** 14:7, 19:21, 77:18
109:17
**subjective** 41:13
**subjects** 19:21
**Subscribed** 142:18, 148:22
**subsequent** 62:8

**substantial** 14:21
**sufficient** 61:5
**suggested** 101:11, 130:25
**suggesting** 98:5
**suicide** 31:21
**Suite** 2:11
**SULLIVAN** 2:16
**summary** 27:13, 27:14
**summer** 13:9
**supervisor** 11:2, 11:8, 62:16
  64:20
**supervisors** 62:17
**supervisory** 63:3, 63:6
  63:10, 63:12, 65:5, 65:8
**supposed** 91:20
**sure** 9:22, 11:3, 13:10, 20:3
  45:8, 48:15, 49:2, 49:13
  49:15, 50:4, 50:22, 54:25
  55:13, 58:19, 59:4, 59:6
  64:19, 64:22, 65:13, 65:16
  82:21, 84:5, 86:21, 94:14
  102:10, 108:11, 114:20
  132:13
**surgery** 128:21
**surprised** 27:10, 126:20
**Susan** 1:18, 5:4, 19:3, 99:16
  143:7, 143:25
**Susannah** 55:3
**sworn** 4:10, 4:12, 5:4, 142:18
  143:12, 148:22
**system** 36:16, 61:10, 61:11
  100:9, 119:8

## T

**take** 6:13, 6:16, 12:3, 36:24
  39:24, 39:25, 40:14, 41:9
  49:16, 50:2, 56:14, 83:22
  101:11, 102:9, 102:17
  102:21, 109:6, 121:9, 123:7
  124:18, 129:5, 135:21
  140:25
**takeaway** 75:6
**taken** 1:17, 4:14, 50:9, 103:4
  139:2, 142:5, 143:10, 143:14
**takes** 18:16

**talk** 66:18, 67:10, 67:12
  67:15, 69:22, 84:19, 93:21
**talked** 69:25, 70:8, 112:5
  131:8
**talking** 6:16, 7:16, 60:10
  65:6, 71:18, 106:15, 118:5
  139:19
**target** 15:8
**targeted** 18:12
**targets** 15:15
**team** 28:25, 30:11, 32:8
  54:22, 54:23, 54:24, 54:25
  55:3, 55:6, 56:19, 56:21
  56:24, 59:19, 60:16, 60:20
  60:24, 60:25, 61:15, 61:17
  61:18, 61:19, 62:7, 62:16
  73:18, 74:22, 75:2, 75:11
  79:8, 89:20, 92:4, 93:4, 93:17
  93:24, 94:5, 97:14, 97:16
  98:6, 98:10, 98:14, 98:19
  99:12, 99:22, 100:12, 100:15
  100:22, 100:22, 100:23
  106:16, 110:12, 111:18
  111:24, 114:13, 116:4, 116:4
  116:18, 118:16, 119:12
  119:16, 121:4, 123:17
  133:11, 135:14, 136:6, 136:8
  136:12, 147:14
**team's** 97:18
**teams** 62:18, 64:25, 91:23
  92:3, 93:25, 131:23, 133:10
**teamwork** 93:22
**technical** 38:9
**tell** 10:17, 22:19, 24:3, 60:12
  66:11, 73:13, 74:10, 83:10
  93:25, 94:5, 99:5, 125:13
  135:3
**telling** 10:16, 57:14, 74:9
  75:15, 100:23
**temporary** 128:13, 129:16
**ten** 17:3, 41:9, 43:18, 50:2
**term** 84:20, 85:12, 111:6
  112:7
**terminate** 63:15, 63:24, 64:3
  132:8, 132:18
**terminated** 126:15, 126:18

**terminating** 127:8, 131:15
**termination** 125:13, 127:3
  132:22
**terms** 118:20
**test** 21:4, 94:16, 95:8, 95:14
**testified** 5:7, 122:5
**testimony** 42:9, 96:8, 96:15
  142:5, 142:8, 143:13, 143:14
**Thank** 36:5, 50:6
**Thanks** 80:12, 111:5
**thing** 10:19, 20:6, 31:22
  65:3, 70:18, 91:11
**things** 11:7, 25:11, 31:12
  31:14, 31:17, 80:8, 85:19
  86:12, 98:24, 100:24, 110:6
  114:18, 116:7, 118:23, 120:4
  120:10, 131:20
**think** 9:19, 12:3, 12:4, 13:10
  13:10, 13:14, 15:10, 17:19
  20:8, 22:6, 22:7, 26:4, 26:9
  26:10, 27:8, 30:20, 32:11
  32:16, 32:18, 33:13, 33:21
  37:17, 38:25, 40:3, 40:20
  41:5, 41:16, 43:4, 44:10
  44:15, 44:16, 44:22, 45:2
  49:23, 65:19, 69:2, 72:16
  81:14, 81:19, 82:18, 82:24
  83:2, 84:4, 84:9, 84:13, 85:12
  85:25, 89:25, 90:2, 90:8, 91:6
  91:7, 91:8, 91:22, 92:23
  93:21, 94:7, 95:23, 96:2
  98:21, 99:23, 99:25, 100:16
  100:23, 101:7, 101:11
  103:14, 103:16, 109:14
  112:19, 112:25, 113:22
  114:12, 114:24, 115:10
  116:10, 119:4, 119:16
  123:15, 136:11, 140:7, 141:4
**thinking** 99:8
**thought** 26:6, 26:24, 71:7
  120:4, 120:7, 120:11, 120:19
  120:21, 121:2
**thoughtful** 49:15, 111:25
  113:6
**thoughtfully** 28:10
**thoughts** 72:25, 116:15

118:13

**thousands** 14:22, 16:15

**thread** 56:18, 79:3, 80:5
109:2, 109:10, 111:21

**three** 16:11, 16:21, 23:3
27:15, 27:15, 29:6, 30:5
30:14

**three-year** 16:6

**Tim** 63:2, 100:8, 110:9
110:16, 110:19, 110:22
111:2, 111:5, 112:19, 112:25
115:10, 115:14, 115:15
115:15, 115:20, 116:20
116:24, 118:10, 119:21
120:6, 120:10, 120:18
120:25, 123:10, 139:15
139:17

**Tim's** 111:25, 113:5, 118:13
120:3, 120:22

**time** 4:8, 6:17, 10:11, 13:5
22:11, 22:14, 28:22, 29:6
30:15, 31:11, 33:6, 35:13
39:16, 46:7, 46:8, 49:14
50:22, 55:20, 58:3, 58:4
58:12, 58:18, 59:4, 59:10
59:15, 59:22, 60:7, 65:15
68:16, 68:17, 75:17, 75:24
78:5, 78:8, 78:9, 80:9, 80:20
82:4, 82:5, 82:23, 84:9, 88:25
90:13, 91:10, 91:12, 91:14
93:14, 94:2, 94:17, 94:20
96:7, 102:20, 102:22, 103:17
110:7, 111:10, 111:16
114:14, 115:16, 115:20
115:25, 117:15, 121:11
122:15, 123:14, 123:20
123:22, 128:21, 129:6, 129:8
132:14, 139:10, 141:7
141:11

**times** 5:14, 29:24, 87:2
91:14, 117:14, 132:10

**Timothy** 56:8, 59:9, 59:10
59:13, 108:19, 109:2, 109:11
113:22, 122:22, 124:8
144:23, 146:15, 146:20
147:6

**tint** 44:23

**title** 10:11, 10:22, 53:14
58:20, 58:25, 59:3, 59:5, 64:9
127:21

**today** 5:23, 6:22, 7:11, 8:3
9:9, 47:15, 55:3, 64:8

**told** 11:8, 17:9, 66:23, 66:24
72:14, 74:2, 75:19, 80:10
83:19, 83:20, 94:4, 98:15
98:18, 104:7, 104:8, 104:9
118:23, 119:16, 125:3

**tomorrow** 77:17, 79:7

**Tony** 1:17, 76:21, 77:7
79:22, 105:17, 108:3, 122:23
137:11, 142:4, 142:15
143:10, 144:5, 145:10
145:17, 146:7, 146:20, 148:2
148:21

**top** 25:15, 43:15, 56:7, 78:19
79:4, 105:15, 108:18, 122:21
124:7, 133:18, 139:25
144:22, 145:12, 146:5
146:14, 146:18, 147:5, 147:9

**topic** 70:11, 97:9

**topics** 19:13, 69:12, 131:20

**totally** 113:15

**trained** 16:8

**training** 13:9, 14:10, 42:3
93:15, 94:12, 117:9, 117:11
117:16

**transactions** 28:22

**transcribed** 143:15

**transcript** 140:19, 140:23
142:5, 142:7

**transcription** 148:5

**treatment** 101:24

**trial** 4:8, 9:22

**tried** 106:5

**true** 40:10, 40:11, 40:12
136:19, 137:13, 142:7, 142:9

**trust** 42:21, 44:19, 78:10
115:3

**truthfully** 6:3, 6:22, 7:2

**truthfulness** 38:22

**try** 6:11, 18:17, 44:4, 83:12
90:13, 98:25, 102:21, 107:5

122:17

**trying** 16:2, 20:19, 22:16
41:11, 41:14, 87:20, 98:22
100:5, 100:18, 113:14

**Tuesday** 77:23, 78:2, 78:14
81:25, 110:3, 123:11, 123:14
123:17, 123:18, 123:20

**twice** 5:15, 133:6

**two** 9:12, 29:6, 30:13, 41:24
44:5, 75:20, 76:3, 99:8

**two-page** 104:24, 105:14
122:20, 145:19, 146:5
146:18

**type** 5:19, 15:24, 20:20
37:20, 37:23, 42:3, 46:24
65:3, 66:15, 72:7, 75:13
80:19, 91:10, 95:6, 102:4
117:8, 117:11, 119:8, 123:19
128:3, 128:9, 128:20

**types** 128:14, 131:18

**typical** 9:21, 30:17, 52:7

**typically** 16:12, 18:9, 19:19
48:5

## U

**ultimately** 104:2, 136:15

**unable** 6:21

**unavailable** 74:10

**uncovering** 19:17

**undergoing** 101:24

**underperforming** 131:24

**understand** 6:4, 9:19, 18:5
19:8, 28:8, 30:19, 35:5, 41:11
42:9, 42:15, 43:3, 65:7, 65:8
66:15, 72:2, 72:7, 85:22, 90:3
94:22, 100:21, 112:4, 114:8
116:14

**understanding** 13:22, 14:12
16:18, 17:5, 18:15, 19:7
38:20, 90:4, 127:11, 136:17
136:22, 136:24, 137:2, 137:5
137:10

**understood** 6:8, 66:22, 72:10
73:13, 74:3, 100:11

**UNITED** 1:4

**universal** 78:9
**University** 9:15
**unknown** 31:21
**unpredictability** 29:4
**unpredictable** 89:16
**unreasonable** 101:6
**unrelated** 62:6
**unusual** 52:5, 100:11, 101:7
**unworkable** 113:15
**update** 76:22, 108:3
**urgency** 127:15
**urgent** 60:4
**URQUHART** 2:16
**use** 17:24, 32:17, 36:16
  37:21, 43:8, 87:20
**usually** 13:4, 19:21, 61:21
**uttered** 81:8

## V

**vaguely** 82:12
**VALENTINO** 2:13
**valuable** 23:23
**value** 36:25, 140:8
**variability** 41:18, 42:16
  42:20
**varies** 16:22, 46:23
**variety** 14:18, 15:18
**various** 11:7
**vary** 30:21
**Vault** 17:23, 19:10, 23:17
  23:18, 23:19, 24:13, 24:20
  25:24, 26:7, 27:24, 144:13
**veracity** 37:9
**verbal** 6:11
**Verdi** 104:21
**Verified** 26:18
**verify** 36:2
**version** 74:20
**versus** 40:15, 40:15, 51:10
  131:15
**Vicari** 65:10, 65:18, 76:11
  76:19, 77:14, 78:21, 79:8
  79:16, 80:6, 103:23, 110:12
  133:20, 134:12, 145:6
  145:14, 147:12

**videoconference** 66:3, 68:6
**viewpoint** 28:14
**volatile** 88:5, 91:12
**volume** 12:3

## W

**wait** 6:14, 6:18
**waiting** 91:18, 91:21
**waived** 4:5
**Wall** 29:12, 30:19, 30:21
  30:24, 31:10, 31:11, 95:24
  95:25, 96:5
**want** 13:14, 25:12, 33:5
  40:22, 42:14, 49:13, 49:15
  50:2, 57:25, 71:6, 75:6, 75:7
  94:4, 98:9, 101:4, 121:11
  121:12, 138:17, 140:19
**wanted** 57:18, 70:12, 98:11
  98:16, 99:5, 100:14, 101:14
  131:4, 131:11
**wants** 49:9, 107:3
**way** 11:19, 11:20, 12:6, 36:2
  37:19, 39:10, 42:24, 44:5
  44:6, 45:11, 57:6, 66:9, 71:22
  71:23, 83:21, 90:14, 140:15
**ways** 17:15, 37:2
**website** 37:22, 38:10, 134:18
  134:20
**Wednesday** 110:23
**weed** 18:17
**week** 30:20, 30:22, 30:25
  31:3, 31:5, 31:7, 32:14, 32:23
  33:4, 33:8, 33:11, 33:15
  33:17, 33:19, 33:25, 34:10
  35:13, 40:9, 40:15, 40:15
  40:16, 40:20, 41:2, 41:4
  41:25, 42:8, 42:11, 43:6
  43:13, 46:22, 49:18, 111:7
**weekday** 48:17
**weekend** 79:9, 79:13, 110:13
  110:17
**weeks** 30:16, 68:12
**went** 109:9, 115:6
**West** 5:5
**whatsoever** 75:3

**WHEREOF** 143:21
**wide** 15:18
**Willem** 58:16, 58:17
**William** 55:5, 55:8, 55:11
  58:15, 63:9, 135:14, 135:25
  147:15
**willing** 47:4
**withdraw** 37:13
**Withdrawn** 73:16
**witness** 5:3, 8:8, 8:17, 9:21
  25:2, 50:5, 107:4, 117:25
  121:13, 143:12, 143:21
  144:4
**word** 32:17
**words** 65:8, 87:20
**work** 8:8, 11:6, 12:4, 12:15
  17:10, 18:13, 18:16, 18:18
  18:18, 18:24, 20:5, 20:6, 20:6
  20:12, 22:13, 22:20, 25:23
  28:5, 29:11, 30:5, 30:6, 30:8
  30:12, 30:18, 30:24, 31:3
  31:7, 31:25, 32:2, 32:11
  32:14, 33:3, 33:7, 33:10
  33:14, 33:17, 34:2, 34:6
  39:18, 42:22, 45:11, 45:15
  45:20, 47:6, 47:14, 48:5
  48:24, 49:9, 49:18, 53:21
  55:15, 55:18, 57:6, 62:23
  64:24, 68:25, 83:12, 84:23
  87:10, 87:10, 87:11, 87:13
  88:4, 88:22, 88:24, 89:10
  90:2, 90:5, 90:17, 91:18
  91:21, 92:3, 94:17, 94:23
  95:22, 96:22, 98:23, 100:10
  101:4, 114:3, 115:12, 118:20
  118:24, 119:8, 119:9, 133:12
  138:10, 139:13, 140:14
**work-life** 21:20, 21:23, 49:14
  49:19
**workable** 87:7
**workday** 48:8
**workdays** 48:11
**worked** 20:22, 35:13, 36:3
  38:23, 39:23, 40:4, 40:8
  40:14, 42:11, 43:6, 45:5
  45:14, 45:19, 46:5, 46:7, 63:3

63:13, 67:25, 118:19
**workflow** 92:5
**working** 9:25, 10:5, 13:6
  21:5, 21:17, 21:24, 22:2
  22:25, 29:8, 30:15, 31:4, 34:9
  36:20, 36:22, 37:18, 39:2
  40:20, 41:3, 41:15, 41:16
  42:15, 44:12, 46:9, 46:16
  46:18, 49:3, 49:12, 56:21
  69:23, 70:9, 71:18, 75:20
  76:3, 85:19, 89:13, 89:21
  89:24, 91:17, 94:6, 94:20
  96:12, 96:16, 114:3, 114:6
  114:13, 114:22, 115:11
  116:5, 130:6, 132:5, 139:7
**workload** 28:7, 28:11, 28:16
  37:7, 50:17, 90:13, 129:7
  129:12, 129:16, 130:18
  130:21
**works** 93:24
**workshop** 98:25
**workshopping** 99:7
**write** 23:5, 36:21, 36:23
  106:5
**writes** 112:19
**writing** 75:13, 115:22, 119:7
  120:4
**wrong** 29:14, 49:4, 92:11
**wrote** 40:3, 79:6, 79:8, 82:3
  110:20, 116:6

**Y**

**year** 7:4, 10:17, 12:11, 12:11
  12:23, 13:3, 13:5, 16:22
  16:22, 53:24, 117:17, 132:21
  133:6, 140:7
**years** 10:20, 15:22, 16:11
  16:21, 22:18, 22:18, 41:24
  44:5, 57:10
**YOON** 2:20
**York** 1:5, 1:19, 2:7, 2:7, 2:12
  2:12, 2:18, 2:18, 5:6, 5:6
  47:16, 129:22, 136:5, 136:12
  143:3, 143:5, 143:9

**Z**

**zone** 78:9
**Zoom** 1:13

**1**

**1** 24:8, 24:11, 24:16, 77:15
  79:4, 80:6, 104:19, 144:12
  148:4
**1:00** 121:12
**1:15** 121:12, 121:13, 121:14
  122:3
**1:21-cv-03649-ER** 1:8
**1:26** 78:6
**1:26:06** 77:6, 145:10
**1:30** 92:8, 92:11, 92:17
**1:45** 139:2
**1:55** 139:3
**10** 105:13, 105:14, 105:20
  105:24, 146:5
**10:17** 50:9
**10:17:50** 133:19, 147:10
**10:35** 50:10
**10:52:06** 76:10, 145:6
**100** 40:8, 40:15, 40:21
**10010** 2:18
**10016** 2:7
**10019** 5:6
**10165** 2:12
**104** 145:23
**105** 33:17, 33:19, 33:20
  146:9
**107** 146:13
**108** 146:17
**10am** 80:8
**10th** 122:10
**11** 107:8, 107:9, 107:14
  107:17, 134:5, 146:10
**11:46:00** 135:13, 147:14
**11:50** 103:4
**11:56** 103:5
**115** 144:8
**12** 108:16, 108:17, 108:22
  108:25, 110:19, 120:17
  139:18, 146:14

**12:00** 119:5
**12:25** 102:17, 102:23, 121:17
**12:30** 102:12
**120** 30:21, 30:24, 31:3, 31:4
  31:7, 31:25, 32:14, 32:23
  33:4, 33:10, 33:15, 40:15
  40:20
**122** 146:22
**124** 147:8
**13** 122:19, 122:20, 123:2
  123:5, 146:18
**133** 147:12
**135** 147:16
**14** 124:5, 124:6, 124:12
  124:16, 147:5
**1495** 53:16
**15** 17:3, 53:23, 133:16
  133:17, 133:23, 134:3
  135:19, 147:9
**15th** 125:6, 135:6
**16** 135:11, 135:12, 135:18
  147:13
**169** 106:2
**16th** 143:22
**170** 106:2
**1859** 107:23
**1872** 104:23
**1873** 104:23
**1974** 7:8
**1996** 9:18
**1st** 77:22, 78:3, 81:25, 110:3

**2**

**2** 34:13, 34:16, 34:20, 34:23
  43:14, 43:15, 105:25, 109:3
  115:7, 117:3, 118:9, 144:16
  148:4
**2:00** 141:11
**2:04:02** 79:21, 145:17
**2:25:04** 78:20, 145:13
**2:32:49** 105:16, 146:7
**2:33:32** 107:10, 146:11
**20** 43:19, 44:14
**2005** 10:2, 10:9
**2008** 108:7

**2020** 34:17, 35:11, 35:11
35:12, 43:14, 46:15, 46:15
46:18, 47:15, 55:6, 55:9
56:19, 62:20, 63:16, 64:15
65:12, 65:18, 76:21, 76:24
77:15, 79:4, 80:7, 104:20
105:25, 107:18, 108:10
109:3, 115:17, 115:21, 117:3
118:10, 122:10, 123:6
124:17, 125:6, 134:6, 135:6
135:19, 144:17
**2023** 1:14, 142:6, 142:19
143:11, 143:22, 144:2, 145:2
146:2, 147:2, 148:2, 148:23
**20-page** 34:16, 144:16
**21st** 5:6
**22nd** 2:17
**23-page** 24:11, 144:12
**24** 89:21, 90:5, 90:17, 91:16
94:17, 94:20, 94:23, 95:22
96:6, 96:12, 96:16, 96:22
97:10, 130:6, 144:15
**249** 79:5
**24-hour** 71:19, 89:24, 90:2
**24th** 56:18, 63:16
**25** 21:2, 35:11
**274** 123:6
**275** 123:6
**28** 76:21
**280** 109:4
**281** 124:17
**2862** 134:5
**2884** 135:20
**28th** 76:24, 77:22, 77:25
107:18, 108:2, 108:7, 110:9
**2909** 35:2
**2nd** 109:12, 110:24

---

### 3

**3** 1:14, 2:6, 53:2, 53:5, 53:11
53:13, 142:6, 144:2, 144:18
145:2, 146:2, 147:2, 148:2
148:5
**3:12:57** 105:2, 145:20
**30** 16:14, 16:16, 16:19, 17:2

17:2, 21:2, 50:24
**305** 2:11
**30th** 42:2
**31** 5:5, 35:11
**319** 76:20
**321** 77:15
**3287** 24:21
**3309** 24:21
**34** 144:17
**3rd** 44:2, 143:11

---

### 4

**4** 55:25, 56:6, 56:11, 144:22
**4:00** 118:24
**4:30** 92:10, 92:19, 92:22
**40** 49:19
**4-141** 144:5

---

### 5

**5** 76:8, 76:9, 76:14, 76:17
107:25, 145:5
**5,000** 53:23
**5:00** 47:22
**5:32:39** 124:8, 147:6
**5:38:18** 108:19, 146:15
**50** 43:19, 44:15
**51** 2:17
**52nd** 5:5
**532** 144:21
**56** 144:25

---

### 6

**6** 77:4, 77:5, 77:10, 77:13
123:6, 145:9
**6:04:35** 56:8, 144:23
**60** 30:21, 41:2, 41:3
**62** 40:4
**650** 2:11
**6th** 123:24

---

### 7

**7** 78:17, 78:18, 78:23, 79:3

110:11, 145:12
**7:55:54** 122:22, 146:20
**70** 40:3, 56:5
**76** 145:8
**77** 145:11
**78** 145:15
**79** 145:18

---

### 8

**8** 79:19, 79:20, 79:25, 80:4
110:3, 124:17, 144:7, 145:16
**8/24/2020** 56:7, 144:23
**8/28/2020** 76:10, 107:10
145:6, 146:11
**80** 34:9, 49:20
**85** 44:13
**85.0** 43:13
**8th** 123:12, 123:18

---

### 9

**9** 104:17, 104:24, 105:6
145:19
**9/1/2020** 77:6, 78:19, 79:21
105:2, 145:9, 145:13, 145:16
145:20
**9/11/2020** 133:18, 147:10
**9/15/2020** 135:13, 147:14
**9/2/2020** 105:16, 108:18
146:6, 146:15
**9/6/2020** 122:22, 146:19
**9/8/2020** 124:7, 147:6
**9:00** 1:15, 47:22, 82:18, 83:4
87:18, 89:11, 89:14, 100:10
101:4, 108:9, 113:19, 113:24
114:4, 114:7, 114:19, 116:12
119:6
**92** 40:15
**9th** 122:10