# EXHIBIT 17

*Handwritten annotations at top:*
Spoke T[...] am: weekend wait ok
Cheryl Robinson had time off needed
Spoke on Wed 9/2
Told her team knows you have hard stop at midnight to 9am (no reason why given to team)
- Should tell them when signing off
- No expectation to join a call at 8

**From:** Kate Shiber
**Sent:** Tuesday, September 1, 2020 11:27 PM
**To:** Cheryl Robinson
**Subject:** Logistics

Hi Cheryl,

I really appreciate all your help sorting out this medical stuff.

Could you please let me know what you relayed to the team? Just so I have a sense of what everyone knows/expects.

What I should say when I need to sign off? I am concerned about how to manage that. For example – right now I just submitted something for comments and it's unlikely I'll be able to turn them in time since they want to send it up tonight. How should I say that?

Also, in terms of actual timing, what do you think is the best/most productive/straight-forward way to manage/set the expectation? For example, I'm usually expected to be "in" by 9:30. But, we frequently have calls at 8, which is a pretty significant bump forward in schedule.
Do you think it's a good idea for everyone's planning if each morning/whenever an early meeting is scheduled I directly tell my team my "log-out time" based on our earliest engagement the next morning minus 9 hours?

Please let me know what you think! Happy to speak on the phone if that's easier. I'm free after 11 tomorrow, let me know what works best for you.

Thanks,
Kate

**Kate Shiber**
Centerview Partners LLC
31 W 52nd St | 22nd Floor | New York, NY 10019
M: (201) 245-8876 | E: kshiber@centerview.com

1

Plaintiff's Exhibit
Feb. 7, 2023
**19**

CONFIDENTIAL                                                                                                   Centerview_003332