UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

KATHRYN SHIBER,        Plaintiff,        Case No. 21-CV-03649

    -against-

CENTERVIEW PARTNERS LLC,        Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Hope D. Skibitsky**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
FIRM ADDRESS: 51 Madison Avenue, New York, NY 10010
FIRM TELEPHONE NUMBER: 212-849-7000
FIRM FAX NUMBER:_____

NEW FIRM:
FIRM NAME: Quinn Emanuel Urquhart & Sullivan, LLP
FIRM ADDRESS: 295 Fifth Avenue, New York, NY 10016
FIRM TELEPHONE NUMBER: 212-849-7000
FIRM FAX NUMBER:_____

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 9, 2024

/s/ Hope D. Skibitsky
ATTORNEY'S SIGNATURE