AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| KATHRYN SHIBER, *Plaintiff* ) ) | |
| v. ) | Case No. 1:21-cv-03649-ER |
| CENTERVIEW PARTNERS LLC, *Defendant* ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 10/21/2025

*Attorney's signature*

Analiese Smith (6152870)
*Printed name and bar number*

Schwartz Perry & Heller, LLP
3 Park Avenue, Suite 2700
New York, NY 10016
*Address*

asmith@sphlegal.com
*E-mail address*

(212) 889-6565
*Telephone number*

(212) 779-8208
*FAX number*