quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10010-10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7535

# MEMO ENDORSED

WRITER'S EMAIL ADDRESS
hopeskibitsky@quinnemanuel.com

January 23, 2026

**VIA ECF**

Judge Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The request is granted. The joint pre-trial statement, motions in limine, and proposed voir dire questions, jury instructions, and verdict forms must be filed by January 27, 2026. Oppositions are due on February 10, 2026.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: January 23, 2026
> New York, New York

Re: Kathryn Shiber v. Centerview Partners LLC, Case No. 1:21-cv-03649

Dear Judge Ramos:

Pursuant to this Court's Individual Practice Rule 1.E., Defendant Centerview Partners LLC ("Centerview") respectfully requests a brief extension of time, from January 23 until January 27, 2026, for the Parties to file the joint pre-trial statement, their motions *in limine*, and their proposed *voir dire* questions, jury instructions, and verdict forms and for oppositions to such filings to be extended commensurately such that they are to be filed by February 10 rather than February 6, 2026. Plaintiff does not oppose this request.

The reason for this request is that the Parties have been exchanging drafts of the joint pre-trial statement and would benefit from additional time to, among other things, prepare the joint exhibit list. This is Centerview's first request for an extension of these deadlines. The requested extension does not affect any other scheduled dates.

Centerview thanks the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Hope D. Skibitsky*
Hope D. Skibitsky

quinn emanuel urquhart & sullivan, llp

AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH