# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN SHIBER,<br><br>  Plaintiff,<br><br>v.<br><br>CENTERVIEW PARTNERS LLC,<br><br>  Defendant. | Case No. 1:21-cv-03649 |

**DECLARATION OF RICHARD CASE IN SUPPORT OF CENTERVIEW PARTNERS
LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

I, Richard C. Case, declare pursuant to 28 U.S.C. 1746 as follows:

1. I am a founding member, partner, and head of recruitment at Centerview Partners LLC ("Centerview"). I submit this declaration in support of Centerview's letter opposing Plaintiff's Motion to Compel (ECF No. 143) and in support of Centerview's *motions in limine*.

2. Centerview hires entry-level bankers as members of an analyst class. These employees, who are hired for the "Analyst" role, are at-will. The analyst program is approximately three years[1]—typically running from July of Year 1 through June of Year 3. This differs from the two-year analyst program run by most investment banks. No Analyst is guaranteed employment for the entire three-year program. Instead, in a typical year, some percentage of Analysts will leave the firm.

3. All Analysts' employment with the firm ends in June of Year 3, with the exception of the highest performing Analysts who may be offered a promotion to "Associate" and thus invited to remain at the firm. No Analyst is guaranteed this promotion.

4. Associates, like Analysts, are at-will employees. The highest performing Associates who remain at the firm in that role for ▮▮▮▮▮▮▮▮▮▮ may be offered a promotion to "Principal." No Associate is guaranteed this promotion. Associates who are not promoted to Principal are not offered continued employment at Centerview and leave the firm.

5. Principals are at-will employees. The highest performing Principals who remain at the firm for ▮▮▮▮▮▮ may be offered a promotion to "Managing Director." No

---

[1] For efficiency purposes I will refer to the program as "three years" notwithstanding that it technically does not run for a full three years.

Principal is guaranteed this promotion. Principals who are not promoted to Managing Director are not offered continued employment at Centerview and leave the firm.

6. Managing Directors are at-will employees. Only the highest performing Managing Directors who remain at the firm in that role for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ may be considered for a promotion to "Partner." No Managing Director is guaranteed this promotion, which is extremely rare. Managing Directors who are not promoted to Partner are not offered continued employment at Centerview. Partners are at-will employees.

7. I understand that Plaintiff Kathryn Shiber is seeking discovery and/or testimony regarding compensation for individuals at Centerview with the titles of Associate, Principal, Managing Director, and Partner.

8. Ms. Shiber was hired as part of Centerview's 2020 analyst class. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2026 in New York, New York.

                                                            Richard C. Case