UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kathryn Shiber,<br><br>    Plaintiff,<br><br>v.<br><br>Centerview Partners LLC,<br><br>    Defendant. | Case No. 1:21-cv-03649-ER<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

    Please enter my appearance on behalf of Defendant Centerview Partners LLC the above-captioned matter. I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York New York
    January 26, 2026

        **QUINN EMANUEL URQUHART
          & SULLIVAN, LLP**

By:    /s/ Charles H. Sangree

Charles H. Sangree
295 Fifth Avenue
New York, New York 10016
Tel:    (212) 849–7000
Email: charlessangree@quinnemanuel.com

*Attorney for Centerview Partners LLC*