UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN SHIBER., <br><br> Plaintiff, <br><br> v. <br><br> CENTERVIEW PARTNERS, LLC <br><br> Defendant. | Case No: 1:21-cv-03649-ER <br> ECF Case <br><br> DEFENDANT'S NOTICE OF MOTION FOR MOTIONS IN LIMINE |

PLEASE TAKE NOTICE that Centerview Partners LLC ("Centerview") hereby moves *in limine* to exclude certain evidence at trial. This Motion is based on the accompanying Memorandum of Law in Support of Defendant's Motions *in Limine*, the Declaration of Hope D. Skibitsky, executed January 27, 2026, with exhibits thereto, and upon all prior proceedings herein.

Oral argument on this Motion shall be held on a date and at a time designated by the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's January 23, 2026 Minute Order in this matter, ECF No. 146, opposition papers shall be served no later than February 10, 2026.

Dated: January 27, 2026
New York, New York

                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Jennifer Barrett*
Jennifer Barrett
Hope D. Skibitsky
Charles H. Sangree
Janice Yoon
295 5th Ave
New York, New York 10016
Tel. (212) 849-7000
Fax (212) 849-7100
jenniferbarrett@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
charlessangree@quinnemanuel.com
janiceyoon@quinnemanuel.com

*Attorneys for Centerview Partners, LLC*

2