

Schwartz Perry & Heller LLP
3 Park Avenue, Suite 2700
New York, NY 10016

212.889.6565 PHONE
212.779.8208 FAX
www.sphlegal.com

January 27, 2026

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

   Re: **Kathryn Shiber v. Centerview Partners LLC**
      **1:21-cv-03649-ER**

Dear Judge Ramos:

  I represent the Plaintiff Kathryn Shiber in the above-referenced matter. I write pursuant to Section 3(ii) of this Court's Individual Practices and ¶12(c) of the Stipulated Protective Order (Dkt. No. 42) to respectfully request permission to file documents under seal in connection with Plaintiff's motion *in limine*, with leave to file redacted documents on the public record.

  Specifically, Plaintiff will be submitting the following medical records and deposition testimony regarding her treatment, all of which has been marked as "Confidential" pursuant to the Protective Order:

- The medical records (Ex. A) and deposition testimony (Ex. B) of Dr. Jonathan D. Lichtenstein, a psychologist at Dartmouth College when Plaintiff was a student there who evaluated her for an academic accommodation;

- The medical records (Ex. C.) and deposition testimony (Ex. D) of Da-Shih Hu, M.D., a psychiatrist at Dartmouth College who briefly treated Shiber before she was employed at Defendant; and

- The medical records from Outer Cape Health Services (Ex. E), an urgent care facility where Plaintiff was seen on one single occasion before she began working for Defendant.

# Schwartz Perry & Heller

Accordingly, Plaintiff respectfully requests the Court grants her request for leave to seal the exhibits to my Declaration in support of Plaintiff's motion *in limine* and allow redacted versions of same to be entered in the public docket.

We thank the Court for its consideration of this request.

Respectfully submitted,

BRIAN HELLER

cc:     All counsel – via ECF