UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KATHRYN SHIBER,

                              1:21-cv-03649-ER

              *Plaintiff,*

  -against-                                  **NOTICE OF MOTION**
                                                            ***IN LIMINE***

CENTERVIEW PARTNERS LLC,

              *Defendant.*
-------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon Plaintiff's Memorandum of Law in Support of her Motion *in Limine*, the Affirmation of Brian Heller, Esq., dated January 23, 2026 and the exhibits attached thereto, and upon all prior pleadings and proceedings heretofore had herein, Plaintiff will move this Court before the Honorable Edgardo Ramos, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order precluding Defendant from introducing evidence at trial of medical records and evidence regarding any medical conditions that are not at issue in this litigation, including (a) the medical records and testimony of Jonathan D. Lichtenstein, Psy.D., who evaluated Plaintiff for an academic accommodation while she was in college, well before her employment with Defendant; (b) the medical records and testimony of Da-Shih Hu, M.D., a psychiatrist who also treated Plaintiff at Dartmouth College before she worked for Defendant; and (c) the records from an urgent care visit Plaintiff had prior to starting her employment with Defendant, together with such further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's ruling on November 4, 2026, and placed in the minute entry dated November 4, 2026, opposition papers, if any, are to be served by February 6, 2026.

Dated: New York, NY
January 27, 2026

        **SCHWARTZ PERRY & HELLER LLP**
        *Attorneys for Plaintiff*

By: _____
      BRIAN HELLER
      3 Park Avenue, Suite 2700
      New York, NY 10016
      (212) 889-6565
      bheller@sphlegal.com

**CLAYMAN ROSENBERG KIRSHNER & LINDER LLP**
*Attorneys for Plaintiff*

By: *James Valentino*
    JAMES F. VALENTINO
    305 Madison Avenue, Suite 650
    New York, NY 10165
    (212) 922-1080
    valentino@clayro.com

To:     QUINN EMANUEL URQUHART & SULLIVAN LLP
       *Attorneys for Defendant*
       51 Madison Avenue, 22nd Floor
       New York, NY 10010
       (212) 849-7000
       hopeskibitsky@quinnemanuel.com
       janiceyoon@quinnemanuel.com
       jenniferbarrett@quinnemanuel.com