UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN SHIBER. <br><br> Plaintiff, <br><br> -against- <br><br> CENTERVIEW PARTNERS, LLC <br><br> Defendant. | Civil Action No. 1:21-cv-03649-ER <br><br> ECF Case |

## DECLARATION OF HOPE D. SKIBITSKY

I, Hope D. Skibitsky, hereby declare under penalty of perjury that:

1. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, and counsel for Centerview Partners, LLC ("Centerview"). I am an attorney in good standing with the New York State Bar and am admitted to practice before the U.S. District Court for the Southern District of New York. I submit this declaration and its accompanying exhibits in support of Centerview's Motions in Limine.

2. Attached as Exhibit A is a true and correct copy of Defendant's Second Set of Interrogatories dated October 3, 2022.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Kylee Mueggenburg, taken on January 15, 2026.

4. Attached as Exhibit C is a true and correct copy of Plaintiff's Supplemental Responses to Defendant's Second Set of Interrogatories dated November 18, 2025.

5. Attached as Exhibit D is a true and correct copy of excerpts from the Deposition of Heather Nelson, Psy.D., taken on February 10, 2023.

6. Attached as Exhibit E is a true and correct copy of excerpts from the Deposition of Kathryn Shiber, taken on January 25, 2023.

7. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8. Attached as Exhibit G is a true and correct copy of the Expert Report of Michael Bardey, M.D., dated April 27, 2023.

9. Attached as Exhibit H is a true and correct copy of Ms. Shiber's offer letter from Centerview Partners dated September 20, 2019 and Bates stamped Centerview 000019.

10. Attached as Exhibit I is a true and correct copy of Centerview's Responses to Plaintiff's Second Set of Interrogatories dated January 9, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on January 27, 2026.

/s/ Hope Skibitsky
Hope D. Skibitsky