UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHRYN SHIBER,<br><br>   Plaintiff,<br><br> v.<br><br>CENTERVIEW PARTNERS LLC,<br><br>   Defendant. | Case No. 1:21-cv-03649 |

**CENTERVIEW PARTNERS LLC'S PROPOSED *VOIR DIRE* QUESTIONS**

Jennifer J. Barrett
Hope D. Skibitsky
Charles Sangree
Janice Yoon
QUINN EMANUEL
URQUHART & SULLIVAN LLP
295 5th Ave, New York, NY 10016
Tel: 212-849-7000
Fax: 212-849-7100
jenniferbarrett@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
charlessangree@quinnemanuel.com
janiceyoon@quinnemanuel.com

*Attorneys for Centerview Partners LLC*

1

Pursuant to the Court's Individual Practice 4(B) and Federal Rule of Civil Procedure 47(a), Defendant Centerview Partners LLC submits (1) a brief explanation of the case, and (2) proposed *voir dire* questions for examination of the prospective jurors in the case:

## I.     Brief Explanation of the Case

This is a federal civil case involving an employment dispute. The plaintiff is an individual named Kathryn Shiber and a former employee of the defendant, Centerview Partners LLC, which is a New York-based investment banking advisory firm. [**Plaintiff proposes the following sentence, to which Defendant objects**: Ms. Shiber worked at Centerview as an investment banking analyst from July 6, 2020 until she was terminated on September 15, 2020.] [**Defendant proposes this alternative sentence**: Ms. Shiber worked at Centerview as an investment banking analyst in 2020.] In this litigation, Ms. Shiber alleges that Centerview's termination of her employment was motivated by disability discrimination and in retaliation for her seeking a reasonable accommodation. Centerview denies these claims and alleges that Ms. Shiber was terminated for a legitimate, non-discriminatory reason. Your role as jurors is not to decide whether you agree with either side's position at this stage, but to determine whether you can listen to the evidence with an open mind, follow the law as instructed to you, and decide the facts fairly and impartially based solely on the evidence presented in this courtroom.

## II.     Relevant Experience

1. Have you or someone close to you ever worked in investment banking or the finance industry?

    a. If so, what company or entity did you/they work for?

    b. What was your/their position?

    c. When and for how long did you/they work there?

    d. Would your/their work affect your ability to be fair and impartial in this case?

2. Do you have any opinions or beliefs about Wall Street, the finance industry, or investment banking that would affect your ability to be fair and impartial in this case?

3. Have you or someone close to you ever held a job during which you/they worked before 8 am or after 6 pm, or worked longer hours than what you/they considered to be normal?

    a. If so, in what field or industry was this job?

    b. What was your/their position?

    c. How often were you/they working before 8 am or after 6 pm?

    d. On average, approximately how many hours were you/they working each day?

    e.  Did you/they consider the hours you/they were working to be fair?

4.  Do you feel it is fair for an employer to expect that employees work long or unpredictable hours if employees are compensated for those hours?

5.  Do you have strong feelings about mental health in the workplace? If so, please describe.

6.  Are you or have you ever been responsible for hiring or firing other employees?

7.  Have you or someone close to you ever been laid off, demoted, or fired from a job? If so, why?

8.  Have you or someone close to you ever believed you/they experienced discrimination in an employment situation? If so, please explain.

    a.  What kind of discrimination was it?

    b.  What did you/they do in response?

    c.  Did you/they raise it with your/their employer?

9.  Have you or someone close to you ever filed a grievance, complaint, or claim regarding an employment-related issue? If so, please explain.

10.  Have you or someone close to you ever requested an accommodation at your/their job because of a disability?

    a.  If so, what was the disability?

    b.  What was the requested accommodation?

    c.  Was the accommodation granted?

    d.  What was the job position?

    e.  Who was the employer?

11.  Have you ever requested an accommodation on behalf of yourself or someone else, including a child, at a school or in a test-taking environment because of a disability?

    a.  If so, what was the disability?

    b.  What was the requested accommodation?

    c.  Was the accommodation granted?

12.  Have you or someone close to you ever taken a leave of absence from school or work for medical reasons? If so, please explain including the reason for and length of the leave.

13. Have you or someone close to you ever suffered from a concussion?

    a. If so, how many?

    b. Do you/they have any lasting impacts from the concussion(s)?

14. Have you or someone close to you ever been diagnosed with an anxiety or mood disorder, or sought medical advice or assistance for anxiety or mood-related issues? If so, please describe.

15. Have you or someone close to you ever had any sleep-related issues or sleep disorders?

    a. If so, please explain the issue or disorder.

    b. Did you/they ever seek the advice or assistance of a medical professional to increase or improve your/their sleep? If so, please describe.

### III. Prior Jury Service

16. Have you ever served on a jury or grand jury before?

    a. If so, what kind of case was it (civil or criminal)?

    b. Was it in federal or state court?

    c. Without telling me what the verdict was, did you deliberate and reach a verdict?

    d. Was there anything about that experience that would make it difficult for you to be fair and impartial in this case?

### IV. Involvement in Civil Litigation

17. Do you or someone close to you have any training in the law? If yes, please describe.

18. Have you or someone close to you been involved in a lawsuit?

    a. If so, what kind of case was it?

    b. Were you/they the plaintiff, the defendant, a witness, or a third party?

    c. Did you/they have to give a deposition or testimony as part of that case?

    d. What was the outcome of the case?

    e. Was there anything about that experience that would make it difficult for you to be fair and impartial in this case?

V. **Personal Information**

19. Please answer the following about your education, or state "none" if not applicable:

    a. What is the highest level of education you've completed?

    b. What universities, colleges and/or vocational schools have you attended?

    c. What was your major area of study?

20. What do you do for a living and who is your employer?

21. If you're retired or unemployed, what did you do before and who was your employer?

22. How long have you worked for this employer (or how long did you work there)?

23. Do you have a spouse, partner, significant other, or whatever other term you care to use?

    a. If so, what does that person do for a living, and if retired or unemployed, what did they do before?

    b. How long have they worked for this employer (or how long did they work there)?

24. Do you have children?

    a. If so, how old are they?

    b. What is their educational background?

    c. For any children over the age of 21 who are working, for whom do they work and what do they do?

25. Are you a member of a union?

26. Where do you get your news?

27. Is there anything else in your personal history or life experience, whether I have asked about it or not, that would affect your ability to be a fair and impartial juror in this case?

| | |
|---|---|
| Dated: January 27, 2026<br>New York, New York | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By:   */s/ Hope D. Skibitsky*<br>     Jennifer Barrett<br>     Hope D. Skibitsky<br>     Charles H. Sangree<br>     Janice Yoon<br>     295 Fifth Ave<br>     New York, New York 10016<br>     Tel. (212) 849-7000<br>     Fax (212) 849-7100<br>     jenniferbarrett@quinnemanuel.com<br>     hopeskibitsky@quinnemanuel.com<br>     charlessangree@quinnemanuel.com<br>     janiceyoon@quinnemanuel.com<br><br>*Attorneys for Centerview Partners LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I electronically filed the foregoing Proposed *Voir Dire* Questions with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

SCHWARTZ PERRY & HELLER LLP
Brian Heller
Davida S. Perry

CLAYMAN ROSENBERG KIRSHNER & LINDER LLP
James F. Valentino

                                                   /s/ *Hope D. Skibitsky*
                                                   Hope D. Skibitsky