

Schwartz Perry & Heller LLP
3 Park Avenue, Suite 2700
New York, NY 10016

212.889.6565 PHONE
212.779.8208 FAX
www.sphlegal.com

February 10, 2026

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

      Re:    **Kathryn Shiber v. Centerview Partners LLC**
                 **1:21-cv-03649-ER**

Dear Judge Ramos:

      I represent the Plaintiff Kathryn Shiber in the above-referenced matter. I write pursuant to Section 3(ii) of this Court's Individual Practices and ¶12(c) of the Stipulated Protective Order (Dkt. No. 42) to respectfully request permission to file documents under seal in connection with Plaintiff's opposition to Defendant's motion *in limine*, with leave to file redacted documents on the public record.

      Specifically, Plaintiff, in her Memorandum of Law in Opposition, will be referencing information in her opposition that Defendant has marked as "Confidential," and which the Court permitted to be filed under seal with Defendant's initial motion *in limine*. Shiber shall file a copy of the Memorandum of Law shall be filed with the portions proposed to be sealed highlighted in yellow.

      Accordingly, Plaintiff respectfully requests the Court grants her request for leave to seal and allow redacted versions of same to be entered in the public docket.

      We thank the Court for its consideration of this request.

                                                      Respectfully submitted,

                                                       BRIAN HELLER

cc:    All counsel – via ECF