

Schwartz Perry & Heller LLP
3 Park Avenue, Suite 2700
New York, NY 10016

212.889.6565 PHONE
212.779.8208 FAX
www.sphlegal.com

February 11, 2026

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

        Re:    **Kathryn Shiber v. Centerview Partners LLC**
                  **1:21-cv-03649-ER**

Dear Judge Ramos:

      We represent Plaintiff Kathryn Shiber ("Shiber") in the above-referenced matter. We write to respectfully request permission to file a sur-reply to Defendant Centerview Partners LLC's ("Centerview") opposition to her motion *in limine*.

      Shiber's motion *in limine* seeks to exclude evidence of her medical treatment that is not at issue. Centerview's opposition was the first time that Shiber was made aware of Centerview's reasons for seeking admission of that material. Centerview's arguments misstate the record and present additional bases for why the medical treatment at issue should be excluded at trial. Shiber, therefore, respectfully requests the ability to present those arguments to the Court in a sur-reply, or as the Court deems appropriate.

      We thank the Court for its consideration of this matter.

                                                                           Respectfully submitted,

                                                                             BRIAN HELLER

cc:    All counsel – via ECF