**quinn emanuel** trial lawyers | new york

295 5th Avenue, 9th Floor, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7535

WRITER'S EMAIL ADDRESS
hopeskibitsky@quinnemanuel.com

February 12, 2026

**MEMO ENDORSED**

**VIA ECF**
The Honorable Edgardo Ramos
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re:   *Kathryn Shiber v. Centerview Partners LLC*, No. 1:21-cv-03649-ER

Dear Judge Ramos:

We represent Defendant Centerview Partners LLC ("Centerview") in the above-referenced action. We respectfully request leave to file a reply in further support of Centerview's motion in *limine* to preclude testimony from Plaintiff's therapist, Kylee Mueggenburg.

During the parties' pre-motion meet and confer, Plaintiff represented that she would not solicit testimony from Ms. Mueggenburg that Ms. Shiber's alleged emotional distress was caused by Centerview. In reliance on that representation, Centerview did not make certain arguments regarding Ms. Mueggenburg's ability to offer such causation testimony. Plaintiff has since reversed course and claims in her opposition to Defendant's motion in *limine* that she will seek such testimony from Ms. Mueggenburg. Given Centerview's previous reliance on Ms. Shiber's representation, Centerview should be permitted to file a reply brief addressing Ms. Mueggenburg's ability to offer causation testimony.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Hope D. Skibitsky*

Hope D. Skibitsky
*Counsel for Centerview Partners LLC*

> Centerview's request to file a reply addressing Mueggenburg's ability to offer causation testimony is hereby GRANTED. The sur-reply may not exceed 3 double-spaced pages and is due on February 13, 2026 at 5:00 p.m.
>
> SO ORDERED.
>
> [signature]
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 12, 2026
> New York, New York

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH