IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATHRYN SHIBER**<br><br>Plaintiff(s)<br><br>v.<br>**CENTERVIEW PARTNERS**<br><br><br>Defendant(s) | Case No.: 1:21-cv-03649 |

### NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

S/ **Hope Skibitsky**
_____
Attorney for Centerview Partners LLC
Address:
295 5th Ave, New York, NY 10016

Date: 02/17/2026