**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KATHRYN SHIBER,<br><br>     Plaintiff,<br><br>  v.<br><br>CENTERVIEW PARTNERS LLC,<br><br>     Defendant. | Case No. 1:21-cv-03649 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with no award of costs or fees.

Dated:  March 3, 2026

SCHWARTZ PERRY & HELLER, LLP

By: _____
Brian Heller
Davida S. Perry
3 Park Avenue, Suite 2700
New York, New York 10016
Tel. (212) 889-6565
bheller@sphlegal.com
dperry@sphlegal.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
Jennifer Barrett
Hope D. Skibitsky
Charles H. Sangree
Janice Yoon
295 Fifth Ave
New York, New York 10016
Tel. (212) 849-7000
Fax (212) 849-7100
jenniferbarrett@quinnemanuel.com
hopeskibitsky@quinnemanuel.com
charlessangree@quinnemanuel.com
janiceyoon@quinnemanuel.com

*Counsel for Defendant Centerview Partners LLC*

CLAYMAN ROSENBERG KIRSHNER
& LINDER LLP

By: *James Valentino*
    James F. Valentino
    305 Madison Avenue, Suite 650
    New York, New York 10165
    Tel. (212) 922-1080
    valentino@clayro.com

*Counsel for Plaintiff Kathryn Shiber*